UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SAMUEL M. ROBERTS,

        Plaintiff,

v.

LOS ALAMOS NATIONAL SECURITY, LLC and
HANS W. HERRMANN, Ph.D.,

        Defendants.

**INDEX OF STATE COURT DOCUMENTS**

Civil Case No.: 11-CV-6806 (L)

The following documents have been filed in the above-referenced State Court action and are attached hereto:

  A. Complaint filed in the Monroe County Clerk's Office on March 7, 2011 bearing Index Number 11-2706.

Dated: April 19, 2011
   Rochester, New York

WOODS OVIATT GILMAN LLP

By: _____
Beryl Nusbaum, Esq.
*Attorneys for Defendant,*
*Los Alamos National Security, LLC*
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800
bnusbaum@woodsoviatt.com

TO: Louis J. Micca, Esq.
   *Attorney for Plaintiff*
   11 State Street
   Pittsford, New York 14534
   585.899.6031

   *Defendant, Hans W. Herrmann, Ph.D.*

{1240911;}