UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SAMUEL M. ROBERTS,

          Plaintiff,

vs.

LOS ALAMOS NATIONAL SECURITY, LLC, AWE, PLC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

          Defendants,
          Third-Party Plaintiffs,

vs.

UNIVERSITY OF ROCHESTER

          Third-Party Defendant.

**NOTICE OF MOTION**

**Civil No. 11 CV 6206L**

## NOTICE OF MOTION

| | |
|---|---|
| MOTION BY: | Los Alamos National Security, LLC |
| DATE, TIME & PLACE: | A Motion Term of this Court to be held on a date and time to be set by the Court, in the United States Courthouse, 100 State Street, Rochester, NY 14614. |
| SUPPORTING PAPERS: | Affidavit of Hans Herrmann, sworn to on October 3, 2012; the Affidavit of Beryl Nusbaum, Esq., sworn to on October 5, 2012, and the exhibits annexed hereto; and all prior pleadings and proceedings had herein. |
| RELIEF REQUESTED: | An Order pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7 and 56 granting defendant Los Alamos National Security LLC summary judgment dismissing plaintiff's complaint; and granting Los Alamos such other and further relief as to the Court seems just and proper. |

{1619027: }

**THE MOVING PARTY
INTENDS TO SUBMIT REPLY
PAPERS.**

**ORAL ARGUMENT
IS REQUESTED.**

Dated: October 5, 2012
      Rochester, New York

WOODS OVIATT GILMAN LLP

By: _____
Beryl Nusbaum, Esq.
*Attorneys for Defendant/Third-Party
Plaintiff Los Alamos National Security LLC*
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800

{1619027: }2