# **EXHIBIT 24**

(7/05)

# NOTICE OF FINANCIAL ASSISTANCE AWARD

Under the authority of Public Law **95-91 DOE Organization Act & Public Law 97-258 Federal Grant & Cooperative Agreement Act**

| | |
|---|---|
| 1. PROJECT TITLE **National Inertial Confinement Fusion Program** | 2. INSTRUMENT TYPE<br>☐ GRANT    ☒ COOPERATIVE AGREEMENT |
| 3. RECIPIENT (Name, address, zip code)<br>**University of Rochester**<br>**Laboratory for Laser Energetics**<br>**250 East River Road**<br>**Rochester, NY 14623-1299** | 4. INSTRUMENT NO. **DE-FC52-08NA28302**    5. AMENDMENT NO. **A000**<br>6. BUDGET PERIOD   FROM: **11/20/07** THRU: **11/19/08**    7. PROJECT PERIOD   FROM: **11/20/07** THRU: **11/19/2012** |
| 8. RECIPIENT PROJECT DIRECTOR (Name, phone and E-mail)<br>**Dr. Robert L. McCrory    Director**<br>**(585) 275-4973  rmcc@lle.rochester.edu** | 10. TYPE OF AWARD<br>☒ NEW    ☐ CONTINUATION    ☐ RENEWAL<br>☐ REVISION    ☐ INCREMENTAL FUNDING |
| 9. RECIPIENT BUSINESS OFFICER (Name, phone and E-mail)<br>**Gunta Liders**<br>**(585) 275-5373  gunta.liders@rochester.edu** | |
| 11. DOE PROJECT OFFICER (Name, address, phone and E-mail)<br>**Lois Buitano, Program Manager**<br>**U. S. Department of Energy**<br>**National Nuclear Security Administration/NA-161**<br>**1000 Independence Avenue**<br>**Washington, DC 20585    (202) 586-7064**<br>**Lois.buitano@nnsa.doe.gov** | 12. DOE AWARD ADMINISTRATOR (Name, address, phone and E-mail)<br>**Erwin E. Fragua**<br>**NNSA Service Center**<br>**Office of Business Services/FAD**<br>**P.O. Box 5400**<br>**Albuquerque, NM 87185-5400    (505) 845-6442**<br>**efragua@doeal.gov** |

13. RECIPIENT TYPE

| | | | | |
|---|---|---|---|---|
| ☐ STATE GOV'T | ☐ INDIAN TRIBAL GOV'T | ☐ HOSPITAL | ☐ FOR PROFIT ORGANIZATION | ☐ INDIVIDUAL |
| ☐ LOCAL GOV'T | ☒ INSTITUTION OF HIGHER EDUCATION | ☐ OTHER NONPROFIT ORGANIZATION | ☐ C  ☐ P  ☐ SP | ☐ OTHER (Specify) |

| 14. ACCOUNTING AND APPROPRIATIONS DATA: | 15. EMPLOYER I.D. |
|---|---|
| 00900.2008.01.100344.61000000.25500.2221911.0000000.0000000.0000000.000000 - $3,533,000<br>00900.2008.01.100344.61000000.25500.2221618.0000000.0000000.0000000.000000 - $2,932,000<br>00900.2008.01.100344.61000000.25500.2221918.0000000.0000000.0000000.000000 - $   67,000 | a. TIN: **16-0743209**<br>b. DUNS: **0412944109** |

16. BUDGET AND FUNDING INFORMATION

| a. CURRENT BUDGET PERIOD INFORMATION | | b. CUMULATIVE DOE OBLIGATIONS | |
|---|---|---|---|
| (1) DOE Funds Obligated This Action | $ **6,532,000** | (1) This Budget Period<br>[Total of lines a.(1) and a.(3)] | $ **6,532,000** |
| (2) DOE Funds Authorized for Carry Over | $ 0 | | |
| (3) DOE Funds Previously Obligated in this Budget Period | $ 0 | | |
| (4) DOE Share of Total Approved Budget | $ **61,697,000** | (2) Prior Budget Periods | $ **0** |
| (5) Recipient Share of Total Approved Budget | $ 0 | | |
| (6) Total Approved Budget | $ **61,697,000** | (3) Project Period to Date<br>[Total of lines b.(1) and b.(2)] | $ **6,532,000** |

17. TOTAL ESTIMATED COST OF PROJECT, INCLUDING DOE FUNDS TO FFRDC: $ **351,972,000**
(This is the current estimated cost of the project. It is not a promise to award nor an authorization to expend funds in this amount.)

18. AWARD AGREEMENT TERMS AND CONDITIONS
This award/agreement consists of this form plus the following:
a. Special terms and conditions
b. Applicable program regulations (specify) _____ (Date) _____
c. DOE Assistance Regulations, 10 CFR Part 600 at http://ecfr.gpoaccess.gov or, if the award is a grant to a Federal Demonstration Partnership (FDP) institution, the FDP Terms & Conditions and the DOE FDP Agency Specific Requirements at http://www.nsf.gov/awards/managing/fed_dem_part.jsp.
d. Application/proposal as approved by DOE.
e. National Policy Assurances to Be Incorporated as Award Terms in effect on date of award at http://grants.pr.doe.gov.

19. REMARKS
**This Agreement consists of this cover page and Sections I-V and Attachments.**

| 20. EVIDENCE OF RECIPIENT ACCEPTANCE | 21. AWARDED BY |
|---|---|
| *(Signature)*  10/20/07 *(Date)*<br>**Gunta J. Liders** *(Name)*<br>**Associate VP for Research Administration** *(Title)* | *(Signature)*  11/19/07 *(Date)*<br>**Martha L. Youngblood** *(Name)*<br>**Contracting Officer** *(Title)* |