# **EXHIBIT 24**

(7/05)

# NOTICE OF FINANCIAL ASSISTANCE AWARD

Under the authority of Public Law **95-91 DOE Organization Act & Public Law 97-258 Federal Grant & Cooperative Agreement Act**

| | |
|---|---|
| 1. PROJECT TITLE **National Inertial Confinement Fusion Program** | 2. INSTRUMENT TYPE<br>☐ GRANT  ☒ COOPERATIVE AGREEMENT |
| 3. RECIPIENT (Name, address, zip code)<br>**University of Rochester**<br>**Laboratory for Laser Energetics**<br>**250 East River Road**<br>**Rochester, NY 14623-1299** | 4. INSTRUMENT NO. **DE-FC52-08NA28302** — 5. AMENDMENT NO. **A000**<br>6. BUDGET PERIOD FROM:**11/20/07** THRU:**11/19/08** — 7. PROJECT PERIOD FROM:**11/20/07** THRU:**11/19/2012** |
| 8. RECIPIENT PROJECT DIRECTOR (Name, phone and E-mail)<br>Dr. Robert L. McCrory   Director<br>(585) 275-4973 rmcc@lle.rochester.edu | 10. TYPE OF AWARD<br>☒ NEW  ☐ CONTINUATION  ☐ RENEWAL<br>☐ REVISION  ☐ INCREMENTAL FUNDING |
| 9. RECIPIENT BUSINESS OFFICER (Name, phone and E-mail)<br>Gunta Liders<br>(585) 275-5373 gunta.liders@rochester.edu | |
| 11. DOE PROJECT OFFICER (Name, address, phone and E-mail)<br>Lois Buitano, Program Manager<br>U. S. Department of Energy<br>National Nuclear Security Administration/NA-161<br>1000 Independence Avenue<br>Washington, DC 20585   (202) 586-7064<br>Lois.buitano@nnsa.doe.gov | 12. DOE AWARD ADMINISTRATOR (Name, address, phone and E-mail)<br>Erwin E. Fragua<br>NNSA Service Center<br>Office of Business Services/FAD<br>P.O. Box 5400<br>Albuquerque, NM 87185-5400   (505) 845-6442<br>efragua@doeal.gov |

13. RECIPIENT TYPE

☐ STATE GOV'T  ☐ INDIAN TRIBAL GOV'T  ☐ HOSPITAL  ☐ FOR PROFIT ORGANIZATION  ☐ INDIVIDUAL
☐ LOCAL GOV'T  ☒ INSTITUTION OF HIGHER EDUCATION  ☐ OTHER NONPROFIT ORGANIZATION  ☐ C ☐ P ☐ SP  ☐ OTHER (Specify)

| 14. ACCOUNTING AND APPROPRIATIONS DATA: | 15. EMPLOYER I.D. |
|---|---|
| 00900.2008.01.100344.61000000.25500.2221911.0000000.0000000.0000000.000000 - $3,533,000<br>00900.2008.01.100344.61000000.25500.2221618.0000000.0000000.0000000.000000 - $2,932,000<br>00900.2008.01.100344.61000000.25500.2221918.0000000.0000000.0000000.000000 - $ 67,000 | a. TIN: **16-0743209**<br>b. DUNS: **0412944109** |

16. BUDGET AND FUNDING INFORMATION

| a. CURRENT BUDGET PERIOD INFORMATION | | b. CUMULATIVE DOE OBLIGATIONS | |
|---|---|---|---|
| (1) DOE Funds Obligated This Action | $ 6,532,000 | (1) This Budget Period [Total of lines a.(1) and a.(3)] | $ 6,532,000 |
| (2) DOE Funds Authorized for Carry Over | $ 0 | | |
| (3) DOE Funds Previously Obligated in this Budget Period | $ 0 | | |
| (4) DOE Share of Total Approved Budget | $ 61,697,000 | (2) Prior Budget Periods | $ 0 |
| (5) Recipient Share of Total Approved Budget | $ 0 | | |
| (6) Total Approved Budget | $ 61,697,000 | (3) Project Period to Date [Total of lines b.(1) and b.(2)] | $ 6,532,000 |

17. TOTAL ESTIMATED COST OF PROJECT, INCLUDING DOE FUNDS TO FFRDC: $ **351,972,000**
*(This is the current estimated cost of the project. It is not a promise to award nor an authorization to expend funds in this amount.)*

18. AWARD AGREEMENT TERMS AND CONDITIONS
This award/agreement consists of this form plus the following:
a. Special terms and conditions
b. Applicable program regulations *(specify)* _____ *(Date)* _____
c. DOE Assistance Regulations, 10 CFR Part 600 at http://ecfr.gpoaccess.gov or, if the award is a grant to a Federal Demonstration Partnership (FDP) institution, the FDP Terms & Conditions and the DOE FDP Agency Specific Requirements at http://www.nsf.gov/awards/managing/fed_dem_part.jsp.
d. Application/proposal as approved by DOE.
e. National Policy Assurances to Be Incorporated as Award Terms in effect on date of award at http://grants.pr.doe.gov.

19. REMARKS
**This Agreement consists of this cover page and Sections I-V and Attachments.**

| 20. EVIDENCE OF RECIPIENT ACCEPTANCE | 21. AWARDED BY |
|---|---|
| *(Signature of Authorized Recipient Official)*  10/20/07 *(Date)*<br>Gunta J. Liders *(Name)*<br>Associate VP for Research Administration *(Title)* | *(Signature)*  11/19/07 *(Date)*<br>Martha L. Youngblood *(Name)*<br>Contracting Officer *(Title)* |