Enclosure (2)
LLEINST 7700A
8 February 2002

**Critical Equipment Qualification Checklist**

**Designation:** High-Yield Neutron Temporal Diag         **Project ID:** HYNTD

**PI:** V. Glebov         **OSE Ref:**

**PC or POC:** S. Roberts         **Req'd By:** 19-Jul-06

**External Org.:**

| Item | Scheduled Completion | Actual Completion |
|---|---|---|
| **Conceptual Design Review** (CDR) -- required item | 01-Sep-05 | 14-Oct-05 |
|    LLE funds released | | |
|    CDR minutes published | | |
|    Project Plan reviewed & published | | |
|    Physical envelope/space claim reviewed and cleared | | |
|    CEQC tailored and published | | |
|    CDR Action Items resolved | | |
| **Project Requirements Review** (PRR) | N/A | N/A |
|    PRR minutes published | N/A | N/A |
|    Equipment requirements published | N/A | N/A |
| **Preliminary Design Review** (PDR) | 01-Oct-05 | 29-Nov-05 |
|    PDR minutes published | | |
|    Project Plan updated & published | | |
|    Control, data handling and integration tasks defined | | |
|    PDR Action Items resolved | | |
|    Laboratory development complete | | |
|    Performance demonstration complete | | |
| **Software/Control Requirements Review** (CRR) | N/A | N/A |
|    CRR minutes published | N/A | N/A |
|    CRR Action Items resolved | N/A | N/A |
| **Final Design Review** (FDR) -- required item | 13-Jun-06 | 13-Jun-06 |
|    LLEINST 9800 Computer Identification Data Sheet initiated | N/A | N/A |
|    FDR minutes published | | |
|    Fabrication approved. | | |
|    Project Plan updated & published | | |
|    Fit and Qualification Test plans published | | |
|    Draft Installation & Operating Procedures published | | |
|    FDR Action Items resolved | | |

(more)

UR 000959

Enclosure (2)
LLEINST 7700A
8 February 2002

(CEQC Continuation)

**Designation:** High-Yield Neutron Temporal Diag   **Project ID:** HYNTD

| Item | Scheduled Completion | Actual Completion |
|---|---|---|
| **Installation / Operational Readiness Review** (ORR) | N/A | N/A |
| ORR minutes published | N/A | N/A |
| Installation approved. | N/A | N/A |
| ORR Action Items resolved | N/A | N/A |
| Crew orientation conducted | | |
| Hardware at LLE / Installed | 30-Jun-06 | |
| LLEINST 9800 Computer Identification Data Sheet completed | N/A | N/A |
| Fit and Function Tests complete. | | |
| Qualification Tests complete. | N/A | N/A |
| Definitive Installation & Operating Procedures published | | |
| SRF modified to specify setup of this subsystem | | |
| Diagnostic restrictions incorporated into the SRF Auditor | | |
| Experimental System modifications complete | | |
| Initial operator training conducted | | |
| Final review – operation approved (IOC). | 05-Jul-06 | |

**Approved for Operation:**

_____    _____    _____
PI                         Experimental Operations (for   Director, Experimental
                           Target Diagnostic Projects)    Division

_____    _____    _____
PC or POC                  Laser Driver Development       LLE Mechanical
                           Section Leader (for Laser      Engineering
                           Driver Projects)

_____    _____    _____
OMEGA System Engineer      Laser Facility Manager (for    Director, Engineering
                           OMEGA Projects)                Division

UR 000960