**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAMUEL M. ROBERTS,<br><br>          Plaintiff,<br><br>     -vs-<br><br>LOS ALAMOS NATIONAL SECURITY, LLC, AWE, PLC, and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>          Defendants, | 11-cv-6206(L) |
| AWE, PLC,<br><br>          Third-Party Plaintiff,<br><br>     -vs-<br><br>UNIVERSITY OF ROCHESTER,<br><br>          Third-Party Defendant. | |

## DECLARATION OF CHRISTINE TRAMONTANO

Christine Tramontano, hereby declares, pursuant to 28 U.S.C. §1746, under penalty of perjury as follows:

1.     I am an associate with the law firm of Holland & Knight LLP, attorneys for defendant/third-party plaintiff, AWE, plc, and am admitted to practice in the Western District of New York. I respectfully submit this Declaration in support of AWE's motion for summary judgment.

2

2. Attached hereto as Exhibit A is a true and correct copy of the Plaintiff's Amended Complaint filed on July 26, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of AWE's Answer to Amended Complaint and Cross-Claim filed and served on October 31, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of AWE's Third-Party Complaint against the University of Rochester filed and served on November 14, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of a document titled the Affidavit of Dr. Vladimir Glebov filed in support of the motion for summary judgment of University of Rochester ("U of R") on August 31, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of U of R's Response to Los Alamos National Security, LLC's Rule 36 Requests for Admission dated March 5, 2012 and served upon the undersigned.

7. Attached hereto as Exhibit F is a true and correct copy of Plaintiff's Response to AWE's Interrogatories verified on April 17, 2012 and served upon the undersigned.

8. Attached hereto as Exhibit G is a true and correct copy of a document titled the Affidavit of Samuel F. B. Morse filed in support of the University of Rochester's motion for summary judgment on August 31, 2012.

9. Attached hereto as Exhibit H is a true and correct copy of U of R's Response to Plaintiff's Rule 36 Request for Admission (Second) dated March 12, 2012 and served upon the undersigned.

10. Attached hereto as Exhibit I is a true and correct copy of U of R's Response to Third-Party Plaintiff AWE, PLC's First Set of Interrogatories dated April 20, 2012 and served upon the undersigned.

11. Attached hereto as Exhibit J is a true and correct copy of Responses and Objections of Defendant/Third-Party Plaintiff AWE, PLC to the First Set of Interrogatories of Plaintiff served on April 12, 2012.

Dated: November 12, 2012

/s/ Christine Tramontano
Christine Tramontano