UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SAMUEL M. ROBERTS,

                Plaintiff,

vs.

LOS ALAMOS NATIONAL SECURITY, LLC, AWE, PLC., MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

                Defendants,
                Third-Party Plaintiffs,

vs.

UNIVERSITY OF ROCHESTER

                Third-Party Defendant.

**NOTICE OF MOTION**

**Civil No. 11 CV 6206L**

## NOTICE OF MOTION

| | |
|---|---|
| MOTION BY: | Los Alamos National Security, LLC |
| DATE, TIME & PLACE: | A Motion Term of this Court to be held on a date and time to be set by the Court, in the United States Courthouse, 100 State Street, Rochester, NY 14614. |
| SUPPORTING PAPERS: | Affidavit of Beryl Nusbaum, sworn to on November 14, 2012, and the exhibits attached thereto; Response to Plaintiff's Statement of Undisputed Material Facts dated November 13, 2012. |
| RELIEF REQUESTED: | An Order pursuant to Rule 56 of the Federal Rules of Civil Procedures and Local Rules 7 and 16 striking Plaintiff's Statement of Undisputed Material Facts; and granting Los Alamos such other and further relief as to the Court seems just and proper. |

{1640600: }

**THE MOVING PARTY**
**INTENDS TO SUBMIT REPLY**
**PAPERS.**

**ORAL ARGUMENT**
**IS REQUESTED.**

Dated: November 14, 2012
     Rochester, New York                WOODS OVIATT GILMAN LLP

                              By:   /s/ Beryl Nusbaum
                                    Beryl Nusbaum, Esq.
                                    *Attorneys for Defendant/Third-Party*
                                    *Plaintiff Los Alamos National Security LLC*
                                    700 Crossroads Building
                                    2 State Street
                                    Rochester, New York 14614
                                    585.987.2800