# EXHIBIT E

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SAMUEL M. ROBERTS,

                   Plaintiff,

vs.

LOS ALAMOS NATIONAL SECURITY, LLC, AWE,
PLC., MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

                   Defendants,
                   Third-Party Plaintiffs,

vs.

UNIVERSITY OF ROCHESTER

                   Third-Party Defendant.

**SECOND SUPPLEMENTAL
RESPONSE TO PLAINTIFF'S
DEMAND FOR DISCOVERY**

**Civil No. 11 CV 6206L**

---

Defendant/Third-Party Plaintiff, Los Alamos National Security, LLC (hereinafter "Los Alamos"), by and through its attorneys, Woods Oviatt Gilman LLP, provides its Second Supplemental response to Plaintiff's First Demand for Discovery and Inspection, as follows:

## PRELIMINARY STATEMENT

By responding to Plaintiff's Demand, Defendant Los Alamos does not waive any objections it may have regarding the use of information regarding the truth or accuracy of any characterizations or assumptions contained in the Demand. Defendant Los Alamos reserves its rights to make all objections identified herein or object on other grounds as to the use or admissibility of the information provided, in whole or in part, or the subject matter covered thereby, in any proceeding or trial or in any other action. Defendant Los Alamos reserves its right to object on any and all proper grounds and it, in no way, admits as to the authenticity, competency, relevance, materiality or admissibility of any of the information provided herein.

Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, New York 14614

The responses of Defendant Los Alamos are, and will be, based upon information acquired thus far, and Defendant Los Alamos reserves the right to amend or supplement its responses in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court. By responding to this Demand, Defendant Los Alamos does not waive any objections it may have with regard to Plaintiff's use of the information or regarding the truth or accuracy of any characterizations or assumptions contained in Plaintiff's Demand. Defendant Los Alamos reserves its right to make all objections identified herein or object on the grounds, comment as to the use or admissibility of information provided, in whole or in part, or the subject matter covered thereby, in any proceeding or trial or any other action. Defendant Los Alamos reserves its right to object on any and all proper grounds and it in no way admits the authenticity, competency, relevance, materiality or admissibility of any of the information provided herewith.

The responses of Defendant Los Alamos are, and will be, based on the information acquired thus far, and it reserves the right to supplement its responses in accordance with the Federal Rules of Civil Procedure and the local rules of this Court.

### GENERAL OBJECTIONS

1.      Defendant Los Alamos objects to each request, instruction or definition to the extent that any of them seek to impose any obligation beyond that required by the Federal Rules of Civil Procedure or the Local Rules of this Court.

2.      Defendant Los Alamos objects to each request to the extent it could be construed to seek information which may be covered by the attorney-client privilege, the work-product privilege, or any other applicable privilege doctrine.

Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, New York 14614

3.      Defendant Los Alamos objects to each request to the extent that it may be construed to seek information which is proprietary and/or confidential or otherwise restricted from disclosure to the general public.

4.      Defendant Los Alamos objects to each demand that does not specify a time frame on the ground that such demands are overbroad and not reasonably calculated to lead to the discovery of admissible evidence.

5.      Defendant Los Alamos objects to each demand to the extent that it purports to require the discovery of information not within its possession, custody, or control.

6.      Defendant Los Alamos objects to any interpretation of each demand to the extent that it calls for information that does not refer to or relate to matters alleged in the above-captioned action.

7.      Defendant Los Alamos objects each demand to the extent the Notice to Produce seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

9.      Unless otherwise specified, all general objections apply to each numbered answer as if each general objection was specifically set forth therein.

## SECOND SUPPLEMENTAL RESPONSES TO SPECIFIC DEMANDS

1.      See materials attached as *Exhibit A*.

2.      See materials attached as *Exhibit A*.


*The Defendant/Third-Party Plaintiff Los Alamos National Security, LLC reserves the right to amend and/or supplement its responses to these requests as may be appropriate.*

Dated: October 5, 2012
      Rochester, New York

WOODS OVIATT GILMAN LLP

By: _____

Beryl Nusbaum, Esq.
Greta K. Kolcon, Esq.
*Attorneys for Defendant/Third-Party*
*Plaintiff Los Alamos National Security LLC*
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800


TO:    Louis J. Micca, Esq.
       *Attorneys for Plaintiff*
       11 State Street
       Pittsford, New York 14534
       585.899.6031

       HOLLAND & KNIGHT, LLP
       Christine Tramontano, Esq.
       *Attorneys for AWE, Plc.*
       31 West 52nd Street
       New York, New York 10019

       GEIGER AND ROTHENBERG, LLP
       David Rothenberg, Esq.
       *Attorneys for Massachusetts Institute of Technology*
       45 Exchange Street, Suite 800
       Rochester, New York 14614

       WARD, GREENBERG, HELLER & REIDY, LLP
       Eric J. Ward, Esq.
       *Attorneys for University of Rochester*
       300 State Street, 6th Floor
       Rochester, New York 14614

## CERTIFICATE OF SERVICE

I, GRETA K. KOLCON, ESQ., attorney of record for Defendant and Third-Party Plaintiff, Los Alamos National Security, LLC, in the above-styled and referenced matter, do hereby certify that on October 5, 2012, the annexed Second Supplemental Response to Plaintiff's Demand for Discovery was served via United States Postal Service and e-mail on the following attorneys of record:

LOUIS J. MICCA, ESQ.
*Attorneys for Plaintiff, Samuel M. Roberts*
11 State Street
Pittsford, New York 14534
lmicca@msn.com

GEIGER and ROTHENBERG, LLP
David Rothenberg, Esq., of counsel
*Attorneys for Defendant,*
*Massachusetts Institute of Technology*
45 Exchange Street, Suite 800
Rochester, New York 14614
drothenberg@geigroth.com

HOLLAND & KNIGHT LLP
Sean C. Sheely, Esq., of counsel
Christine Tramontano, Esq., of counsel
Philip T. Evans, Esq., of counsel
*Attorneys for Defendant, AWE, PLC*
31 West 52nd Street
New York, New York 10019
sean.sheely@hklaw.com
christine.tramontano@hklaw.com
philip.evans@hklaw.com

{1621155: }

WARD GREENBERG HELLER & REIDY LLP
Eric J. Ward, Esq., of counsel
Heidi S. Martinez, Esq., of counsel
William R. Leinen, Esq., of counsel
*Attorneys for Third-Party Defendant,*
*University of Rochester*
300 State Street
Rochester, New York 14614
eward@wardgreenberg.com
hmartinez@wardgreenberg.com
wleinen@wardgreenberg.com

THIS, the 5th day of October, 2012.

WOODS OVIATT GILMAN LLP

By:  _____

Greta K. Kolcon, Esq.
Beryl Nusbaum, Esq.
*Attorneys for Defendant and Third-Party*
  *Plaintiff, Los Alamos National Security*
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800
gkolcon@woodsoviatt.com
bnusbaum@woodsoviatt.com

{1621155: }

2

# EXHIBIT A

{920639}

Go To RID#

# OMEGA Shot
# Request Form



**This RID#:** 25865
Last Modified: 08-Aug-2008 11:49:53

General > Drivers > Target > Beams > TIM > Fixed > Neutronics

Facility Status
Comments/Problems

XOPS   Beamlines

Help

## Neutron Diagnostic Configuration    (Help)

Select Primary Radiation: DT

Enter expected (not estimated) yield  5.00e+12

Defaults - **Neutron detectors recommended for the above parameters**
- Selections may be edited.
- Press Update to save the final configuration.

| Diagnostic Description | Priority | |
|---|---|---|
| Activation Retractor Copper (ACTR) | Primary | Set up |
| CVD Neutron Bang-Time Detector 1 (CVDNBT) | | |
| H10 CVD at 5.0m 5.0MCVD (H10CVD) | | |
| H10 Photo Diode at 5.3m PDD99 (PDC) | | |
| H10 Photo Diode at 5.3m PDO40 (PDC) | | |
| H15 Re-entrant Tube CVD 1-6 (H15DCVD) | | Set up |
| High Yield Neutron Bang-Time Detector 1 (HYNBT) | Secondary | |
| LANL LDRD Beta Mix P4G (BMIX) | | Set up |
| LANL LDRD Beta Mix SCNT (BMIX) | | Set up |
| LANL LDRD Beta Mix SiTel (BMIX) | | Set up |
| NIF nTOF detector 1 (NIF-NTOF) | | Set up |
| Neutron Bang-Time Detectors LLE (BTDET) | | |
| Neutron Temporal Diagnostic 1 (NTD) | Primary | Set up |
| P11-NBT4.5m 1 (P11_NBT45) | | Set up |
| Particle Temporal Diagnostic N (PTD) | | **Select PTD on TIM 5** |
| Scintillator Counter A 3M LARD (SCC) | | |
| Scintillator Counter B 2x2 (SCC) | | |
| Scintillator Counter C 3M NTOF (SCC) | | |
| Scintillator Counter D 5.4M NTOF (SCC) | | |

| | | |
|---|---|---|
| Scintillator Counter E 1.7M NTOF (SCC) | | |
| Scintillator Counter F 12M NTOF L (SCC) | Primary | |
| Scintillator Counter G 12M NTOF H (SCC) | Primary | |

**nTOF LaCave Diagnostics**

[ Set up ]

**Setup sheets are not required for the NIS diagnostics.**

Comments:

**Reminder: Use the NTD Set up page to define the NTD configuration.**

Campaign     Drivers     Beam     SRF
Editor       Editor      Editor   Auditor

[ Update ]   [ Copy ... ]   [ Reports ]   [ Station Reports ]

Vladimir Glebov, 10:58 AM 7/23/2008, DTRat

To: Vladimir Glebov <vgle@lle.rochester.edu>
From: "Hans W. Herrmann" <herrmann@lanl.gov>
Subject: DTRat
Cc: Colin Horsfield
Bcc:
Attached:

Vladimir,

We were planning to put PTD in TIM-5 on Aug 6, but MIT does not want to use it in DT. So TIM-5 is now available for your use. I tentatively placed CVD Diamond Detector - 1 in TIM-5. You have PI access to the SRF's if you would like to change this. So far, they are RID's 25865 (DT/3He) and 26170 (D2/3He)

We would like to run the light pipe with $CO_2$ and a fast PMT/SCD scope like we did last year. I expect Colin to be interacting with you on this again.

thanks,
Hans

_____

Hans W. Herrmann, Ph.D., CDR (Ret., USNR)
P-24 Plasma Physics, M/S E526
Los Alamos National Laboratory
Los Alamos, NM 87545
herrmann@lanl.gov
505-665-5075
fax: 667-0405

if Foreign correspondence: TSPA or Correspondence

[X] Unrestricted (P-DIV-POL-020, Att. 1, Rev. 0, 28 March 2006)
[ ] - Non-Technical Correspondence
[X] - Technical Correspondence
LA-UR [ ] - LA-CP [ ] - LALP [ ]
Reviewed [ ] ADC -
DUSA ADTO [ ]
DUSA HEP [ ]

To: vladimir Glebov <vgle@lle.rochester.edu>, wilke@lanl.gov
Subject: SRF Setups
X-Attachments: C:\Documents and Settings\121744.WIN\My Documents\GCD\GCD
Data\GCD_Aug08\DTRat'08 Shot List.xls;

Vladimir & Mark,

I've attached the Shot List for DTRat'08 coming up on Aug 6. DD-RIC & NIS are listed as Ride
Alongs on the SRFs. I would appreciate it if you could up date the setup sheets for these
diagnostics by COB on Monday.

Vladimir- I've also tentatively included HYNTD as a primary diagnostic for the DT/3He shots
(CO2 mode) and secondary for D2/3He shots (Scintillator). We can discuss next week.

thanks,
Hans


_____
Hans W. Herrmann, Ph.D., CDR (Ret., USNR)
P-24 Plasma Physics, M/S E526
Los Alamos National Laboratory
Los Alamos, NM 87545
herrmann@lanl.gov
505-665-5075
fax: 667-0405


if Foreign correspondence: TSPA or Correspondence

[X] Unrestricted (P-DIV-POL-020, Att. 1, Rev. 0, 28 March 2006)
[ ] - Non-Technical Correspondence
[X] - Technical Correspondence
LA-UR [ ] - LA-CP [ ] - LALP [ ]
Reviewed [ ] ADC -
DUSA ADTO [ ]
DUSA HEP [ ]

Vladimir Glebov, 11:58 AM 7/8/2008, [Fwd: BetaMix - 9/18/08]

To: Vladimir Glebov <vgle@lle.rochester.edu>
From: "Hans W. Herrmann" <herrmann@lanl.gov>
Subject: [Fwd: BetaMix - 9/18/08]
Cc: Paul Keiter <pkeiter@lanl.gov>
Bcc:
Attached:

Vladimir,

Now that BetaMix has been moved to September, what is planned for Aug 7? Will it still be high yield? If so, do you know if it might be possible to swap this day with the DTRat shot day planned for Aug 6. I had been talking to Gary about this possibility so that GCD could have a day to ride-along before a dedicated shot day.

thanks,
Hans


-------- Original Message --------
Subject: BetaMix - 9/18/08
Date:    Mon, 07 Jul 2008 14:38:06 -0400
From:    John Soures <jsou@lle.rochester.edu>
To:      gpgrim@lanl.gov
CC:      slou@lle.rochester.edu, ssta@lle.rochester.edu, smor@lle.rochester.edu,
pien@lle.rochester.edu, csan@lle.rochester.edu, ddm@lle.rochester.edu, dmay@lle.rochester.edu,
pmck@lle.rochester.edu, thorp@lle.rochester.edu, jkel@lle.rochester.edu, mbon@lle.rochester.edu,
dhar@lle.rochester.edu, jlab@lle.rochester.edu, jste@lle.rochester.edu, jsou@lle.rochester.edu,
pkeiter@lanl.gov


The OMEGA Scheduling Committee approved the rescheduling of your previously scheduled BetaMix experiment. The experiment is now scheduled to be conducted on OMEGA on 18 September, 2008.

John M. Soures
Manager, National Laser Users Facility
Laboratory for Laser Energetics
University of Rochester
250 East River Rd.
Rochester, NY 14623
(585)-275-3866
(585)-275-5960 (FAX)
jsou@lle.rochester.edu


--
Gary P. Grim

Neutron Science & Technology
Los Alamos National Laboratory
P.O. Box 1663,  MS H803
Los Alamos, NM 87545
Phone (505) 667-8985
Fax   (505) 665-4121
E-mail mailto:gpgrim@lanl.gov


--
John A. Oertel
Team Leader, Diagnostic and Systems Engineering
Los Alamos National Laboratory
POB 1663, MS-E526
Los Alamos, NM 87545
505-665-3246 Phone
505-665-4409 FAX
505-949-2153 Pager


Hans W. Herrmann, Ph.D., CDR (Ret., USNR)
P-24 Plasma Physics, M/S E526
Los Alamos National Laboratory
Los Alamos, NM 87545
herrmann@lanl.gov
505-665-5075
fax: 667-0405

if Foreign correspondence: TSPA or Correspondence

[X] Unrestricted (P-DIV-POL-020, Att. 1, Rev. 0, 28 March 2006)
[ ] - Non-Technical Correspondence
[X] - Technical Correspondence
LA-UR [ ] - LA-CP [ ] - LALP [ ]
Reviewed [ ] ADC -
DUSA ADTO [ ]
DUSA HEP [ ]

John A. Oertel
September 5, 2008
Los Alamos National Laboratory
Oertel's eye-witness account of LLE accident August 6, 2008

I was in the Omega/LLE control room at the ESO desk at ~6:30 PM retrieving trigger timing numbers for the NIS diagnostic with two ESO technicians when we heard a loud bang noise, followed by the hissing noise of venting gas coming from the target bay. The two technicians were listening on communication headsets to the loud noise and yelling of confusion from the target technicians trying to figure out what had happened. The primary concern at that point was the apparent loss of target chamber vacuum as seen from the vacuum gauge reading on the ESO control panel. Approximately 15 seconds after we heard the loud bang, one of the target technicians came running out of the target bay into the control room and instructed the shot director to call 911 and proclaimed, "we have a man down in the target bay". The shot director immediately called 911 and began relaying patient information to the 911 operators. At that point it wasn't exactly clear how badly the victim was injured and whether he was unconscious or not. The target technician actually demonstrated the position the victim was in by laying in the recovery position on the floor.

I then walked into the user room and mentioned to David Clark of P-23 (knowing that David, like myself was trained as a 1st responder) that we may want to be on stand-by for help to the victim. My assumption at this point that the victim most likely had a head wound, known to bleed a lot, and that though there was probably a bloody face with a lot of blood around there was no immediate danger of loss of life.

David and I went to the shot director and informed him and the target technician that we were 1st responders and that we were available to help. The target technician (obviously shaken by the scene) said "good, let's go". I don't remember the shot director saying anything, but he did allow us to proceed. The target technician informed David and I that others were administering CPR and we headed for the target bay. At that point the target technician said that we had to suit up in clean room clothes before we could enter into the target area. I protested repeatedly but complied to get access as soon as possible. This also reinforced my original surmising of the situation as a bloody scene, but not life threatening. I asked the target technician for a CPR barrier mask and gloves, to protect us from potential disease transmission. The technician brought us an old first aid kit that had just a few bandages and no personal protective equipment (PPE). David and I looked at each other and agreed that we would just do rescue breathing without PPE.

After continuing to protest the delay due to the requirements of having to suit up into clean room garb, we were finally allowed access into the target bay with just

coveralls, hood, facemasks and gloves, but no booties or laser safety glasses. We were told that there were no longer any eye hazards and to proceed.

Having been in the target bay many times, I led, with David and the target technician following closely behind me. When we arrived on scene, we found Sam Roberts unconscious lying in the East side of the target bay on the ground level facing up. Scott Evans (a LANL technician) and Zaheer Ali (a NSTec Operations Scientist) were administering CPR with Scott sitting by Sam's head and with Zaheer giving chest compressions. There was a considerable amount of blood surrounding Sam and there was a large angled gash across his face indicating blunt trauma. As we came into the room and to insure scene safety, I asked the group of 4 LLE target technicians that were grouped several feet to the West of the accident if there was anything else that could fall on responders. We were told the scene was safe. As David and I moved in to do a patient size up, Scott and Zaheer moved back. David checked for a pulse and proclaimed that "yes, he has a pulse". Our next concern was a clear airway, due to the significant facial blunt trauma and we were preparing to do a mouth sweep when the Rochester, NY fire department came through the door.

At that point we moved back from Sam Roberts and provided patient and situational safety information to the fire department EMT's. I stayed in the target bay for an additional ~10 minutes after Sam was moved out of the target bay. I got some absorbent towels from the target technicians to clean up the blood so that the remaining fire department responders could work safely.

In reflection, it is very unfortunate that Sam Roberts was injured, but I am very proud that the initial caregivers at Sam Roberts' side were DOE (LANL & NSTec) employees that trusted their many years of CPR training and were not afraid to do the right thing.

Lessons learned for me personally:

1. Carry my own first aid kit with me on travel.
2. Be aware of off site AED and first aid kit locations.
3. In the event of an emergency, listen objectively to the people around me, but trust my own instincts.

Hans W. Herrmann, Principal Investigator, CDR (Ret., USNR)
September 8, 2008
Los Alamos National Laboratory
Principal Investigator's account of LLE accident on August 6, 2008

On August 6, 2008, I was the Principal Investigator for the DT Ratio experimental campaign on the OMEGA laser facility. At approximately 6:30 pm, an accident occurred inside the target bay which seriously injured an LLE employee. At the time of the incident, Scott Evans (LANL) and Zaheer Ali (NSTec, LO) were performing modifications to LANL's Gas Cherenkov Detector on the upper deck of the target bay while being observed by an LLE technician escort. When they heard what sounded like an explosion, it is my understanding that the three of them went to investigate and found Sam Roberts lying in a pool of blood on the bottom deck with the LLNL/LLE "Light Pipe" diagnostic lying in a "twisted heap" near by. Apparently Sam had been struck in the face by the heavy apparatus, sustaining a deep facial laceration. The LLE escort exited the target bay to get help while Scott and Zaheer stayed with the victim to administer first aid. When they were unable to detect a pulse, Zaheer performed chest compressions while Scott maintained a clear airway and attempted to control the bleeding. Zaheer said afterward that he had administered over 200 compressions when he lost count. Scott and Zaheer maintained control of the scene for approximately 5 to 10 minutes until two additional LANL employees, John Oertel and David Clark, both trained first responders, arrived and took over administering first aid. They assessed the situation and determined that Sam did have a pulse at this point. John and David maintained control the scene for several more minutes until the Rochester emergency responders arrived on site.

Hans W. Herrmann

September's experiment, a number of imaging improvements have been initiated and thus we have high confidence for the physics experiments planned in February 2009.



Figure 1: Overview of the AGEX-EOS-09 target (left) and the preliminary data from shot 52215 (right).

*DTrat*

In August 2008, LANL continued the *DT Ratio- ³He Addition* campaign, imploding glass capsules filled with DT/³He using a 600 ps square laser pulse. Previous studies have looked at the effect of adding ³He to the D₂-filled capsules (as a DT surrogate)- this study is the first to look at the effect on DT. The use of DT also allows the acquisition of high quality reaction histories derived from the Gas Cherenkov Detector (GCD-1). From these reaction histories, it has been determined that the addition of ³He degrades the compression component of yield more than expected. This is consistent with the conclusions of the study conducted by MIT using D₂/³He-filled plastic capsules (R. Rygg, et al., Phys Plasmas 13, 052702 (2006)) and LANL's Hi-Z campaign utilizing glass capsules, also filled with D₂/³He (D.C. Wilson, Jrnl Phys: Conf

Ser 112 022015 (2008)). However, contrary to the MIT study, the shock component does not appear to be significantly affected.



**Figure 2: Calculated (convolved with residual instrument response) and measured (deconvolved GCD data) reaction histories for various $^3$He concentrations.**

Figure 2 shows the reaction histories for three concentrations of $^3$He addition. Overall, the measured neutron yield is ~37% of a clean calculation for *each* $^3$He concentration. However, when the histories are decomposed into Gaussian components representative of shock and

compression yields, the measured compression component goes from being a factor of three lower than calculated at 0% $^3$He, to being a factor of five lower at 36% $^3$He. This agrees well with the MIT study as seen in Figure 3 (the factor of 3 at 0% $^3$He is normalized out for the DTRat data set, whereas a factor of ~2.2 is normalized out for the "Rygg" data set). In contrast, the decomposed shock component from DTRat agrees quite well with the clean calculation for all three $^3$He concentrations as shown in Figure 4.



Figure 3: Scaled compression component of neutron yield normalized to one at 0% $^3$He.



**Figure 4: Scaled shock component of neutron yield normalized to one at 50% ³He for "Rygg" data; no normalization for DTRat data.**

Shock yield data for the 24 μm wall-thickness capsules from MIT's "Rygg" study exhibit a parabolic dependence on ³He fraction, with the minimum occurring near 50% ³He, similar to what was observed for the compression component. The data set for 20 μm thick walls, however, does not appear to support this trend. We suspect the degraded yield anomaly arises only after the shock has reflected from the center and has hit the incoming shell. After such time, the shock yield is diminishing while the compression yield is rising. X-ray imaging and ρR data from DTRat, Hi-Z and the MIT study support the hypothesis that capsules with ~50% ³He aren't as

compressed at the time of peak neutron production rate during the compression phase as those without $^3$He (or those with nearly pure $^3$He from the MIT study). It is not understood at this time what is degrading the compression.

*High-Z*

The High Z project successfully completed its planned experiments for FY08 at the Omega laser facility. These experiments investigated the effect on fusion yield of adding He to ICF implosions. The experiment used the standard glass shell targets we have used in the past and varied the concentration of $^3$He in the target and measure the resulting yield. These were done for 3 different concentrations of $^3$He, 0%, 10%, and 50% by atomic fraction. The gas fills were also designed to be hydrodynamically equivalent in order to try to insure similar hydrodynamic behavior. In addition, we also planned to measure the change in yield for two different laser pulse lengths. We first used our standard pulse length of 1.0 ns and then did a second series of experiments using a shorter pulse length of 0.6 ns. The shorter pulse length should emphasize the differences in the compression component of the yield where we believe the $^3$He is causing a significant impact.

On April 23, we successfully fired 8 shots at Omega with 1 ns laser pulses and varied the concentration of He in the capsules. The neutron yield results from these experiments are shown in Figure 5, along with the expected degradation due to having less deuterium in the target. One can see in the figure that the observed yield does fall below the expected yield as the He is increased. We also see little difference in the ion temperature for these shots, which varies from 6.9 keV to 7.4 keV and increases only slightly as the He concentration is increased.



**Figure 5: Neutron yield as a function of He atom fraction in the gas. The green circles are data for 1 ns pulse drive with 4.3 micron thick walls and the orange curve represents the expected yield based on the deuterium concentration only.**

We also did two other shots this day with glass shells that had a thickness of 4.0 microns. These targets contained 50% atom fraction of He, but one was $^4$He instead of the usual $^1$He. The yields for these two shots were 4.8e10 and 4.3e10 respectively, a difference of 10%, which is similar to our standard shot to shot variation. The ion temperature for these shots was higher, ~ 8.2 keV, consistent with thinner glass and a more rapid implosion.

The remaining shots had to be done on a separate half-day June 17. We were able to get 4 shots and the results from those shots are shown in Figure 6. The behavior is similar to what we observed for the 1 ns drive shots with one exception. The ion temperatures for these experiments varied greatly, from 5.3 keV for no He to 7.8 keV for 50% He and bring into question whether the implosions are hydrodynamically equivalent. This would be consistent with an even greater

degradation of the compression burn, reducing its importance compared to the shock burn and effectively elevating the average burn temperature.



Figure 6: Neutron yield as a function of helium atom fraction in the gas. These experiments used 0.6 ns laser drive and the data is shown as the green dots. The orange curve represents the expected yield based on the deuterium concentration.

Overall, the results for doping the gas with [1]He were consistent with earlier results for Ar, Kr, and Xe, though a much larger atom fraction of [1]He was required to produce a similar effect.

*NIF Platform #5*

The NIF Platform #5 campaign continued experiments to develop diagnostic techniques for future NIF experiments. The FY08 experiments focused on backlighter source

characterization and development as well as the successful execution of a new platform for the observation of absorption features due to heated materials.

One aspect of the backlighters that was examined was the conversion efficiency for L-shell and M-shell emitters. Over the course of the FY08 campaign, the laser irradiance studied varied from $10^{14}$ W/cm$^2$ up to nearly $10^{17}$ W/cm$^2$. The data obtained will assist in evaluating the expected photon fluxes at the NIF. An example of some of the data obtained from a CsI backlighter is shown in Figure 7.



**Figure 7: a) CsI spectra for a nominal 600, b) nominal 400 c) and a nominal 200(right) micron diameter spot. Note that although the laser irradiance spans an order of magnitude, the amount of emission stays essentially constant.**

The platform for studying absorption spectroscopy is shown in Figure 8. A Ti foil was heated inside of a hohlraum. A CsI backlighter provided a quasi-continuum spectrum source, which passed through the sample and was recorded on by a spectrometer (Figure 9). The recorded spectrum contains both the emission from the CsI backlighter and the absorption from the heated Ti foil. Although detailed analysis is still underway, these experiments provided valuable information on the absorption spectroscopy technique and have led to a number of improvements being implemented for the future NIF experiments.

Bragg Crystal

Hohlraum
Provides heating to samples

Film
Records absorption spectrum

Conical Shield

Ti samples
centered in
hohlraum

Backlighter
Quasi-continuum source

**Figure 8: Picture depicting the absorption spectroscopy configuration. Laser beams enter both sides of the hohlraum. A thin Ti foil sitting in the center of the hohlraum is the heated. The backlighter provides a quasi-continuum backlighter source and its x-rays pass through the Ti sample and are reflected off the Bragg crystal and recorded on film. Some of the backlighter emission is absorbed, depending on the temperature and density of the Ti. The picture is not to scale.**



**Figure 9: Spectrum containing the emission from a CsI backlighter and the absorption due to a thin, heated Ti foil.**

*Symergy*

We have used two cones of the OMEGA laser to irradiate a linear 0.7 NIF-scale hohlraum to implode Be and CH capsules to measure the effect of beam phasing on the implosion symmetry. The vacuum hohlraums, with 2mm diameter capsules, reached 105 eV using 1 ns laser pulses. The symmetry of the x-ray emission from the implosion was measured for both the CH and Be capsules. We were able to vary the symmetry at implosion time by varying the cone fraction or ratio of energy between the inner cones [21 degrees or 42 degrees] and the outer cone [59 degree beams]. We found that the fraction where the best symmetry occurred was closest to those ratios that the re-emit technique had found for the same pointing. When we replaced the 42 degree beams by the 21 degree beams and pointed to the same location in the hohlraum with the same laser irradiance, the hohlraum radiation was lower, and the symmetry was affected, indicating some impaired propagation of the inner cone.



**Figure 10: The measured second order Legendre coefficient for the x-ray emission at the 30% level, measured at peak emission**

Aug. 27, 2008

## University of Rochester Laboratory for Laser Energetics
## to Resume Operations

After a rigorous, three-week safety review, the Laboratory for Laser Energetics will return to operations this week.

Laboratory Director Robert McCrory initiated a voluntary "safety stand down" on Aug. 7 after an employee of the laboratory was seriously injured when a mounting bracket for a piece of diagnostic equipment broke loose while he was standing beneath it.

During the stand down, the lab's approximately 300 employees spent more than 35,000 staff hours inspecting equipment and reviewing safety procedures throughout the laboratory.

"We have carefully reviewed the safety of our equipment and procedures throughout the laboratory," McCrory said. "We have every confidence moving forward that we have eliminated to the degree possible the risk of a similar accident occurring again."

McCrory said that the recommendation to University of Rochester President Joel Seligman to resume operations was made after the equipment in question was removed from service and it was determined through the safety reviews that no other equipment in use at the laboratory poses a risk of a failure of this type. The recommendation was supported by Jeffrey Williams, a former Acting Associate Director for Engineering at Lawrence Livermore National Laboratory and an expert in laboratory accident analysis who independently reviewed the safety stand down procedures and analysis. The University's Office of Environmental Health & Safety also separately audited the review and inspections and fully supports the laboratory's return to operations.

PHYSICS OF PLASMAS 16, 056312 (2009)

# Anomalous yield reduction in direct-drive deuterium/tritium implosions due to ³He addition[a]

H. W. Herrmann,[1,b)] J. R. Langenbrunner,[1] J. M. Mack,[1] J. H. Cooley,[1] D. C. Wilson,[1]
S. C. Evans,[1] T. J. Sedillo,[1] G. A. Kyrala,[1] S. E. Caldwell,[1] C. S. Young,[1]
A. Nobile,[1] J. Werner,[1] S. Paglieri,[1] A. M. McEvoy,[1] Y. Kim,[1] S. H. Batha,[1] C. J. Horsfield,[2]
D. Drew,[2] W. Garbett,[2] M. Rubery,[2] V. Yu. Glebov,[3] S. Roberts,[3] and J. A. Frenje[4]
[1]Los Alamos National Laboratory, Los Alamos, New Mexico 87545, USA
[2]Atomic Weapons Establishment, Aldermaston RG7 4PR, United Kingdom
[3]Laboratory for Laser Energetics, University of Rochester, Rochester, New York 14623, USA
[4]Plasma Science and Fusion Center, Massachusetts Institute of Technology, Cambridge,
Massachusetts 02139, USA

(Received 10 December 2008; accepted 4 May 2009; published online 28 May 2009)

Glass capsules were imploded in direct drive on the OMEGA laser [Boehly et al., Opt. Commun. 133, 495 (1997)] to look for anomalous degradation in deuterium/tritium (DT) yield and changes in reaction history with ³He addition. Such anomalies have previously been reported for D/³He plasmas but had not yet been investigated for DT/³He. Anomalies such as these provide fertile ground for furthering our physics understanding of inertial confinement fusion implosions and capsule performance. Anomalous degradation in the compression component of yield was observed, consistent with the "factor of 2" degradation previously reported by Massachusetts Institute of Technology (MIT) at a 50% ³He atom fraction in D₂ using plastic capsules [Rygg, Phys. Plasmas 13, 052702 (2006)]. However, clean calculations (i.e., no fuel-shell mix) predict the shock component of yield quite well, contrary to the result reported by MIT but consistent with Los Alamos National Laboratory results in D₂/³He [Wilson et al., J. Phys.: Conf. Ser. 112, 022015 (2008)]. X-ray imaging suggests less-than-predicted compression of capsules containing ³He. Leading candidate explanations are poorly understood equation of state for gas mixtures and unanticipated particle pressure variation with increasing ³He addition. © 2009 American Institute of Physics. [DOI: 10.1063/1.3141062]

## I. INTRODUCTION

Inertial confinement fusion (ICF) implosions have been conducted at US laser facilities such as NOVA and OMEGA and soon at the nearly completed National Ignition Facility (NIF). OMEGA experiments are based predominantly on direct drive, in which laser beams impinge directly on the ICF capsule.[1] NOVA was, as NIF will be, based predominantly on indirect drive in which the laser beams impinge upon the inside of a *Hohlraum*, generating a uniform bath of x rays which indirectly illuminate the capsule. In both cases, ablation of outer capsule material results in a rocket effect which compresses the remaining capsule material inward, heating and compressing the fuel primarily through pressure times change in volume (pdV) work. Additional heating comes from the initial shock received from the laser onset.

As a result, fusion product yield can be separated into two components—shock and compression yields. If the velocity of the laser-driven shock is greater than the maximum velocity of the shell, the shock can break out of the shell, travel inward through the fusion fuel, rebound at the center of the capsule, and travel outward through the fuel again. As it does so, the fuel ionizes and heats to high ion temperatures (e.g., ~10 keV), producing fusion yield before the capsule

has reached maximum compression. The fuel can then cool back down after shock heating as the capsule continues to compress to maximum density, producing additional fusion yield at higher ion density but at lower ion temperature (e.g., ~5 keV). Ideally, shock and compression yields coincide, providing a synergy that maximizes fusion yield. However, experiments in which the final shell velocity is reduced, by using thick-walled capsules or by shortening of the laser pulse duration, enables one to study the individual yield components. Such studies allow additional insights into the dynamics of capsule implosions. Discerning these components of yield necessitates the ability to measure deuterium/tritium (DT) reaction histories with high precision. This study used the gas Cherenkov detector (GCD),[2–4] developed at Los Alamos National Laboratory, which relies on the DT fusion gamma-ray output for high-bandwidth measurements (~4 GHz). Gaussian decomposition of the reaction history allows one to approximate the separate bang times (i.e., time of peak of fusion reactivity) and total yields for each yield component.

While relatively efficient in terms of laser energy coupling, direct drive can also result in a higher level of spatial nonuniformities, giving rise to hydrodynamic instabilities, such as the Rayleigh–Taylor instability. These instabilities are known to result in fuel/shell mix which acts to cool the fuel and degrade the fusion yield. Radiation hydrodynamics codes [one dimensional (1D) and two dimensional] are rou-

[a)]Paper BI 3, Bull. Am. Phys. Soc. 53, 19 (2008).
[b)]Invited speaker. Electronic mail: herrmann@lanl.gov.

Downloaded 25 May 2011 to 192.12.184.6. Redistribution subject to AIP license or copyright; see http://pop.aip.org/about/rights_and_permissions

056312-2   Herrmann *et al.*

Phys. Plasmas 16, 056312 (2009)

tinely used to calculate the performance of these implosions. These codes, however, typically overpredict the neutron yield, generally by factors of 2–4. Fuel-shell mix is often invoked in order to degrade the "clean" yield calculation and match the experimentally measured values.

In the current study, $^3$He was added to capsules containing deuterium and tritium fuels. The $^3$He was observed to degrade the fusion yield more than predicted by 1D rad-hydro calculations. Yield degradation was predominantly found to occur in the compression component, with little effect on the shock yield. Increased fuel/shell mix as a result of $^3$He addition does not provide a reasonable explanation. Instead, observations appear consistent with reduced compressibility, relative to calculations, of the capsule with $^3$He addition. Several potential mechanisms are being explored to explain this reduced compressibility.

The paper is organized as follows: Previous work and motivations for the current study are presented in Sec. II, the experimental setup is presented in Sec. III, experimental observations are presented in Sec. IV, a discussion covering reduced compressibility and fuel/shell mixing is presented in Sec. V, and conclusions are presented in Sec. VI.

## II. MOTIVATION FOR $^3$He IN DT

The use of surrogate fuels provides a means of characterizing capsule performance without incurring the complications associated with the high fusion output of DT fuel. $D_2$ has been the most commonly used surrogate, but the primary interest is in DT since the first igniting capsules will surely contain pure DT. When an unexplained anomaly is discovered using a surrogate, it is not obvious whether this anomaly will also exist for DT and thus must be verified. The incorporation of $^3$He appears to provide such an anomaly. Once understood, this anomaly could potentially lead to new physics insights and might even prompt the intentional addition of $^3$He to DT as a diagnostic tool.

While the use of DT may complicate some diagnostic methods, it also enables the use of other valuable techniques. The high fusion output coupled with a relatively high fusion gamma-to-neutron branching ratio for the DT reaction enables the measurement of the 16.75 MeV gamma rays that are emitted in just a few of every 100 000 DT fusion reactions. The time-resolved GCD was used in these studies for measurement of quality reaction histories based on the DT gamma ray.

Previous ICF implosions have revealed the possible anomalous effect (i.e., beyond what is predicted) on fusion yield arising from mixtures of $D_2$ and $^3$He. The most notable is a study led by a team of Massachusetts Institute of Technology (MIT) researchers in which a series of plastic capsules containing "hydroequivalent" mixtures of $D_2$/$^3$He was imploded at the OMEGA laser.[5] They discovered that the compression and shock yield components were degraded relative to predictions scaled from pure $D_2$, with the maximum deviation occurring at 50% $^3$He by atom.

Hydrodynamic equivalency was satisfied in this previous study by maintaining a constant Atwood number. This is achievable since D and $^3$He have the same value of (1

$+Z)/A$, where $Z$ is the atomic number and $A$ the atomic mass. Mixtures can then be chosen such that the mass density and total particle density (ions+electrons) are identical. This is accomplished by exchanging three D atoms for two $^3$He atoms. Once the fuel is fully dissociated and ionized after the first passage of the laser-driven shock, the fuel is predicted to behave as an ideal gas ($pV=nRT$). Assuming that the different fuel gas mixtures achieve the same temperature profiles upon ionization, the compression and degree of shell/fuel mix for these mixtures should be nearly identical and the fusion yield should closely follow a simple scaling based on the fuel composition ratios. However, the MIT group observed that the scaled DD neutron and D/$^3$He proton yields, normalized to pure $D_2$, were lower than predicted by a factor of ~2 in mixtures containing 50:50 D/$^3$He by atom. These trends were observed for both shock and compression yield components. Measurements of the areal density ($\rho R$) suggested that gas mixtures experience less compression than purer $D_2$ or $^3$He target fills do, in contradiction to the hydroequivalent design hypothesis. Less compression alone, however, was not sufficient to explain the magnitude of the yield discrepancy. In addition, no single physical mechanism has been identified to explain the observations, particularly the nonmonotonic dependence on $^3$He fraction. Comparisons of the current effort to this study will be presented in Sec. V A.

A similar abnormal effect from $^3$He has been identified in glass capsule implosions during the "Hi-Z" experimental campaign at OMEGA being conducted by Los Alamos National Laboratory.[6] These experiments were also designed to be hydroequivalent. In this previously reported study, properly hydroscaled burn histories without and with $^3$He (20% by atom) agree well until the time that the rebounding shock strikes the incoming shell, after which there is a divergence with less scaled yield coming from the capsule containing $^3$He. Since the majority of shock yield occurs during the earlier period, the MIT conclusion that shock yield is anomalously affected by $^3$He fraction is not supported. Degradation of compression yield, however, appears to be consistent with that observed by the MIT group. Implosions devised to be hydrodynamically equivalent are all expected to exhibit the same radius versus time independent of $^3$He fraction. Contrary to this expectation, differences in shell radius with and without $^3$He were observed from gated x-ray images during Hi-Z experiments. Shell x-ray emission suddenly brightens when the rebounding shock strikes the incoming shell. At this time, the x-ray image radii for the case with and without $^3$He are in agreement and are consistent with simulation. After this time, however, the case with $^3$He diverges, resulting in an ~25% larger radius at bang time than the case without $^3$He and from the simulations with and without $^3$He.

## III. EXPERIMENTAL SETUP

Spherical SiO$_x$ shells were fabricated by General Atomics using the glow discharge plasma method. The capsules had a mean diameter of $1098 \pm 5$ $\mu$m and a $4.7 \pm 0.05$ $\mu$m average wall thickness. All capsules were filled with 5.1 atm of 50:50 DT gas at room temperature. Residual gases, pre-

Downloaded 25 May 2011 to 192.12.184.6. Redistribution subject to AIP license or copyright; see http://pop.aip.org/about/rights_and_permissions

056312-3    Anomalous yield reduction in direct-drive DT implosions.

Phys. Plasmas 16, 056312 (2009)



FIG. 1. (Color online) [3]He permeation half-lives for each individual SiO2 shell used on shot day. Error bars on shell AI show reproducibility of measurement.



FIG. 2. (Color online) Estimated [3]He concentration at shot time based on individual leak rates of Fig. 1. Capsules contained ~5 atm of DT at shot time. Capsules were stored for several days in cells pressurized with [3]He to either 0, 1.26, or 6.05 atm, resulting in [3]He atomic concentrations at shot time averaging 0%, 10%, or 36%, respectively. Data points on the y axis represent the [3]He concentration just before depressurization of the gas cell and are for illustrative purposes only.

dominantly $CO_2$ and CO, were estimated to be <0.13 atm. [3]He was added after the DT fill, increasing the overall pressure. Three [3]He partial pressures were chosen, producing capsules that were not hydrodynamically equivalent to one another, and thus shot-to-calculation comparisons were required for analysis. Future experiments will strive to obtain hydroequivalency, making analysis of shot-to-shot comparisons more direct.

Accurate knowledge of the [3]He partial pressure in the capsule at shot time is critical for measuring [3]He effects on ICF implosions. Helium, being a small atom, naturally has a much higher permeation rate than hydrogenic species such as $D_2$, DT, and $T_2$. Typical room-temperature permeation half-lives for DT through thin glass shells are on the order of 10 weeks, whereas the half-life for [3]He is only a few hours. To minimize uncertainty, [3]He permeation rates for each individual capsule were measured by a pressure increase method[7] after the shells had already been filled with 5.1 atm of 50:50 DT gas. The results, shown in Fig. 1, indicate a mean [3]He permeation half-life of 2.5 h. All permeation rates were within ± 0.5 h of this mean. Capsules were stored in individual [3]He-pressurized containers to prevent leakage.

Shells were kept on dry ice to minimize leakage of DT. Exceptions to this include short periods at room temperature to: conduct the [3]He permeation tests; mount and place them in the [3]He-pressurized cells; and prepare them for target chamber insertion on shot day. Time at room temperature was carefully recorded to produce an accurate estimate of DT partial pressure at shot time. The time between taking a target from a [3]He-pressurized cell and shot time was also recorded. To minimize [3]He leakage and the uncertainty in the [3]He partial pressure at shot time, this delay was kept as short as practical. Figure 2 shows the estimated [3]He concentration as a function of the time to shot for the three separate fill pressures. The delay between taking a target out of a [3]He-pressurized cell and shot time was limited to less than 35 min for all shots, with all but one shot occurring within 25 min. As a result, uncertainty in the [3]He concentration was

better than ±3%. It is estimated that the targets that were not intentionally filled with [3]He had no more than 12 ppm [3]He resulting from equilibrium between continuous source (tritium decay) and loss terms (permeation).

Direct-drive implosions of these targets were conducted at OMEGA using 60 beams of frequency-tripled (351 nm) UV light in a 0.6 ns square pulse and a total energy of 16.3 kJ with no smoothing by spectral dispersion. This relatively short laser pulse (as compared to the more typical 1 ns pulse used in the other previously cited studies) was chosen so that the shock component would be more discernible in neutron- and gamma-based reaction history measurements. As-shot conditions are summarized in Table I.

## IV. EXPERIMENTAL OBSERVATIONS

The addition of [3]He decreases the neutron yield as shown in Fig. 3. The yield was measured by the neutron time-of-flight detector (nTOF) installed at 12.4 m from the target.[8] Shot-to-shot reproducibility was better than ±10% about the mean. DT fusion neutron yield drops by 80% between 0% and 36% [3]He by atom. Also plotted is the independently determined DT fusion gamma yield as measured by the GCD which shows the same trend in neutron yield as a function of [3]He concentration. A DT gamma-to-neutron branching ratio of $2 \times 10^{-5}$ can be inferred from these data; however, uncertainty in the GCD absolute calibration is no better than a factor of 3 at this time. Recent values for the DT branching ratio vary from $5 \times 10^{-5}$ to $1.2 \times 10^{-4}$ gammas per neutron.[9-12] However, the measurements described in the literature are based on beam-target experiments with ion beam energies in excess of 100 keV and so may not be appropriate for thermonuclear fusion at ion temperatures ~5 keV. A 1D

Downloaded 25 May 2011 to 192.12.184.6. Redistribution subject to AIP license or copyright; see http://pop.aip.org/about/rights_and_permissions

056312-4    Herrmann *et al.*                                                      Phys. Plasmas 16, 056312 (2009)

TABLE I. As-shot conditions. Shell inner diameter and wall thickness refer to dimensions of the SiO₂ microballoon target. DT and ³He pressures in the target at shot time are estimated from initial fill pressures corrected for DT and ³He leakages based on time at room temperature and time outside of the ³He-pressurized cell until shot time. Ion temperature ($T_i$) and neutron yield are determined using the nTOF instrument located at 12.4 m from the target chamber center. YOC is based on measured yields divided by predicted yields calculated assuming no fuel-shell mix (i.e., a clean calculation) in a 1D rad-hydro model.

| Shot No. | Shell inner diameter (μm) | Shell wall thickness (μm) | DT pressure at shot time (atm) | ³He pressure at shot time (atm) | Total pressure at shot time (atm) | ³He fraction (at. %) | Laser energy (kJ) | nTOF $T_i$ (keV) | nTOF $n$ yield ($1 \times 10^{13} n$) | YOC |
|---|---|---|---|---|---|---|---|---|---|---|
| 47875 | 1097 | 4.60 | 5.00 | 0.00 | 5.00 | 0.0 | 16 | 4.81 | 8.8 | 0.37 |
| 47877 | 1094 | 4.70 | 5.00 | 0.00 | 5.00 | 0.0 | 16.3 | 5.06 | 9.11 | 0.38 |
| 47881 | 1097 | 4.70 | 4.99 | 0.00 | 4.99 | 0.0 | 16.5 | 5.3 | 8.69 | 0.37 |
| 47879 | 1097 | 4.70 | 4.97 | 1.07 | 6.04 | 9.7 | 16.3 | 4.69 | 5.12 | 0.41 |
| 47873 | 1112 | 4.70 | 4.87 | 1.14 | 6.01 | 19.4 | 16.3 | 4.83 | 4.77 | 0.38 |
| 47876 | 1100 | 4.60 | 4.93 | 1.16 | 6.09 | 19.5 | 16.1 | 4.64 | 4.19 | 0.33 |
| 47880 | 1098 | 4.60 | 4.97 | 5.51 | 10.48 | 35.7 | 16.4 | 4.94 | 1.69 | 0.39 |
| 47874 | 1098 | 4.70 | 4.94 | 5.53 | 10.47 | 35.5 | 16.4 | 4.55 | 1.7 | 0.40 |
| 47878 | 1093 | 4.60 | 4.96 | 5.57 | 10.53 | 35.9 | 16.4 | 5.15 | 1.5 | 0.35 |
| 47882 | 1096 | 4.60 | 4.95 | 5.58 | 10.52 | 36.0 | 16.3 | 4.87 | 1.43 | 0.33 |
|  |  |  |  |  |  |  |  |  |  |  |
| 0% ³He ave. | 1096.0 | 4.67 | 5.00 | 0.00 | 5.00 | 0.0 | 16.27 | 5.06 | 8.87 | 0.37 |
| 10% ³He ave. | 1103.0 | 4.67 | 4.92 | 1.12 | 6.05 | 19.2 | 16.20 | 4.72 | 4.69 | 0.37 |
| 36% ³He ave. | 1096.3 | 4.63 | 4.95 | 5.55 | 10.50 | 35.9 | 16.38 | 4.88 | 1.58 | 0.37 |
| Overall ave. |  |  |  |  |  |  | 16.3 | 4.9 | 4.7 | 0.37 |

radiation hydrodynamic simulation, assuming no mixing between the shell material and fuel during compression (i.e., clean calculation), shows that the measured yield is ~0.37 of calculated for all ³He concentrations. This is reflected in the value of yield-over-clean (YOC) in Table I. This constant scale factor may be somewhat coincidental, however, as will be discussed in Sec. V.

Fusion reaction histories based on DT gammas measured using the GCD and DT neutrons measured using the neutron temporal diagnostic (NTD)[14] are shown in Fig. 4. Since the relative time base of the GCD instrument is not absolutely calibrated, it is cross calibrated against the absolutely cali-

brated NTD by matching bang times on what was considered to be the shot with the best quality NTD data (shot 47877). The time base offset relative to an optical timing fiducial is determined from this "best case." This offset was then applied to the GCD timing, also relative to the optical timing fiducial, for the remaining shots.[14] Postprocessing to remove instrument temporal response was performed on both reaction history diagnostics. The standard NTD algorithm[15] was used to remove the 1.2 ns decay time of the NTD scintillator and additional smoothing was applied. Deconvolution is able to remove much of the GCD instrument impulse response time of approximately 135 ps full width at half maximum (FWHM), leaving a residual response of approximately 70 ps FWHM. The GCD-based reaction histories for 0% ³He show



FIG. 3. (Color online) DT neutron and gamma yields as a function of ³He concentration measured by nTOF (blue diamonds) and GCD (red squares), respectively. Typical absolute yield uncertainty for the nTOF is ~10%. Typical relative yield uncertainty for the GCD is also ~10%, but absolute yield uncertainty is greater due to uncertainties in GCD absolute calibration and the DT-γ/DT-n branching ratio.



FIG. 4. (Color online) DT fusion reaction histories from the GCD (solid blue line) and the NTD (dashed pink line) show the growth of a feature near 1.25 ns as ³He is added. Instrument response has been deconvolved from the data for both detectors. No NTD data were acquired on two shots (47873 and 47876). NTD data for shot 47877 were used to establish an absolute time base for the GCD data.

Downloaded 25 May 2011 to 192.12.184.6. Redistribution subject to AIP license or copyright; see http://pop.aip.org/about/rights_and_permissions



FIG. 5. (Color online) Ilum averaged ion temperature measured by neutron time-of-flight (nTOF) in solid black diamonds (blue online), the mean of the measurements in open black diamonds (blue online), and a clean calculation (i.e., no shell/fuel mix) in solid gray diamonds (pink online).

an asymmetry which evolves into an observable feature on the leading edge of the GCD signal at 10% [3]He addition and finally becomes a discernibly separate peak at 36% [3]He. The NTD-based reaction histories show qualitative agreement, but due to the relatively high level of noise observed in the raw data, they were determined to be not as useful for quantitative purposes. As a result, the discussion of Sec. V relies solely on the GCD-based reaction histories.

Time-integrated ion temperature measurements using the nToF are displayed in Fig. 5. There does not appear to be a strong temperature dependence with [3]He concentration although calculations indicate a monotonic temperature decrease with increasing [3]He, whereas a slight increase was detected in going from 10% to 36% [3]He.

The shell radius trajectory for one shot at 36% [3]He addition as inferred from gated x-ray images measured using the gated x-ray imager (QXI) diagnostic[16] is shown in Fig. 6. X rays become observable once the shock wave rebounding from the center strikes the incoming shell, establishing a time reference for comparison with simulation. Also shown



FIG. 6. (Color online) Temporal dependence of x-ray image radius for a 36% [3]He shot from the QXI (green diamonds) and clean calculation (open blue circles) shows less compression than expected.

are the simulated x-ray image radii based on the clean calculation. From the reaction histories, we find that the bang time for the compression component of yield occurs at about 1.44 ns. From Fig. 6 it appears that the shell radius is about 25% larger than simulated by a clean calculation at this bang time, corresponding to approximately a factor of 2 larger volume.

## V. DISCUSSION

Several possible physical mechanisms pertaining to differences in composition, temperature, density, burn volume, and burn duration of the target during the implosion were explored in Ref. 5 in an attempt to explain the effect of mixtures containing [3]He. Some of them have the potential to explain reduced scaled yield in going from 0% [3]He to 50% [3]He, but none offers the possibility of explaining the recovery in scaled yield in going from 50% [3]He toward 100% [3]He. Although the current study has not yet explored the region from 50% to 100% [3]He, it is likely that this nonmonotonic behavior also exists in DT/[3]He implosions and will be equally difficult to explain. Here we focus on the apparent symptoms of reduced compressibility and compression yield and their possible causes and then examine and attempt to discount fuel/shell mixing as a possible cause of the reduced compression yield by itself.

### A. Reduced compressibility

Rather than simply investigate total yield degradation, it is more insightful to examine the shock and compression yield components individually as we explore mechanisms of yield degradation from the clean model. For this purpose, we decompose both the GCD-measured and the calculated reaction histories into two Gaussian components which are representative of the early shock yield and the later compression yield. The Gaussian decomposition for the GCD reaction histories are shown in Figs. 7(a)–7(c). These curves are a composite representing the three or four shots taken at each [3]He concentration. These composite GCD reaction histories are compared to the calculated reaction histories in Figs. 7(d)–7(f). It is evident that the observed compression yield degrades more quickly with increasing [3]He than is predicted by calculation.

The Gaussian fit parameters for the decomposed reaction histories of Fig. 7 are presented in Fig. 8. The observed (Obs) data points correspond to parameters derived from the GCD model results (Clean) are derived from the 1D rad-hydro code. In order to determine a goodness of fit for the Obs parameters, double Gaussians were convolved with the GCD instrument response function and adjusted to obtain the physically relevant optimal fit to the raw data. This allowed a sensitivity study to be conducted in which one parameter was varied while allowing the other five parameters to reoptimize the fit. It was found that the variation needed to increase the rms value of the fit by 5% was typically smaller than the shot-to-shot variation in the parameter (except when the shot-to-shot variation was exceptionally small). Thus, the parameters for the individual

Downloaded 26 May 2011 to 192.12.184.6. Redistribution subject to AIP license or copyright; see http://pop.aip.org/about/rights_and_permissions

056312-6   Horrmann *et al.*

Phys. Plasmas 16, 056312 (2009)



FIG. 7. (Color online) Gaussian decomposition of deconvolved reaction histories measured using the GCD instrument for (a) 0% $^3$He, (b) 10% $^3$He, and (c) 36% $^3$He addition. Individual deconvolved reaction histories in each $^3$He concentration are shown in dashed lines. Composites of the Gaussian fits to these reaction histories are shown in solid lines for the yield components arising from shock [gray (pink online)] and compression [black (blue online)], with their sum in bold black lines labeled GCD. Vertical scale is linear with the 1 × 10$^{13}$ n/ns line shown in each case by a horizontal dashed line (red online). In (d)–(f) are shown the comparisons of the composites of the GCD measured reaction histories (black solid line) and calculated [dashed line (green online)]. Calculated histories are from a 1D rad-hydro "clean" calculation convolved with a 20 ps Gaussian to simulate instrument response.

shots are shown in ×'s and +'s for the Obs data set to give an indication of the amount of spread there is in data.

For the shock component of the yield, the clean calculation is reasonably consistent with the observations. These data are suggestive of a shock yield that burns at a slightly higher rate [Fig. 8(a)] for a longer period of time [Fig. 8(b)] than calculated. The resulting neutron yield [Fig. 8(d)] and bang time [Fig. 8(c)] for the shock component display reasonably good agreement between calculated and observed.

The compression yield, however, shows a considerable discrepancy between calculated and observed, with the calculated peak yield rate, FWHM, and resulting compression neutron yield being significantly higher than observed. The FWHM diverges significantly from the clean calculation as $^3$He is increased, implying a shorter compression burn. Bang times are in reasonable agreement for compression components, as they were for the shock components.

The ratio of the observed yields to the clean calculated yields using the Gaussian fit parameters is shown in Fig. 9. The observed yield for shock is ~40% above the calculated yield on average. The shot-to-shot variation is large enough that there does not appear to be significant variation over the range of $^3$He concentrations. The observed compression yield is 31% of calculated at 0% and 10% $^3$He but drops to 17% of calculated reaction yield at 36% $^3$He. The total YOC ranges from 38% to 41% for the Gaussian fits, consistent with the ~37% YOC scaling determined Table I. The YOC remains relatively constant as the fixed shock yield makes up for the loss of compression yield with increasing $^3$He, and thus appears to be somewhat coincidental.



FIG. 8. (Color online) Reduction in Gaussian fits into (a) peak burn rate, (b) full width at half maximum (FWHM, semilog scale), (c) bang time, and (d) neutron yield=1.06×peak burn rate×FWHM (semilog scale). Parameters from the forward-folded fit to experimentally measured reaction histories are shown in +'s and ×'s, with their averages in open symbols/solid lines (i.e., Obs) and those from the fit to calculated reaction histories assuming no mix are shown in solid symbols/dashed lines (i.e., Clean). Shock components are in black (blue online) and compression components are in gray (pink online).

Downloaded 26 May 2011 to 192.12.184.6. Redistribution subject to AIP license or copyright; see http://pop.aip.org/about/rights_and_permissions

056312-7    Anomalous yield reduction in direct-drive DT implosions...          Phys. Plasmas 16, 056312 (2009)



FIG. 9. (Color online) Ratio of observed to clean calculated yields from Fig. 8(d).

The observed YOC for the compression yield from Fig. 9 is replotted in Fig. 10(a) after normalizing the data to 1 at 0% ${}^3$He so that a direct comparison to the MIT results can be made. It can be seen that the anomalous compression yield degradation in DT/${}^3$He-filled glass capsules is consistent with that previously seen in D$_2$/${}^3$He-filled plastic capsules.

The YOC for the shock yield from Fig. 9 is replotted in Fig. 10(b). For the shock yield we see reasonable agreement with calculation, whereas the MIT study observed a non-monotonic trend for the 24 $\mu$m thick capsules very similar to what was observed for compression yield. For the 20 $\mu$m thick capsules, however, there does not appear to be a strong trend with ${}^3$He. It should be noted, however, that the 20 $\mu$m shock yield data were considered to have too high a level of uncertainty from which to draw any conclusions, hence the lack of error bars. As previously mentioned, a Los Alamos National Laboratory study using D$_2$/${}^3$He-filled glass capsules also observed YOC trends that were consistent with the MIT compression yield results but did not see an anomalous effect in shock yield. It should be noted that yields from different nuclear reactions are being compared in Fig. 10. The Los Alamos National Laboratory (LANL) results are for

DT-$\gamma$ (previously shown to be proportional to DT-n in Fig. 3), while the MIT compression yield results are determined from DD-n and the MIT shock yield results are determined from D${}^3$He-p. The expectation is that these various reactions adequately represent the shock and compression yield trends with ${}^3$He addition and thus enable a valid comparison.

The gated x-ray imaging measurements shown in Fig. 6 are consistent with less compression than predicted for 36% ${}^3$He addition. No useful x-ray imaging data were obtained for the other ${}^3$He concentrations. A 25% larger outer shell radius corresponds to approximately a factor of 2 less fusion yield, assuming a fixed shell $\rho R$ and fuel ion temperature such that the fusion yield is roughly proportional to $n_D n_T V \sim 1/r^3$. Less compression is likely to result in lower ion temperature, reducing the yield further. However, it should be noted that without a similar analysis of x-ray images for 0% and 10% ${}^3$He, these arguments are not conclusive.

The nTOF measurements shown in Fig. 5 are also consistent with reduced compression at 36% ${}^3$He. The nTOF ion temperature is a burn averaged measurement. It becomes skewed to higher temperature when the shock yield component becomes comparable to compression yield, owing to the higher ion temperatures that occur during shock yield. The ratio of compression to shock yield at 36% ${}^3$He is about 3:1 in the calculation and 1:2 in the experiment, as can be seen in Fig. 8(d). Assuming that the ion temperature is 6.5 keV during shock and 4 keV during compression, the burn averaged ion temperature for 36% ${}^3$He should go from $\sim$4.4 keV in the calculation to $\sim$5.0 in the experiment, similar to the results of Fig. 5. Thus, the unpredicted increase in $T_i$ going from 10% to 36% ${}^3$He can be explained by the unpredicted decrease in compression yield.

The underlying assumption of previous experiments examining the effect of ${}^3$He is that the capsules are truly hydrodynamically equivalent. This is based on the knowledge that the ionized gas acts as an ideal gas. However, the details of the original nonionized molecular gas will determine the shock jump conditions and thus the initial conditions for the compression of the ideal gas. Additionally, the hydroequivalency is based solely upon charged particle number density and mass density equivalency but has a discrepancy in the



FIG. 10. (Color online) YOC for (a) compression yield component normalized at 0% ${}^3$He and (b) shock yield component normalized at 50% ${}^3$He for the MIT study and no normalization for the current study. In both frames, the MIT D$_2$/${}^3$He-filled plastic capsules are shown in light blue downward pointing triangles for 20 $\mu$m thick CH capsules and dark blue upward pointing triangles for 24 $\mu$m thick CH capsules. The current study using DT/${}^3$He-filled 4.7 $\mu$m thick glass capsules are shown as solid red circles. The LANL results are for DT-$\gamma$, while the MIT compression yield results in (a) are determined from DD-n and the MIT shock yield results in (b) are determined from D${}^3$He-p.

Downloaded 25 May 2011 to 192.12.184.6. Redistribution subject to AIP license or copyright; see http://pop.aip.org/about/rights_and_permissions

individual ion and electron number densities since He contributes more electrons than D. This discrepancy leads to a change in the way energy is distributed between the ions and electrons in the fuel, and thus potentially causes a deviation from true hydroequivalency.

These arguments prompted exploration in a new direction. Perhaps differences in equation of state (EOS) between DT and mixtures containing $^3$He may be responsible for the observed behavior. Typically, the radiation hydrodynamics codes use an EOS for deuterium and isotopically scale this EOS to tritium and $^3$He. Cooley et al.[17] found that the use of a proper mixture of DT EOS and $^3$He EOS has the effect of changing the initial conditions of the ionized fuel and as a result reducing the compressibility and compression yield with increased $^3$He.

In addition, preheating of fuel is being questioned.[18] If $^3$He is substantially more heated by fast electrons than DT, then a higher temperature and pressure may result in less compressibility. However, initial studies indicate that a significant amount of preheat would be required to achieve the factor of 2 reduction in scaled yield. In addition, this mechanism is unlikely to explain the nonmonotonic behavior.

## B. Mix

As previously noted, the YOC for all three $^3$He concentrations was ~0.37. An often-used method for degrading the clean yield is to apply fuel/shell mixing models.[19] It is unlikely that mix will result in less compressibility but must be examined as a possible cause of reduced compression yield since we have not conclusively demonstrated that the capsules do not compress as much as predicted at 36% $^3$He.

Employing the Scannapieco and Cheng dynamic mix model,[20] it is found that a value of 0.065 for the mix parameter ($\alpha$) is required to reduce the total yield to match the experiment with no $^3$He. This value of $\alpha$ is in reasonable agreement with past experiments and fuel/shell mix may very well provide a reasonable means to explain the yield degradation at 0% $^3$He. However, this same value of $\alpha$ does not explain the degradation when $^3$He is added. It is found that a significantly larger alpha, or more mix, is needed for larger values of $^3$He concentration. The value of $\alpha$ must increase to 0.09 at 10% $^3$He and 0.15 at 36% $^3$He. Since additional $^3$He also means additional pressure in the capsule (more than double in going from 0% to 36% $^3$He) and therefore increased resistance to hydrodynamic instabilities, it is expected that the required alpha would decrease with increasing $^3$He, not increase. Such pressure stabilization has been observed previously.[19] In addition, mix is expected to produce an increasing degradation in burn rate as the mixed material propagates toward the core. This should modify the reaction history by truncating the burn in such a way that the bang time for the compression component occurs earlier and the FWHM is reduced. Although a significant reduction in compression FWHM is observed, the observed compression bang times shown in Fig. 7 agree with calculation and are relatively independent of $^3$He concentration.

Thus, it appears unlikely that increased fuel/shell mix with increasing $^3$He is a viable explanation for the observed behavior.

## VI. CONCLUSIONS

The anomalous degradation in measured yield previously observed in $D_2/^3$He-filled plastic and glass capsules has now been observed in DT/$^3$He-filled glass capsules in direct-drive ICF implosions. However, unlike the MIT results for $D_2/^3$He-filled plastic capsules, the anomaly appears to primarily affect the compression component of yield and not the shock component. These observations are consistent with the results of a previous Los Alamos National Laboratory study using $D_2/^3$He-filled glass capsules. The results are not consistent with increased fuel/shell mix with increasing $^3$He. Diagnostic signatures are consistent with reduced capsule compressibility with increasing $^3$He addition. These include lower compression yield as determined by reaction histories measured using the GCD and NTD, larger shell radius as measured by gated x-ray imaging, and larger ion temperature as measured by nToF. Several hypotheses have been advanced but not conclusively proven.

Two future experiments can provide additional information to test these hypotheses. First, hydrodynamically equivalent DT/$^3$He gas mixtures will allow better shot-to-shot comparisons with less reliance on shot-to-calculation comparison.[21] Second, $^3$He fractions greater $\geq$50% would investigate the nonmonotonic behavior previously observed in $D_2/^3$He implosions.

## ACKNOWLEDGMENTS

This work was supported by U.S. DOE/NNSA, performed by LANL, operated by LANS LLC under Contract No. DE-AC52-06NA25396.

[1] T. R. Boehly, D. L. Brown, R. S. Craxton, R. L. Keck, J. P. Knauer, J. H. Kelly, T. J. Kessler, S. A. Kumpan, S. J. Loucks, S. A. Letzring, F. J. Marshall, R. L. McCrory, S. F. B. Morse, W. Seka, J. M. Soures, and C. P. Verdon, Opt. Commun. 133, 495 (1997).

[2] S. E. Caldwell, R. R. Berggren, B. A. Davis, S. C. Evans, J. R. Faulkner, Jr., J. A. Garcia, R. L. Griffith, D. K. Lash, R. A. Lerche, J. M. Mack, G. L. Morgan, K. J. Moy, J. A. Oertel, R. E. Sturges, and C. S. Young, Rev. Sci. Instrum. 74, 1837 (2003).

[3] J. M. Mack, R. R. Berggren, S. E. Caldwell, S. C. Evans, J. R. Faulkner, Jr., R. A. Lerche, J. A. Oertel, and C. S. Young, Nucl. Instrum. Methods Phys. Res. A 513, 566 (2003).

[4] J. M. Mack, S. E. Caldwell, S. C. Evans, T. J. Sedillo, D. C. Wilson, C. S. Young, C. J. Horsfield, R. L. Griffith, and R. A. Lerche, Rev. Sci. Instrum. 77, 10S728 (2006).

[5] J. R. Rygg, J. A. Frenje, C. K. Li, F. H. Séguin, R. D. Petrasso, J. A. Delettrez, V. Yu Glebov, V. N. Goncharov, D. D. Meyerhofer, S. P. Regan, T. C. Sangster, and C. Stoeckl, Phys. Plasmas 13, 052702 (2006).

[6] D. C. Wilson, G. A. Kyrala, J. F. Benage, Jr., F. J. Wysocki, M. A. Gunderson, W. J. Garbett, V. Yu. Glebov, J. Frenje, B. Yaakobi, H. W. Herrmann, J. H. Cooley, L. Welser-Sherrill, C. J. Horsfield, and S. A. Roberts, J. Phys.: Conf. Ser. 112, 022015 (2008).

[7] J. R. Werner, H. M. Murdock, A. Noblle, Jr., H. W. Herrmann, T. J. Venhaus, S. N. Paglieri, J. R. Langenbrunner, and J. M. Mack, Fusion Sci. Technol. 54, 559 (2008).

[8] V. Yu Glebov, C. Stoeckl, T. C. Sangster, S. Roberts, G. J. Schmid, R. A. Lerche, and M. J. Moran, Rev. Sci. Instrum. 75, 3559 (2004).

[9] J. E. Kammeraad, J. Hall, K. E. Sale, C. A. Barnes, S. E. Kellogg, and T. R. Wang, Phys. Rev. C 47, 29 (1993).

[10] O. L. Morgan, P. W. Lisowski, S. W. Wender, E. B. Ronald, J. Nelson, J.

Downloaded 25 May 2011 to 192.12.184.6. Redistribution subject to AIP license or copyright; see http://pop.aip.org/about/rights_and_permissions

056312-9  Anomalous yield reduction in direct-drive DT implosions...

Phys. Plasmas 16, 056312 (2009)

P. Wilkerson, and D. M. Drake, Phys. Rev. C 33, 1224 (1986).

[11]F. B. Cecil, D. M. Cole, F. J. Wilkerson, and S. S. Medley, Nucl. Instrum. Methods Phys. Res. B 10-11, 411 (1985).

[12]M. J. Balbes, J. C. Riley, G. Feldman, H. R. Weller, and D. R. Tilley, Phys. Rev. C 49, 912 (1994).

[13]R. A. Lerche, D. W. Phillion, and G. L. Tietbohl, Rev. Sci. Instrum. 66, 933 (1995).

[14]H. W. Herrmann, S. E. Caldwell, D. Drew, S. C. Evans, V. Yu. Glebov, C. J. Horsfield, J. M. Mack, G. S. Macrum, B. K. Miller, P. Sanchez, T. Sedillo, C. Stoeckl, D. C. Wilson, and C. S. Young, J. Phys.: Conf. Ser. 112, 032084 (2008).

[15]R. A. Lerche and T. J. Ognibene, Rev. Sci. Instrum. 70, 1217 (1999).

[16]S. C. Evans, T. N. Archuleta, J. A. Oertel, and P. J. Walsh, Rev. Sci. Instrum. 72, 705 (2001).

[17]J. H. Cooley, H. W. Herrmann, J. R. Langenbrunner, J. M. Mack, J. H. Cooley, D. C. Wilson, S. C. Evans, T. J. Sedillo, G. A. Kyrala, S. E. Caldwell, C. S. Young, C. J. Horsfield, D. W. Drew, W. J. Garbett, B. K. Miller, and V. Yu Glebov, Bull. Am. Phys. Soc. 53, 171 (2008).

[18]D. C. Wilson (private communication).

[19]D. C. Wilson, C. W. Cranfill, C. Christensen, R. A. Forster, R. R. Peterson, N. M. Hoffman, G. D. Pollak, C. K. Li, F. H. Se'guin, J. A. Frenje, R. D. Petrasso, P. W. McKenty, F. J. Marshall, V. Yu. Glebov, C. Stoeckl, G. J. Schmid, and N. Izumi, P. Amendt, Phys. Plasmas 11, 2723 (2004).

[20]A. J. Scannapieco and B. Cheng, Phys. Lett. A 299, 49 (2002).

[21]Preliminary hydroequivalent DT/$^3$He capsule experiments appear to be consistent with reduced capsule compressibility. These experiments will be reported separately once more data are gathered.

Downloaded 26 May 2011 to 192.12.184.6. Redistribution subject to AIP license or copyright; see http://pop.aip.org/about/rights_and_permissions



# NIC

## Gamma-Ray Physics Efforts on NIF & OMEGA
### LANL P-24 Seminar
### Nov 30, 2010

## H.W. Herrmann
## Los Alamos National Laboratory
## (on Change-of-Station to NIF)

Los Alamos and Lawrence Livermore National Laboratories · National Ignition Campaign

# Acknowledgments

**Y.H. Kim, N. Hoffman,** A. McEvoy, D.C. Wilson, C.S. Young, J.M. Mack, J.R. Langenbrunner, S. Evans, T. Sedillo, S. Batha,....

*Los Alamos Nat'l Lab*

**W. Stoeffl,** L. Bernstein, P. Watts, A. Lee, J. Celeste, T. Thomas, G. Holtmeier, S. Poor, L. Dauffy, S. Azevedo, J. Liebman and the *NIF* Team

*Lawrence Livermore Nat'l Lab*

C.J. Horsfield, M. Rubery, W. Garbett

*Atomic Weapons Establishment*

E.K. Miller, R. Malone, M. Kaufman, B. Cox, Z. Ali, T. Tunnell,....

*Nat'l Security Technologies*

E. Grafil

*CO School of Mines*

V. Yu. Glebov, T. Duffy and the *OMEGA* Team

*Laboratory for Laser Energetics*







Los Alamos NATIONAL LABORATORY
EST.1943
NIC
Operated by Los Alamos National Security, LLC for NNSA
LA-UR 10-07461

COLORADO SCHOOL OF MINES

National Security Technologies

UNCLASSIFIED

NIC

# Outline

- Intro
  - Fusion Reaction History
  - γ-Ray Gas Cherenkov Detectors
- OMEGA Summary
  - Ablator areal density measurements
  - DT Fusion γ-Ray Spectrum & Branching Ratio
  - Anomalous DT yield degradation due to $^3$He addition
- Gamma Reaction History Diagnostics (GRH) for NIF
  - GRH-6m for THD
  - GRH-15m for DT Ignition
- NIF γ-ray Measurements
  - Timing Calibrations
  - Reaction History (Bang Time & Burn Width)
- Future Directions
  - New Diagnostic Capabilities
  - Physics Studies
- Summary

LA-UR 10-07461

# Anomalies due to 3He addition to DT fuel (explored during LANL's DTRatio Campaign) might be explained by Peter Amendt's new Barodiffusion Theory

PHYSICS OF PLASMAS 16, 056312 (2009)

**Anomalies yield reduction in direct-drive deuterium/tritium implosions due to 3He addition**

H. W. Herrmann, J. R. Langenbrunner, J. M. Mack, J. H. Cooley, D. C. Wilson, S. C. Evans, T. J. Sedillo, G. A. Kyrala, S. E. Caldwell, C. S. Young, A. Nobile, J. Wermer, S. Paglieri, A. M. McEvoy, Y. Kim, S. H. Batha, C. J. Horsfield, D. Drew W. Garbett, M. Rubery, Y. Yu. Glebov, S. Roberts, and J. A. Frenje

Los Alamos National Laboratory, Los Alamos, New Mexico 87545, USA
Atomic Weapons Establishment, Aldermaston RG7 4PR, United Kingdom
Laboratory for Laser Energetics, University of Rochester, Rochester, New York 14623, USA
Plasma Science and Fusion Center, Massachusetts Institute of Technology, Cambridge, Massachusetts 02139, USA

PRL 105, 115005 (2010)   PHYSICAL REVIEW LETTERS   week ending 10 SEPTEMBER 2010

**Plasma Barodiffusion in Inertial-Confinement-Fusion Implosions: Application to Observed Yield Anomalies in Thermonuclear Fuel Mixtures**

Peter Amendt, O. L. Landen, and H. F. Robey

Lawrence Livermore National Laboratory, Livermore, California 94551, USA

C. K. Li and R. D. Petrasso

Plasma Science and Fusion Center, Massachusetts Institute of Technology, Cambridge, Massachusetts 02139, USA
(Received 16 November 2009; revised manuscript received 23 April 2008; published 10 September 2010)

The observation of large, self-generated electric fields > 2x10⁹ V/m in capsular capsule using proton radiography has been reported [C. K. Li et al. Phys. Rev. Lett. 100, 225001 (2008)]. A model of pressure gradient-driven diffusion in a plasma with self-generated electric fields is developed and applied to spatial structures yield deficits for capsular DT fuel [P. Amendt et al., Phys. Plasmas 13, 082702 (2006)] and DT/3He [H. W. Herrmann et al., Phys. Plasmas 16, 056312 (2009)] fuel mixtures and to large quantities fuels [I. D. Lindl et al., Phys. Plasmas 11, 399 (2004)]. Thermonuclear yield anomalies is explained in a capsule model wave capsule center arising from shock-driven diffusion in the high-Z/low-Z fuel.

- Shock-driven diffusion in the presence of large electric fields leads to ion species separation, leaving a hot spot rich in Hi-Z (e.g., 3He), poor in Lo-Z (e.g., D & T)
  - ≻ leads to reduced yield
  - ≻ may also explain reduced compressibility
- Should affect only Compression Yield; not Shock Yield
  - ≻ MIT results see effect on Shock Yield
  - ≻ LANL results do not

**(a) Compression Yield**

Normalized Yield-Over-Clean

LANL (SiO₂)

Normalized

MIT (20 μm CH)
MIT (24 μm CH)

³He Fraction (% by atom)

**(b) Shock Yield**

Normalized Yield-Over-Clean

Normalized

³He Fraction (% by atom)

Los Alamos
NATIONAL LABORATORY
EST. 1943

Operated by Los Alamos National Security, LLC for NNSA

NNSA

# Proposed experiment: XXX will determine _____

- **Purpose:**

- **Motivation:**

- **FY11 Goal:**

- **PI/Designer:**

- **Major Issues:**

| Summary Shot Table | Q1FY11 | Q2FY11 | Q3FY11 | Q4FY11 |
|---|---|---|---|---|
| Total shots | | | | |



**Los Alamos**
NATIONAL LABORATORY
EST.1943
The World's Greatest Science Protecting America

slide 1

NNSA

# Experimental Configurations for [campaign]

- This page should have a drawing (Visrad model if possible) of the experiment. Also a small summary of the laser beam requirements and diagnostics required should be included.

- Example shown on slide 4 – can break into multiple slides if needed

**Los Alamos**
NATIONAL LABORATORY
EST.1943

The World's Greatest Science Protecting America

slide 2

NNSA

# Targets

- **Include target drawing/sketch, dimensions and the "type" of target it is.**

- **Example on slide 5**

- *Type A: Developmental e.g. never been made before*

- *Type B: Complex e.g. produced before but has some schedule risk due to complex processes involved*

- *Type C: Routine/Simple e.g. hohlraums, witness plates, backlighter disks, ...*

Los Alamos
NATIONAL LABORATORY
EST. 1943

The World's Greatest Science Protecting America

slide 3

NNSA

# Example of experimental configuration



## Experimental Config #1

TBM: LFC
Image LEH

P6

P7 TBM:
XRFC
Self-
emission @
>12 keV

Dante 2, >12 keV

Dante 1, 37.4°

XRFC in TBMs 3,5 self-emission
(>2.2 keV)

Laser config.

| Beams | #CPPs | CPP size | Pulse | Special |
|---|---|---|---|---|
| 29(69°), 10(21°) | 20 | EDI | 1 ns sq | |
| 10(42°) | 10 | EDI | 1 ns sq | |

## Experimental Config #2

TBM: LFC
Image LEH

P1

P12

Backscatter
beam 39,25

Dante, 37.4°

XRFC in TBMs 3,5 self-emission
Laser config (->2.2 keV)

| Beams | #CPPs | CPP size | Pulse | Special |
|---|---|---|---|---|
| 29(69°), 10(21°) | 29 | EDI | 1 ns sq | 29 (69°), 10(21°) |
| 10(42°) | 10 | EDI | 1 ns sq | 10 (42) |

# Example of Target Section

## Target #1: Type A



Be capsule
1.4 mm O.D.

1.9 mm

6.38 mm

3.56 mm

Scale 0.7 1MJ 300 eV NIF
75% LEH
Au standard wall

Patches
(thin Be or 0.5
µm polyimide)

## Target #2: Type B



CH
1.4 mm OD

1.90 mm

6.38 mm

3.56 mm

Scale 0.7 1MJ 300 eV NIF
75% LEH
Au standard wall , one patch

Los Alamos
NATIONAL LABORATORY
EST.1943
The World's Greatest Science Protecting America

slide 5

NNSA

# EXHIBIT F

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SAMUEL M. ROBERTS,

                     Plaintiff,

      vs.

LOS ALAMOS NATIONAL SECURITY, LLC, AWE,
PLC., MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

                   Defendants,
                   Third-Party Plaintiffs,

      vs.

UNIVERSITY OF ROCHESTER

                   Third-Party Defendant.

**THIRD SUPPLEMENTAL
RESPONSE TO PLAINTIFF'S
DEMAND FOR DISCOVERY**

**Civil No. 11 CV 6206L**

Defendant/Third-Party Plaintiff, Los Alamos National Security, LLC (hereinafter "Los Alamos"), by and through its attorneys, Woods Oviatt Gilman LLP, provides its third supplemental response to Plaintiff's First Demand for Discovery and Inspection, as follows:

### PRELIMINARY STATEMENT

By responding to Plaintiff's Demand, Defendant Los Alamos does not waive any objections it may have regarding the use of information regarding the truth or accuracy of any characterizations or assumptions contained in the Demand. Defendant Los Alamos reserves its rights to make all objections identified herein or object on other grounds as to the use or admissibility of the information provided, in whole or in part, or the subject matter covered thereby, in any proceeding or trial or in any other action. Defendant Los Alamos reserves its right to object on any and all proper grounds and it, in no way, admits as to the authenticity,

{1633271: }

competency, relevance, materiality or admissibility of any of the information provided herein. The responses of Defendant Los Alamos are, and will be, based upon information acquired thus far, and Defendant Los Alamos reserves the right to amend or supplement its responses in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court. By responding to this Demand, Defendant Los Alamos does not waive any objections it may have with regard to Plaintiff's use of the information or regarding the truth or accuracy of any characterizations or assumptions contained in Plaintiff's Demand. Defendant Los Alamos reserves its right to make all objections identified herein or object on the grounds, comment as to the use or admissibility of information provided, in whole or in part, or the subject matter covered thereby, in any proceeding or trial or any other action. Defendant Los Alamos reserves its right to object on any and all proper grounds and it in no way admits the authenticity, competency, relevance, materiality or admissibility of any of the information provided herewith.

The responses of Defendant Los Alamos are, and will be, based on the information acquired thus far, and it reserves the right to supplement its responses in accordance with the Federal Rules of Civil Procedure and the local rules of this Court.

## GENERAL OBJECTIONS

1.      Defendant Los Alamos objects to each request, instruction or definition to the extent that any of them seek to impose any obligation beyond that required by the Federal Rules of Civil Procedure or the Local Rules of this Court.

2.      Defendant Los Alamos objects to each request to the extent it could be construed to seek information which may be covered by the attorney-client privilege, the work-product privilege, or any other applicable privilege doctrine.

Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, New York 14614

3.      Defendant Los Alamos objects to each request to the extent that it may be construed to seek information which is proprietary and/or confidential or otherwise restricted from disclosure to the general public.

4.      Defendant Los Alamos objects to each demand that does not specify a time frame on the ground that such demands are overbroad and not reasonably calculated to lead to the discovery of admissible evidence.

5.      Defendant Los Alamos objects to each demand to the extent that it purports to require the discovery of information not within its possession, custody, or control.

6.      Defendant Los Alamos objects to any interpretation of each demand to the extent that it calls for information that does not refer to or relate to matters alleged in the above-captioned action.

7.      Defendant Los Alamos objects each demand to the extent the Notice to Produce seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

9.      Unless otherwise specified, all general objections apply to each numbered answer as if each general objection was specifically set forth therein.

## SECOND SUPPLEMENTAL RESPONSES TO SPECIFIC DEMANDS

1.      Subject to and without waiving all previously asserted objections, see materials attached as *Exhibit A*.

*The Defendant/Third-Party Plaintiff Los Alamos National Security, LLC reserves the right to amend and/or supplement its responses to these requests as may be appropriate.*

Dated: October 31, 2012
      Rochester, New York

WOODS OVIATT GILMAN LLP

By: _____

Beryl Nusbaum, Esq.
Greta K. Kolcon, Esq.
*Attorneys for Defendant/Third-Party*
*Plaintiff Los Alamos National Security LLC*
700 Crossroads Building
2 State Street
Rochester, New York 14614
585.987.2800

TO:    Louis J. Micca, Esq.
       *Attorneys for Plaintiff*
       11 State Street
       Pittsford, New York 14534
       585.899.6031

       HOLLAND & KNIGHT, LLP
       Christine Tramontano, Esq.
       *Attorneys for AWE, Plc.*
       31 West 52nd Street
       New York, New York 10019

       GEIGER AND ROTHENBERG, LLP
       David Rothenberg, Esq.
       *Attorneys for Massachusetts Institute of Technology*
       45 Exchange Street, Suite 800
       Rochester, New York 14614

       WARD, GREENBERG, HELLER & REIDY, LLP
       Eric J. Ward, Esq.
       *Attorneys for University of Rochester*
       300 State Street, 6th Floor
       Rochester, New York 14614

Exhibit A

Hans W
Herrmann  5-5075
cell: 505-412-0758

# OfficeMax®

## Steno Notebook
### 97333

**60 Sheets • 6" x 9" • Gregg Ruled**
Recycled Paper • Meets United States Government Requirements

40%

| FROM | 1/23/08 | |
| TO | 8/18/08 | |
| NO. | 3 | |
| | | |

Distributed by OfficeMax
© 2012 OMX, Inc.
© 2012 OfficeMax North America, Inc.
150 East Pierce Road
Itasca, IL 60143 USA
Made in USA
SKU# 970600998
MFG SKU#97333

0 11491 97333 9

IEC        Nebel & Park                    1/23/07

- $10^{-7}$ torr base press
- e⁻ emitter
    keep under vac
    need to be wired
- notebooks in JP's boxes (Bangho)
        in lab?
    heat up slowly, start ~1V
    ~1V for ~30 min
    keep < $10^{-5}$ torr
    eventually get to 25V
    - ~2 days to condition emm. Hers
    $8-10k for set of emm. Hers
        Heat Wires
        Barium impreg Tungsten
    $2\times10^{-6}$ torr for POPS operation
            < $5\times10^{-6}$
  film badge for Rick.
- Emmisive probe - in det chamber  ½ Aluminum
  double grid?          ≈ 1 Ω        top
  HV feedthru bottom & side 1

Gateway 2000 for RGA
Desktop PC w/ Labview
⟶ Vfr4cde3
     ↑shift    ↑shift 3

Bldg 482 - Schmesser
   West side center 2nd Floor
Bldg 132 - Stoeffel

BT & DTRAT papers                                    4/23/08
** NEPIC Paper + Figs _LANP_
** JLIO Work Package /Capitalization
   Light Paper BW
   D ³⁴k on ZR
   8 Beyond calcs - Dunkly
*  IEC LWD
** ~~NIPD   ALS~~
   Aug 08 DTRAT ~~glass~~
   NIF Drug Workshop - ~~BB~~
   ~~PPT cals~~
** ~~NA-22 Proposal - JLH Mon Layer~~
   ~~JOOOG~~
*  ~~NIF 1st Rpt~~
   ~~Travel~~
   ~~ACCTS~~
*  ~~NIF Project Plan  7/6~~
** ~~IECF  7/14~~
** ~~IECF paper draft~~
   ~~Erosic 6 7/4 cal/ #5~~
*  OFES Field Work Proposal 7/5
   ~~Travel  Sandia~~
*  98X's
*  Over target - Three

## Acceptance Angle

Light Pipe ~1° , 30m pipe



$r = 30 \tan 1°$

$\approx .52$ m

2" pipe

min bounces $= \frac{.52m}{.05m} = 10$

assume 5% atten/bounce

min atten for 1° = 42%

20 bounces →

solid ∠ = $.4 \pi r^2$

OAP mirror

$\cos 1° = \frac{30}{30 + d}$

$d = \frac{30}{\cos 1°} - 30 = 4.6$ mm

$t = \frac{d}{c} = 15 \, ps$

gas will dispersion: $O_2 \; n = 1.000527$ at 200nm (P?)

$V_{ch-photon} = \frac{c}{n} \; \Rightarrow \; n = \frac{c}{V_{ch-ph}}$

$\delta t = \frac{Ln}{c} - \frac{L}{c} = \frac{L}{c}(n-1) = 5.3 \times 10^{-4} \frac{L}{c}$

$L = 1m \; \rightarrow \; \delta t \approx 2 \, ps$

$\delta t = \frac{L}{V_n} - \frac{L}{c}$

$= (n-1)L/c$



Tues

1 pm - Higdon

3-4 pm - Fortoner, Bernstein

plan

2pm Red - Blue

2-3 Moran

381   24890

2 - Higdon

11 - Duffy

Tentwies

$E = 14.1 \, Me = \frac{1}{2} m v^2$   $v = \sqrt{\frac{2E}{m}}$   $v_D = 0$

$p = mv = m v_n + 2 m v_b$

$v_n = v_n' + 2 v_b' = \sqrt{\frac{2E}{m}}$   $\Rightarrow$   $v_n' = \sqrt{\frac{2E}{m}} - 2 v_b'$

$\frac{1}{2} m v_n'^2 + m v_b'^2 = E$

$\frac{1}{2} m \left( \sqrt{\frac{2E}{m}} - 2 v_b' \right)^2 + m v_b'^2 = \frac{E}{m}$

$\frac{1}{2} \left( \frac{2E}{m} - 2 \sqrt{\frac{2E}{m}} \, v_b' + 4 v_b'^2 \right) + v_b'^2 = \frac{E}{m}$

$3 v_b'^2 - 2 \sqrt{\frac{2E}{m}} \, v_b' = 0$

$v_b = \frac{2}{3} \sqrt{\frac{2E}{m}} =$

$E_b = \frac{1}{2} m v_b'^2 = \frac{4}{9} 2E = \frac{8}{9} E = 12.5 \, MeV$

GBT — LLNL                                    1/28/08
cable length ~ 130 ft
NIST - use MZ        conduit



diamond   RF
CVD      cable
         & bias lines

MZ - EMP free, Optical Isolation

calibrate w/ x-rays - remove tungsten cap (~½")
      200 ps square pulse (100 ps at Omega)
Light Pipe
      10 → 17 m    30% reflection

4 nuclear diagnostics activation shots planned

Hi Z shadow shield for plug in front of hole
      Pb? Concrete?
Get concrete scattering σ from Mike

W.C. Mead  n & γ scattering in MF chamber

10 keV starts attenuating at 10m air
5 keV who transmissron "
2.5 keV atte at low He

2D to 1D fiber array
— dispersion ?

6pm 6:30
East Ave — Italian
& Hillcrest

Thresh 12 meV    ~10 $\frac{p/e}{100}$   13m geometry
                          22e → → 63 to mirror
     6.3 meV      50γ → 11e → 255 chph
        #4                100 → 63
#4  1e → 15 chph   not all detected
#5  1e → 27 "
#6  1e → 24
#11    → 34
   21    36
   27    2

$$10^{13}\,n \cdot \overset{BR}{10^{-5}} \,\tfrac{1}{n} \, \overset{SA}{\left(\tfrac{6vm}{4300cm}\right)^2} \overset{\tfrac{chph}{g}}{\approx 1} = 500 \text{ chph} \quad \tfrac{10}{10\,ph} \approx 50 \text{ cathode}$$

$$5\times10^{-6}$$

$$500\,g^k$$

1mm $\longrightarrow$ converged capsule

38um

neutron cross sections
  FENDL — Neutron Data Library
  ENDF 7



LLNL – Wolfgang .                                    1/29/08

- port access, optical table  D60
    - 90° or 135°, Relnstn in Switchyard
    - outside switchyard (171° in switchyard)
- LP BW   ~20n, Sensitivity
- "Get best hole" for ntof
- Optical design
- Streak camera, CCD rad-induced noise
- HTD target yields
- MCP to MZ to remote scopes (Diagnostic Mezzanine)
- HEXP position ?
        Riccardo Tommasini
- Compton cross section



accurate defined
time transfer function.



Compton Scattering (Incoherent) Be

Be: 16 MeV $\Rightarrow$ $\sigma_c = 9.64 \times 10^{-3}$ cm$^2$/g

$\rho = 1.84$ g/cm$^3$ $\qquad d = 1.5$ cm

$\text{Prob} \approx \dfrac{9.64 \times 10^{-3} \frac{cm^2}{g} \, 1.5 \, cm \, 1.84 \frac{g}{cm^3}}{}$ =

= .027 %

$\longrightarrow$ 37.6 %

Pb: $\sigma_c = 8.59 \times 10^{-3}$ cm$^2$/g , $\sigma_{pp} = 4.84 \times 10^{-2}$ cm$^2$/g

1/31/08

Kulcinski        9 students
- 300 kV
  150 nA
        Homer - SS      $3 \times 10^{10}$ n/s DT eqwv
        Pulsed   $5 \times 10^{9}$ n/s DD
                    $5 \times 10^{11} - 1 \times 10^{12}$ DT eqwu

Wolfgang

Secondary $\frac{\gamma^6}{c} = \frac{1}{300}$ $\frac{d}{n}$   $\vdash 5 \, MeV$
          $5 \times 10^{-3}$



2/1/08

↗Joe
HIGS output vs. E    424-8099

Carl - γ's to e⁻ into gas for 13m, ½° W
3 detected ch Ph/e⁻
→ 3.6 det ch P/e⁻ that produces a detected ch Ph

Tues Mtg ?

Cross Sections @ 16.5 MeV

$\underline{W}$   Compton = $8.5 \times 10^{-3}$   $cm^3/g$
Pair Prod = $5.6 \times 10^{-2}$ → $4.7 \times 10^{-3}$ ... $5.5 \times 10^{-3}$
$\rho = 19.25$ g/cm³         $\lambda = 5.5$

total $\frac{e}{\gamma} = (.85 + 2 \cdot 4.7) \times 10^{-3} \frac{cm^3}{g} \cdot 19.25 \frac{g}{cm^3} \cdot \frac{1}{2} \times \frac{25 \nu}{\gamma}$

$= 0.63 \frac{e}{\gamma}$

compton $\frac{e}{\gamma} = 8.5 \times 10^{-3} \cdot 19.25 \cdot \frac{25 \nu}{8}$

$= 0.052 \frac{e}{\gamma}$

$\underline{Be}$   Compton = $9.3 \times 10^{-3}$      $\rho = 1.85$ cm⁻³
PP    $= 3.2 \times 10^{-3}$

total $\frac{e}{\gamma} = (9.3 + 2 \cdot 3.2) \times 10^{-3} \cdot 1.85 \cdot 1.5$
$= 0.044$ e/8

compton $\frac{e}{\gamma} = 9.3 \times 10^{-3} \cdot 1.85 \cdot 1.5 = 0.026 \frac{e}{8}$

2/1/08

Apr ? Duke
May 19 Diagnostic Devel -
Aug 11 Dedicated Shot Day

- Simulated hohlraum
- Reflective Optics
- Decoupled Streak/CCD

- Modeling
- PDR /CDR

Barbra                              2/1/08

$300K to NSTec in May

George Sandoval, Phil Sanchez, Sean Letzring

IPO's 2/14

Colin                                                2/1/08

- PMT's & amp to Photek
    ~ 2 fast PMTs  & 20k lbs.
    GCD 2 → GCD1  for 2
    Diamond detectors. $20k lbs
- Michael Rubery - now AWE employee

V.T.C  - 8:30   (8am in future)
    011 89 854 526  AWE VTC
- NIF rBTF
- PMT Photek
- March Workshop
- Duke
- May & Aug Shot days

UTC
606-1200.4

10:30



PMT at Febatron — Kirk
Downward PMT
  Indium O-rings for EMP sealing
Shielding MCP
  Light Pipe
- Gold ball in May
  LINAC
Vladimir — 2 TiM's , gold foil
GOD·1 drawings → Rob
— Threshold vs. Press  125-200 psra

* target request

Sandra Z

D $^3$He $\gamma$ detectability

GCD Noise floor $\sim 1\times10^4$ n/130ps in DT at 20cm

DT $\to$ D$^2$He variables

BR, cross section, $T_i$, Solid Angle

$$\frac{D^3He}{DD} \approx \frac{\frac{1}{2} n^2 \langle \sigma v\rangle_{DHe}}{\frac{1}{2} n_i^2 \langle \sigma v\rangle_{DD}} \qquad n_D = n_{3He} = \frac{1}{2} n_i$$

$$\sim \frac{1}{2} \frac{\langle \sigma v\rangle_{DHe}}{\langle \sigma v\rangle_{DD}}$$

$$\tau_i$$

HS4 — Canyon school    rm 123
   thurs 10am      662-4540

Dube — May 5
   ~~Confirm~~

GCD-1 in TIM$
Moran's presentation → Rob



TeJ

cross section database     endf6
   evaluated nuclear date files      $^{24}c, 60_u, 63_c$

Gold foil
- 3 threshold energies    G-3, 8, 12
- proximity sources ?
- 2-5 cm

Converter at 5.2m , 15cm dm?, Graphite
3  GCD's
   >10 photon/e
Tungsten Shroll & stp Transition radiation
      few mm to stop x-rays
      $CO_2$ fluorescence? timing bad!


X-ray
   BC 422 on Be
Light - phhole window
pneumatic actuators



pressurized cylinder - stored energy - bursts

run fiducial fiber into each gas cell
run x-ray scintillator light  "    ,

2/15/08

May

1) Reduced precursor in GCD-2
2) Gold foil

Colin's AVIS paperwork
— Reviewer — Overna

Ken Hill  fiber darkening at TFTR from neutrons

- Cherenkov in fiber in blue, MZ in IR → no problem
- → Index of refraction change in fiber  not a problem
          but is a problem in MZ
- Self calibrating
- Burst Disc
- Triple flush to ~100 mtorr
      ¼" SS tubing
      bottle, pump, valves  outside shield
      temp & press transducers  to outside
- Cross w/ MCP window on one side, plumbing on other
- Al conflat (Japanese)
- Shielding calcs (Chris Hageman)

Overtarget
   3 yr project starting FY10 – 12

   Full Refractory Diag
   DIM based
   → Randy

– Blast Shield – Be w/ pinhole, dimpled
   few mm , ~ 1cm diameter

GBT/RH   5 m system must cover to 1e17 n
   PMT/MZ at 6m on NIF
              1.2 m on Omega
   25 x less solid angle at NIF
   equiv to 4e15 n at Omega

Need Shielding calcs

     AWE 505-665-4165
     LANL     5-2779

VTC  -  Colin                          2/19/08

- MZ demonstrate
    * send compacting results to Colin
    - can use higher laser power !
~ Is MZ essential?
        fiber darkening
        diagnostic req't ⇒ BW!
        continuity
        filter out character in fiber
        do we need MZ in May/Aug
- Light Pipe :
        meets BT req
        single doesn't allow ...
- - Casegranian
        loss light collection than OAP
        need to understand precursor !
- New Scopes. TDS. 20 GHz
- EMP , rf seals on o-ring seals. 100 db.
    X induced EMP in PMT housing
    gate out precursor? mitigate charge depletion
- May shots

                        PMR  2378

\* Bob  - send MCNP codes, papers
      GCD-1 vs GCD-2 light collection efficiency
- Diagnostic envelope
 1.6" point from TCC ? (~8cm) ~1.3 ns
 can we get closer

NIF point close aperture (52cm?)

Boost PI's Mtg - Wysoski          2/8/08

$750k → small target fab
≤ $500k → large  "      (Russian experiments)
AWE 100k ?

Hz 2 - Apr 23

DPR = Designated Purchasing Rep
          Workman, Kline, Flippo
Capitalization $ code   3:30

C+O

2/20/08

MIE - Major Item of Equip    14%
or Line Item

Z code - $2M limit

---

Warden

2/21/08

RGD- Rad Generating Device

Rad Protection Div - ~~RPD~~ RP-1

Custodian Trng

John Elliot    5-7461

(RWP
(Matt Martinez

< 40 kV

Shawna ?  Div LDr  RP-1

---

$$v_n = \sqrt{\frac{2E}{m}} = \sqrt{\frac{2 \cdot 14.1 \times 10^6 \, eV \cdot 1.6 \times 10^{-19} \, J \cdot kg \, \frac{m^2}{s^2}}{1.6756 \times 10^{-27} \, kg}}$$

$$= \qquad J = kg \frac{m^2}{s^2}$$

$$\frac{c}{v_n} = 5.26$$

$$v_n = 5.19 \times 10^{7} \, m/s$$

$$\frac{c}{v_n} = 5.77$$



- Gold Target     See Njemmes - 50µm Hohlraum — on chl

    $3 \times 10^{13} \, n$ y yield

    $5 \times 10^{-5} \, \gamma R$

desire . $\gamma_{sec} \gtrsim .1 \, \gamma_{fus}$

    $d = 6 \, cm$ from TCC

    Solid Angle factor $= \left(\frac{4\pi}{\ldots}\right) = \left(\frac{10}{4}\right)^2 = 6$

       $\approx 1 \, i$

$\frac{\gamma_{sec}}{n} = \frac{.1 \, \gamma_{fus}}{\gamma} \cdot \frac{5 \times 10^{-5} \gamma}{n} \cdot \frac{1}{k} = 1 \times 10^{-6}$

6.3 MeV threshold (100 psia)

50 × less sensitive at 8 MeV than 16.5 MeV

2/25/08

$R = n_D \, n_T \, \langle \sigma v \rangle$

$\frac{R_{0.8 \, MeV}}{R_{30 \, MeV}} = \frac{\cancel{\phantom{xx}}}{\cancel{\phantom{xx}}} = \frac{5.5}{.42 \cdot 3.055} = \approx 11.8$



GOD Meeting                                    2/26/08

- PMT under vacuum?

- Gold blast shield?
    how much gold get ablated by x-rays
    before.....

- Diagnostic Schedule

- 4.5 ps/cm dispersion in glass
    over 200 to 500 nm
    CaF has less dispersion & better UV trans
    can be used as press window   ;
    Sapphire too much attenuation

- Aug prototype

2/26/08

Moran

$7°$ across Sc slit
$3°$ Cherenkov cone for 6 MeV
~ 8% of light
Compton ~ $3°$ half angle
⟹ ~ roughly uniform distribution ~ to $3°$
20 m + ... → 30 m

Omega 12 m
    added 6 m   ~ D8 etc ?

~ 2-30 mm Be  - little change
  water, graphite, polyethylene
  tungsten

neutron Cherenkov signals - Be low signal
scintillator  x-ray signal

3 m W
$700 k
$100 k to incorporate light pipe
~15k for second
    Mike Frazer ?

Dieter
- Reviewers - Expenses
- Chuck Wilkerson
- Info - map, hotels

Gold Target holder

1⅛" cutouts
139 ps/cm r/8 delay
t ≈ 1.125 $\frac{2.5 \, cm}{r_s} \frac{139 \, ps}{cm}$ = 400 ps

Doppler Broadening to gold at 6.3 cm
    $T_i$ = 5 keV

$\delta t_{Dop}$ = 122 $\sqrt{T}$ d
    $\delta t$ in ps, d in m, T in keV

$\delta t_{Dop}$ = 122 $\sqrt{5}$ .063
    = 17 ps

$\frac{7°}{3°}$ =

$\frac{.5 \times 10}{\pi \, 25}$ = 6.4%

5mm    10mm

Tungsten                                    2/27/08

1 cm 27cm e folding

$.05 \frac{cm^2}{g} \cdot 18 \frac{g}{cm^3} \gtrsim 1 cm^{-1}$

Duke

~ 5pA dark current
250 nA max current

* PMT cals - Gain & QE
                  2 color

TDS 7924  1GHz,  50Ω & 1MΩ

March 10 - dark current, rad dmg, props, triggers
May 5 - beam time , 16 hr/day for 2 days

      Purchase Order ~ $32k

* Carl in P-24?  & Steve
* Guest Sci travel exp ?

Cheap — Warden

Mono - energetic $\delta$ source

346 keV

$p + {}^{19}F \rightarrow \alpha + {}^{16}O$

6.14 MeV

$10^{-3} - 10^{-2}$ coulombs in $\mu s$

RH Meeting                                    3/4/08

- PMT at vacuum ?
- Shielding cables? RP-3 ?
- Date PR

- DTRat OXI self emission / backlighting

- Terry Chiacone   Purchasing
            664-0882

UW
    $5 \times 10^9$ n/s   DD pulsed 4-5 A, 120 kV, 500 µs
                                            5-10 Hz
    $2.2 \times 10^8$ n/s   CW

Arthur Kerman
        kerman@lns.mit.edu



3/4/08

\* Gold holder to MST.→
\* Gold parameters to Hsu
— IEC FWP
- NSTec PR
\* IPO's
- Overbudget
- JCC
\* IEC IWD
- NEPC Paper
- ILIU Work Pkg
- Workshop logistics ltr
\* OFES PoP
\* NSTEC PR
   PDC 1772

Doug Wilson  - NIF talk            3/5/08

Wilson5@llnl.gov

3/10  THD implosions -     T~25%
             D ~ .5%  ,  H ~ 25% (adjusts for mass)
        9-3x10^{14} n yield
          1x10^{14} TT n's

~ Pure U hohlraum      .3μm Au to prevent oxidation
                       .3μm B-Au for SBS

Windex
   1μs = 1s   exposure time
   Chump → LLNL

     20-40s time window for
        HEU detection
  delayed gammas 3-4 MeV
  14 MeV n's - θ



Santarrus                                3/3/08
    fusion reactant energy spectra ( from Doppler spread of DD-protons )
                10 - 20 keV
        5-1   cx over sourthyd fusion

Add to proposal
    ✓ Santarrus    → ST 1.2
    ✓ Crian        → ST 21
    ✓/ Moss        → ST 3.2 + suggestions
    ✓ Bros
    ✓ Figs.
    - Refs.

                        MF Physics
                        Sodern

Stueffl, Malone, Young                                    3/10/08

- Light on target - delay 500ns because of light scattering
  look from above or below
  narrowband filters for 2ωpe, ω

- Frequency
  Comb ?
  power, wavelength ?
  preferably optical into PMT

- X - ray scintillator in GCD w/o $CO_2$
  fiber coupled to GCD PMT, before neutrons

  need atten to get signals at same intensity

  2 MeV $\gamma$ = $\frac{1}{2}$" e-folding in W

- PMT angular acceptance determines
  detector width



Secondary Gammas                                    3/12/08

Wall = 190$\mu$m Al + 50$\mu$ Au/U
     = 240 $\mu$m

$V_W \sim \frac{4}{3}\pi r^2 \cdot w$          $r \simeq 3mm$          $V = 2\pi r WH + 2\pi r^2 W$
     $\sim 9_{mm}^3 \cdot 27_{cm}^3$                                    $= 2\pi (2.4 \cdot 9 + 2.4^2)$
     $\frac{V}{H} \simeq 40 mm^3$                                       $\simeq 45.5$

Au Disk = 1cm $\phi$ x 2mm
     $V_b = \pi \cdot 5^2 \cdot 2 = 157 mm^3$

$\frac{V_D}{V_W} = 17.5$          $SA_H = 8 =$

Solid Angle from TCC
$SA_D = \frac{\pi r^2}{4\pi R^2} = \frac{\pi 5^2}{4\pi 63^2} = 1.6 \times 10^{-3}$

$\frac{V_D}{V_W} \cdot \frac{SA_H}{SA_W} = .028$          $\frac{SA_H}{SA_D} \simeq 500$

Solid Angle to GCD converter
$sa_D = \frac{\pi 25^2}{4\pi 3.7^2} = .01$

$sa_W = \frac{\pi 25^2}{4\pi 10^2} = .001$

$\frac{sa_D}{sa_W} = 10$

$\frac{Dsk\ gammas}{Hohlraum\ gammas} = \frac{SA_D}{SA_W} \cdot \frac{SA_D}{SA_W} \cdot \frac{V_b}{V_W} \simeq .28$



$$LBH \quad SA = \cancel{kg} \frac{2 \cdot \pi \cdot 1.36mm^2}{\pi \cdot 4.5mm^2} = 15\%$$

$$\cancel{ESA} \quad SA_H \approx 60\%$$

$$V_W \approx 40 \tilde{m}^3$$
$$V_D = 157 mm^3$$

$$SA_D \approx 1.6 \times 10^{-3} \qquad Sa_D = \frac{1}{4}\left(\frac{25}{157}\right)^2 \quad \frac{SD}{Sw} = $$
$$SA_F = .8 \qquad SA_W = \frac{1}{4}\left(\frac{.25}{40}\right)^2$$

$$\frac{V_D}{V_W} \cdot \frac{SA_D}{SA_W} = \frac{157}{40} \cdot \frac{1.6 \times 10^{-3}}{.8} = .8 \times 10^{-3} \approx 1\%$$

$$\frac{SA_D}{SA_H} = \cancel{\left(\frac{25}{10}\right)^2} \cdot \left(\frac{10}{37}\right)^2 = 7.3$$

$GMeV \ \gamma'^5 \ at \ 10cm \ from \ hohlraum = $
$$4.14 \times 10^{11} \frac{\gamma}{cm^2} \cdot \left(\frac{600}{10}\right)^2 = 1.5 \times 10^{15}$$

$6 MeV \ \gamma^7 \ at \ 10 cm \ from \ Gold \ disc = 5 \times 10^{-7}$

$$\frac{Hohlraum}{Au \ Disc} = 30$$

$hohlraum \quad \dfrac{Amt \ M}{Area} = \dfrac{360}{50} = 7$



DT Plot

✓ AWE support, Jas
✓ prior results
✓ Garlett Hydro scaling

—

T₅ at Dany Time
RT for Nym
NIS?
GMKI vs QKI?
Fix DT at 50:50 to set to 50% ³He
    at hydro-similar
Prep new tools
Kr?
25% ³He to compare w/ Rygg

2117
— 7670t. Pudge O'brien Badge Office

GCD-2

Fusion gamma battery  65cm counter at 1cm

$3.5 \times 10^{-5} \frac{1}{n} \cdot \frac{?}{4 \pi 10 cm^2} = 6 \times 10^{-8} \frac{?}{n \, cm^2}$

$\frac{30 \, cm}{ns} = \frac{.03 cm}{ps} \qquad \frac{7.5 cm \; ps}{.03 cm}$

Gaussian = $f(x) = a e^{-(x-x_0)^2/2\sigma^2}$

$\text{FWHM} = 2\sqrt{2 \ln 2} \; \sigma$

$\sigma^2 = \frac{\text{FWHM}^2}{8 \ln 2} \qquad \sigma = \frac{\text{FWHM}}{\sqrt{8 \ln 2}}$

$a = \frac{1}{\sigma \sqrt{2\pi}}$



Glaben      U rz                          3/13/08

5 NIC ∧ ᵈᵃʸˢ ∧ FY09
Oct, Dec, May, Jan, Oct 09   ᴾᴵ¹⁰
      LANL        LANL

Budget Office
1355 - Uncleared, Oracle
  ID - Drivers Lic.                      226
  9R - Passport

Gold Target
  V_{Aw} = π 6.5mm² · 2mm
  π 6mm² · 2mm = 157 mm³
  V_{Al}^{ring} = π (.25ⁿ² - .2ⁿ²) .12" = .0005 in³
         = 139 mm³

Photons per electron needed for given QE

2/16/08

Photons per electron needed for given QE

$QE \approx p/\phi \approx \frac{pe}{p} \approx$    pe = photo $e^-$ from photocathode

$N = $ # photons /$e^-$    p = Cherenkov photons

ex: $3 e^-$, $6 p/e^-$    ce = compton electron

A        B        c

\# pe = $3 e^- \cdot 6 p/e \cdot \frac{1}{5 p}$ = $\frac{18}{6}$ = $\frac{3}{}$ pe

Where do these pe come from?

prob all 3 from A, B, or C = $3 \cdot \frac{6}{18} \cdot \frac{5}{17} \cdot \frac{4}{16}$ =

ways to distribute 3 particles in 6 states

$10 + 6 + 3 + 1 = 20$

Odds that all 3 are in 6 of 18 states

$\frac{6}{18} \cdot \frac{5}{17} \cdot \frac{4}{16}$

3 particles in 5 states

$(a-p)^3$    $2(a-p-c)$    $3(a-p+c)$

$1 in 5 = 5$

$2 in 5 = 10$

$4 in 5 =$

5





Carl                                          3/16/08

$6 \times 10^{14}$ n yield for 100 e⁻
12 MeV threshold

$3.5 \times 10^{-5}$ cp/γ

5m , 6cm radius , 17°

$$\frac{cp}{\text{keV} \cdot e} = 4.5$$

$\frac{1}{45}$ = 22% stretches on γ
need 140 quanta

$BR = 10^{-5}$        100 e⁻ , $\times \sqrt{2}$
SA
Sens
QE



2 in 8

˙ ˙ ‾ ‾  ‾ ‾ ‾

7 6 5 4 3 2 1 = 28

3 in 8

˙ ˙ ˙ ‾ ‾ ‾ ‾ ‾

6 5 4 3 2 1
5 4 3 2 1
4 3 2 1
3 2 1
2 1
1

6 10 12 12 10 6 = 56

4 in 8

˙ ˙ ˙ ˙ ‾ ‾ ‾ ‾

#1 3 in 7        5 4 3 2 1 = 15
                 4 3 2 1 = 10
                 3 2 1 = 6
                 2 1 = 3
                 1 = 1

15 + 2·10 + 3·6 + 4·3 + 5
15     20    18   12    5
        70

#2 3 in 6        4 3 2 1 = 6
                 3 2 1    6
                 2 1      3
                 1        1

                 3 2 1    6
                 2 1      3
                 1        1

                 2 1      3
                 1        1

5 + 12 + 18 + 20 + 15 = 70

$100a$   gain   Signal   s
$10^4 \rightarrow$   80mV   statistical threshold
$10^5 \rightarrow$   800 mV

IRM Central
   Octavio B3 Ramos
   Sheila Maloney

<u>Malone</u>                              7/17/08
Code V
   Optical Research Assoc

Unigraphics -

● Shandra
FV  5-1572

<u>Workshop Announcements</u>

- Egress
- Meals (Buffet)
- Breakout handout

Morris Kaufman
663-2034

- Fletcher Goldin    NSTec Livermore
    goldin.fj @ nv.doe.gov
    925-960-2686
    Senior Scientist



VA-22 Proposal
✓ Hyperlink
✓ Sow
✓ Budget - 1st Pages, Sub N, Subk
✓ Dale input
Lorfer brunner

Cherenkov

$$\frac{v}{c} \propto 1 - \frac{1}{2\gamma^2} \qquad \beta = \frac{v}{c} \qquad \sqrt{1-\varepsilon} \simeq 1 - \frac{1}{2}\varepsilon$$

$$\frac{1}{2\gamma^2} = 1 - \beta^2$$

$$\gamma^2 = \frac{1}{2(1-\beta)}$$

$$\boxed{\gamma = \frac{1}{\sqrt{2(1-\beta)}}}$$

$$1-\beta^2 = \frac{1}{\gamma^2}$$

$$\beta^2 = 1 - \frac{1}{\gamma^2}$$

$$\gamma\beta = \sqrt{1 - \frac{1}{\gamma^2}} \simeq 1 - \frac{1}{2\gamma^2}$$

$$\cos\theta = \frac{1}{n\beta} = \frac{1}{(1+\delta)\beta}$$

$$= \frac{1}{(1+\delta)(1-\frac{1}{2\gamma^2})}$$

$$\sin^2\theta + \cos^2\theta = 1$$

$$\cos^2\theta = 1 - \theta^2$$

$$= \frac{1}{1-\varepsilon}$$

$$\cos\theta \simeq \sqrt{1-\theta^2} \simeq 1 - \frac{1}{2}\theta^2$$

$$= 1 + \delta + \frac{1}{2\gamma^2}$$

$$1 - \frac{\theta^2}{2} = \delta + \frac{1}{2\gamma^2} \qquad \theta^2 =$$



$$\cos\theta = \frac{1}{n\beta}, \quad \beta = \frac{v_e}{c}$$

$$= \frac{c}{nv} = \frac{v_{ph}}{v_{e}}$$

$$\cos\theta = ?$$

$$\beta = \frac{v}{c} \approx 1 - \frac{1}{2\gamma^2}, \quad \gamma \gg 1$$

$$\gamma \to \infty \Rightarrow \beta \to 1 \Rightarrow v_e \to c$$

$$\cos\theta = \frac{c}{n v_e}$$

$$16\,\text{MeV} \quad v_e = \sqrt{\frac{2E}{m}} = \sqrt{\frac{2 \cdot 16 \cdot 10^6 \text{eV}}{9.1 \times 10^{-31} \text{kg}} \cdot \frac{1.6 \times 10^{-19}}{\text{eV}}} = 2.4 \times 10^9 \frac{m}{s}$$

Workman 5-17-84

NIF Diagnostic Workshop                    3/27/08

Hatchet  -  Critical Parameter
1. Shape of hot cavity & cold fuel
10 { 2. Implosion Velocity
     3. Entropy of Cold fuel
   4. Mix
2D/3D      - Cold fuel into hot spot
           - Ablator into cold fuel

Jim Kramer requires
      few $10^{12}$ n yield
      100 dynamic range

Energy gated.

      $C(n,n')$ at 4.88 MeV

$P, T$ reaction,  ~100 x brighter than 16.7 MeV
      19 MeV              in HTD

3/28/08

Announcements
- Photo
- Visitor badges , LAUR
- Pens
-

Laptops

RN
- May  GDD-2 & Au/Al target
- Aug - DT Rev 3He , 50/50 DT ?
- Sep/Dec - NIF proto

- Omega items                    3/28/08

May 08
    - TM 1 or 2
        2 = above
        1 - preferable

Dipole Relations
    - verify used in MCNP

NID ~~not replacement~~
    left of TM4
        ~ left TM4

- FTD 10000
- PMT same as style

DTParr 08                                                4/1/08

50:50 DT

$Y = DT$ press (atm)
$W = 3He$ press (atm)

$$Y + \frac{3}{4}W = Y_0$$

$$\%W = \frac{W}{W+Y} = \frac{W}{W+Y_0-\frac{3}{4}W} = \frac{W}{2Y_0+\frac{W}{4}}$$

$$\%W \left(2Y_0 + \frac{W}{4}\right) = W$$

$$2\%W\,Y_0 = W + \frac{3W}{4}W$$

$$W = \frac{2\%W\,Y_0}{1 + \frac{3W}{4}}$$



3/31/08

- NSTec PO    64-58-REQ-08 *40k
  65164-REQ-08 *2 k
- HTPD Abs Malone LAUR
- NA-23 Figs to From
- GS Budget & Z-code, 1772
- IEC IWD
- GDE 2-pager & highlight
- GCD propose to Weltham
- IPO's
- HTPD Bng Travel
- ILIU Workpackages
- Photok lat accpt
- Garkott / Nobles / Vaegarkkom
- NIF Wrkshp Talks
- LAUR - NE wrkshp . . . OK Duke PR
- GCD 2 Mele
- Au/Al target
- ICC Abs a
- NEDPC LACP
- Travel
- LCS Trngts
- SRI+ Mtg - Wilson  925-423-9904  3/16
- Werner Paper
- Statistical Floor

DT neutron absorption on $^3He$                    4/1/08

$\sigma = 5333.6$ from Werner

$\overline{16} \approx 10^{-28} \, m^2$

$P = 15 \, atm$    $\rho_c 5 \cdot \frac{3g}{mole} \cdot \frac{mole}{22.4 L} = 0.67 \frac{g}{L}$

$\rho_0 = 0.67 \frac{g}{L} \cdot \frac{L}{1000 cc} = 0.67 \frac{mg}{cc}$

Assume convergence ratio $= 20$

$r_0 = 1100 \, \mu m$    $r_f = \frac{1100}{20} = 55 \, \mu m$

$\rho_f = \rho_0 \left(\frac{r_0}{r_f}\right)^3 = 0.67 \frac{mg}{cc} \left(\frac{1100}{55}\right)^3 = 5.36 \frac{g}{cc}$

$Prob = \sigma \, (cm^2) \, \rho \left(\frac{\#}{cm^3}\right) \cdot \ell \, (cm)$

$Prob = \frac{N\sigma}{A} = \frac{\sigma \cdot \frac{4}{3}\pi r^3}{\pi r^2} = \frac{4}{3} \sigma \rho r$

$\rho_0 = 5 \cdot \frac{6 \cdot 10^{23}}{22.4 g} \cdot \frac{L}{1000 cc} = 10^{20} \, cm^{-3}$

$Prob = \sigma \frac{4}{3} \rho_f r_f = 5333 \times 10^{-24} cm^2 \, \rho_0 \rho_0 \left(\frac{1100}{55}\right)^3 \frac{1}{20}$

$= 5 \times 10^{-21} \cdot 10^{20} \cdot \frac{0.1}{20} \left(\frac{1100}{55}\right)^3$

$= 2 \times 10^{-5}$

Doug Wilson

4/1/08

$\gamma$ gammas   $\overset{\sim 9}{6}$-11 MeV ,   $\sim 10^4 \gamma$'s
$\sim .5 \%$  in Be

C              4.44 MeV       $\sim 10^{-3} \gamma$'s

lead to t dep pR measurement ?

4/2/08

Mack, et al,
NSTec Livermore — PMT calibration
test facility

TIM 1 or 2

1:30  Hsu.
Phil Young

PR, SOW

    Exhibit G   Security
    Exhibit F   Env

<u>Joe Mack</u>
McNP shredding autos. & ACCEPT
Bob Goldman has someone on world
Jauve at Duke ?

<u>Bathan</u>        4/8/08
✓ z-codes
✓ JUU workpackage   ~ $499 K FY08 +100k +200k ?
✓ P-24 FTE - Taccetti, Cobba, IDBorok, Tierney
✓ X-Div McNP/ACCEPT FTE 40% for rest of year
* ✓ Duke PR - travel costs, Duke quote → Lori JDE
✓ DTRA+ Funding
✓ NSToc PR ~ 40k + $300k , $250k modules
* ✓ Travel + hut
    Joen Travel to NIF, personnel, XI
✓ Stage I Project Plan.

RH meeting    Young, Evans, Sedillo        4/8/08

Pedestal at 2cm
        1 cm diameter ?

~~How man~~ n-field to produce 100 pk e⁻
$C_{ph}/\gamma$    $1.4 \times 10^{-3}$        "Age-calc"
$\Omega/4\pi$    $10^{-2}$

$1.4 \times 10^{-5}$ $C_e/e\gamma$    $BR = 10^{-5}$ $s^{\pm}/\mu n$
$1.4 \times 10^{-10}$ $C_e/e\mu n$    $\alpha_\epsilon = .1$
~~$1.4 \times 10^{-9}$ $e/n$~~

• Hohlraum gammas to Carl

$V_n = \left[ 2(4.1 \,MeV \cdot \dfrac{1.6 \times 10^{-19} \,J}{eV} \cdot \dfrac{1}{1.67 \times 10^{-29} \,kg} \right)^{1/2} =$

$\gamma = \dfrac{1}{\sqrt{1-\beta^2}} = \dfrac{1}{\sqrt{1-\beta^2}}$

$\beta = \dfrac{v}{c} = 17\%$

$E = mc^2 + \tfrac{1}{2}mv^2$

$v = \sqrt{\dfrac{2(E - mc^2)}{m}}$

$= \sqrt{2\left(\dfrac{E}{m} - c^2\right)}$



Capture $\gamma$'s in DT fuel        4/9/08

$D(n,\gamma)T$ , $\sigma \approx 10^{-6}$ at 14 MeV

$\rho R \approx 0.300 \frac{mg}{cm^2} \cdot \frac{6 \times 10^{23}}{2.5 g} = 3.6 \times 10^{22} \frac{\#D}{cm^2}$

$R = n_1 n_2 \langle \sigma v \rangle \sim cm^{-3} cm^{-3} cm^2 \frac{cm}{s} \sim \frac{1}{cm^3 s}$

$R = \phi_n \sigma \rho_D \qquad \phi_n = \frac{n}{cm^2 \cdot s} \qquad \rho = \frac{\#D}{cm^3}$

$\sim \frac{n}{cm^2 s} cm^2 \frac{\#D}{cm^3} \sim \frac{1}{cm^3 \cdot s}$

$r \approx \frac{1}{30} mm = \frac{1}{30} cm = 3 \times 10^{-3} cm$

$\rho_D \approx 10^{21} \quad -3 \quad 10^{20} cm^{-3}$

$\phi_n \approx \frac{V}{\pi r^2} \approx 3.5 \times 10^{4} \gamma$

$R = \frac{3.9 \times 10^{4}}{\pi r^2} \frac{n}{cm^2 s} 10^{-5} \times 10^{-24} cm^2 \frac{10^{20}}{10^{20} cm^3}$

$3 \times 10^{-19} \gamma \cdot cm^{-3} \quad 3.5 \times 10^{-5} \gamma \cdot \frac{1}{cm^3}$

$V \approx \frac{4}{3}\pi (3 \times 10^{-3} cm)^3$

$\approx 1.1 \times 10^{-7} cm^3$

$RV = 4 \times 10^{-12} \gamma s^{-1} \qquad t \approx 10^{-10} s$

$RVt = 4 \times 10^{-22} \gamma$

ask Bertha:
    Langonbrunner ✓        4/10/08

n D reactions   nds.iaea.org/exfor   ENDF
$\sigma$ (b)

| | |
|---|---|
| D (n, TOT) SIG | 0.81 |
| D (n, EL) D-20, SIG | 0.64 |
| D (n, NON), SIG | 0.17 |
| D (n, 2N) H, SIG | 0.17 |
| D (n, $\gamma$) T, SIG | $9.5 \times 10^{-6}$ |

* Reaching = $V t R = \phi \sigma \rho_D \cdot V t$      $\phi t A =$ Yield

          $\rho_D t = \frac{1}{2} \rho_D \cdot t$

     = $\sigma \cdot Y \rho_D$       $\rho_D t = .3$ g/cm²

     = Y $\cdot 3.6 \times 10^{22} \sigma(cm²)$   $\rho_D t = \frac{1 \cdot .3 g}{2 cm²} \cdot \frac{6 \times 10^{23}}{2.5 g} = 3.6 \times 10^{22} \frac{1}{cm²}$

D(n,TOT) $\longrightarrow$ $3.6 \times 10^{-2}$ Y

D(n,$\gamma$) $\xrightarrow{10^{-5}b}$ $3.6 \times 10^{-7}$ Y

AWE  Horsfield  WFO - TT

~~D Terry~~  75126   ~~FLE~~ * 08-041

~~Dana~~ Montoya    ~~Steve Trojillo 665-6108~~

VTC: Apr. 29, Jun 3, 17, 24,

      Jul 1 4:30- , 15, 22, 29

     My 9 8am

* ILИО, Wrkpkg / 3 code / workplan
Peterso
* IEC PEA    2
*        IWD
✓ May Shot Plan
* Duke PR
* LAUR's (HTPD, NIFWork)          864-6947 - 7/02
   HTPD Travel                    c/o Allsampbgh
   Warmor Paper                   Ømy HR
* Travel - LUNL, Omega            231 - 6395
   Trng - Ann Sec Ref (6b0)
          R&D Elec (5/19)


* Form 1963, Com Force
   Student Hire



__Hydro - Equiv__

$X = D_2$ press

~~$X = D_2$ press~~

$W = {}^3He$ press

$Y = DT$ press

$Z = T_2$ press

$\{D\} = Y + 2X$

$\{T\} = Y + 2Z$ = const

$\{{}^3He\} = W$

$[D] (2+1)_D + [T](2+1)_T + [{}^3He](2+1)_{{}^3He}$ = const

$2(Y+2X) + 2(Y+2Z) + 3W$ = const

$4X + 4Y + 4Z + 3W$ = const

$W=0 \rightarrow 4X_0 + 4Y_0 + 4Z_0$ = const

$X_0 + Y_0 + Z_0 = \frac{const}{4}$

$X_0 + Y_0 = const$

Match  $[{}^3He] = 36\%$, $\{D\} = \{T\} = \frac{32}{...}\%$

$[{}^3He] = 36 \Rightarrow X_1 = Z_1 = 0$, $W_1 = 536$

$4Y_1 + 3W_1$ = const

$4Y_1 + 6.254$ = const

$\frac{[{}^3He]}{[D]+[T]}$  .36  36

$4Y_c$

$W_1 = 5.55$, $Y_1 = 4.95$

$\frac{5.55}{5.55 + 2 \cdot 4.95} = .359$

const = 36.45

$4X + 4Y + 4Z + 3W = 36.45$   $X = \frac{36.45 - 4Y - 3W}{4}$

$W_0 = 0$, $Z_0 = 0$, $Y_0 = Y_1 = 4.95$

$4(X_0 + Y_0) = 30.46$   $X_0 = \frac{30.46}{4} - 4.95 = 2.665$

$4X_0 + 3W_0 = 30.46$   $X_0 = \frac{36.45}{4} - 4.95 = 4.1625$



Handwritten equations (best-effort reading):

$$4x + 4Y_1 + 3W = 36.45$$

$$W_1 = 5.55, \quad Y = Y_1 = 4.95$$

$$[D] = Y + 2_D$$
$$[T] = Y + 2_T$$
$$[^3H_c] = W$$

$$\%H_c = \frac{[^3H_c]}{[D + T + {}^3H_c]} = \frac{W}{2Y + 2_k + W}$$

$$-4x + 3W = 36.45 = 4Y_1$$
$$x = \frac{36.45 - 4Y_1 - 3W}{4}$$

$$W = \%H_c (2Y + 2_k + W)$$
$$= \frac{(2Y_1 + 2_T)\%H_c}{1 - \%H_c} = \frac{\left(2Y_1 + 2\left(\frac{36.45 - 4Y_1 - 3W}{4}\right)\%H_c\right)}{1 - \%H_c}$$

$$= \frac{2Y_1 + \left(\frac{36.45}{2} - 2Y_1 - \frac{3}{2}W\right)\%H_c}{1 - \%H_c}$$

$$4x + 3\frac{\frac{3}{2} + 2W}{(1 - \%H_c)} = \frac{16.65}{10.66}$$

$$= \frac{2Y_1 + (18.225 - 2Y_1)\%H_c - \frac{3W}{2}}{(1 - \%)}$$

$$4x - 4x\%H_c + 6Y_1 + 6x = \frac{16.65}{10.66}$$

$$10x - 4\%H_c = \frac{16.65}{10.66} - 6Y_1$$

$$(16 - 4\%H_c)x = \frac{16.65}{10.66} - 6Y_1$$

$$W + \frac{3}{2(1-\%)}W = \frac{2Y_1 + (18.225)2}{(1-\%)}$$

$$x = \frac{\frac{16.65}{10.66} - 6Y_1}{16 - 4\%H_c}$$

$$W = \frac{2Y_1 + (18.225 - 2Y_1)2}{(1 - \%)\left(1 + \frac{3}{2(1-\%)}\right)}$$



$$z = \frac{w}{2y_1 + 2x + w} \qquad 4x + 3w = 36.45 - 4y_1$$

$$(2y_1 + 2x + w)z = w$$

$$2xz = w - (2y_1 + w)z$$

$$x = \frac{w - (2y_1 + w)z}{2z}$$

$$\frac{4}{7} \quad \frac{2w - 2(2y_1 + w)z}{z} + 3w = 36.45 - 4y_1$$

$$2w - 4y_1z - 2w z + 3wz = 36.45z - 4y_1z$$

$$2w - 2wz + 3wz = 36.45z - 4y_1z + 4y_1z$$

$$w = \frac{36.45z}{2 + z}$$

$$x = \frac{36.45 - 4y_1 - 3w}{4}$$

AWE Work for Others   $100k transfer      4/21/08

NET-3  Budget Analyst
     Terrea  Hampel

TT  WFO  Patty Montoya  75126

RW Mtg                                    4/22/08
✓ NSTec Budget, Funds xfr
✓ Carl's housing
✓ Carl's cale's
✓ HPTD - Abstrnts to Bob
✓ NIF dimensions
- AIG sow
- D'lle gammas

- Bergren ?
- nohlmann to Carl

HKGGS prep                                    9/23/08

* Pulsed PMT
* Dark Current

10 mC can result in permanent damage

~ Reuse Institutes
Gary Hale, Damon, Cooley, Wilson, Worthen
Morgan, NSP king, Hsu

* ppt template → AARP

1 photo electron =
$1 e^- \cdot 1.6 \times 10^{-19} \frac{c}{e} \cdot \frac{10^5}{10^{-10} s} \cdot 50\Omega$

$75 \times 10^{?}$
$7.5 \times 10^{-3} = V$

* Announcement

4/23/08

# AET-3  DIRAT

✓ ³He bottle - MST→? , H-2?
✓ Fill rig
✓ Fills
. Paper
✓ Pressure → trip, equil press (12.5hrs ⇒ 5 tst ⇒ 99.5%)
✓ Egg crates - fit 3 in DT Fill Rig
        need length & bore
        individuals?
    Dry pump

<u>NSTec</u> - Tunnel                                    4/24/08

- Separate "Detector" & "Recording System"

FY08      $200k + 42k
    - Conceptual Design      (CDR 6/24)
    - Single Channel Fab & Testing

FY09
    - Final Design
    - Quad Fab & Testing
    - Recording System
      Implementation

HIGS Review                                    4/25/08

Reasons why Omega data does not validate:
1. PMT cal uncertainty
2. Haven't validated $\gamma$ to $e^-$ conversion processes
3. Geometry - diverging beam
        Linac was only $e^-$ pencil beam on axis
4. BR is less than theory

R4 UTC                                    4/29/08
GCD-1 & 2
- Vacuum checks
- LED tests

Put cam onto TPM flange ?

- Characterize splitter being removed

EMP shielding of Amp
Wolfgang
- ≈10⁻² ports, v lm FOK
            Fortunes doesn't done
- reentry tube up to lm into chamber
        ≈3.8m from TCC

Mon at conf
- press committee
3.5 G/MeV threshold will drive press

    Quality 1 or 2
    SDR

- SSC Streak Cameras — Ray Barr

Track file comparisons for Quad

|  | 500 cm | 200 cm |
|---|---|---|
| $C_{\beta/3rc\,\gamma}$ | $1\times10^{-2}$ | $2.3\times10^{-3}$ |
|  | $\dfrac{}{.1}$ | $.1$ |
| $C_{\beta/c\,track}^{dot}$ | $=$ |  |
|  | $1\times10^{-1}$ | $2.3\times10^{-2}$ |
| Malone | $.06$ | $.01$  — used $m\eta$ |
|  |  | instead of |
|  |  | c/m |
| $\dfrac{Young}{Malone}$ | $16$ | $2.3$ |

H78D GCD breakout — Hyatt Regency
Melt In Martin  Cont Organizer

— $200

Project Plan — Bertha                    9/29/08
  — Schedule CDR
  - Wolfgang - buy in to Project Plan
  - contingency 20%
  - Postdoc, GRA
  - Control Software — AWE?
  - LLNL Contributions
  - Narrative
  - Split for 2 codes
  - WS Tech break by task FY

DT Rat
  - c-1 Reserve
      $50k to APT
  - MIT contract
      Klein, George

Port & others
  Work Pkg
  → Funding Determination Board
  Budget cleanup

HIGS                                    4/30/08

- PMT calibration cabilities
      Sandra Livermore ?
          NSTec Lacmore
- PMT relative cal vs time

- When will Colin be in Rochester? [from
- P. Sanchez preaded - Ortelie, at least [Mon
- γ phonuclear activation

_____

DTRat Target Prep            5/1/08
    UTC w/ Fadus.
- manifold - 1/4 female swage to vac (we gave VCR)
- tall cell base holes
- Contamination
- Schedule.

    room temp at LLE ~ 30dys
    lecture bottle not compatible w/ Regulator
    dry pump

$$\cancel{\log\,\text{--}\,3}$$

$$a \cdot (\log a)$$

$$y = \log f(x)$$

$$y(x_i) = \log f(x_i)$$

$$y(x = x_i) = \log f(x - x_i)$$

$$y(x - x_i) + c_a = c_a + \log f(x - x_i)$$

$$= \log a_2 f(x - x_i)$$

J. Steve    585-275-5286

5-4778

NSTec

5/6/08

CaF vs. fused ST

200 psia — 10% max thicker CaF
~ survey depression for thicker CaF
~ 1" thick
~ 3pc depression 1" CaF
4 ps 1" fused ST
over 250-800 nm

Colors
- manifest on housing & autostat bundle
- Scopes, cables, pulser, adapter
- streamlined BT



Area of spherical surface
Wikipedia - Area

$f(x) = \sqrt{r^2 - x^2}$

$L = 2\pi f(x)$

$W = \int f'(x) dx \quad \sqrt{1 + f'(x)^2} \, dx$

$f'(x) = \dfrac{-x}{\sqrt{r^2 - x^2}}$

$W = 2\pi f(x)$
$f(x)$

$A = 2\pi \, L \cdot W = 2\pi f(x) \sqrt{1 + f'(x)^2} \, dx$

$= \int_{x_0} 2\pi f(x) \sqrt{1 + f'(x)^2} \, dx$

$= 2\pi \int_{x_0}^{r} dx = 2\pi r (r - x_0)$

$\theta = \cos^{-1} \dfrac{x_0}{r}$

$x_0 = r \cos\theta$

$A = 2\pi r (r - r\cos\theta)$

$\quad = 2\pi r^2 (1 - \cos\theta)$

$f(\theta) = \sqrt{r^2 - r^2\cos^2\theta} = r\sqrt{1 - \cos^2\theta} = r\sin\theta$

7/1088



$f/\# = \dfrac{c}{D}$

$f/\# = \dfrac{f}{D}$

$\phi = \tan^{-1}\left(\dfrac{D/2}{f}\right) = \tan^{-1}\left(\dfrac{1}{2f\#}\right)$

$\dfrac{D}{0.5}$   $\quad \dfrac{\phi}{45°}$

$1$   $\quad 26.6°$   $\quad N = f\#$

$\phi = \tan^{-1}\left(\dfrac{1}{2N}\right)$

$\tan\theta = \dfrac{2h}{\cos\theta}$

Reaction History Mtg w/ LLNL    5/8/08
                              & LLE

- Jean Steve → Wolfgang

- 200 psia windows for GCD-1

Project Regency Adv - NIPD    5/12/08

GBST/IRAD   Review

APS Nomination by Wel

— OAP Mirrors

      Janos

      Sorl

— Alignment checkout

— UV collection — threshold softening

      w/ & w/o dispersion in ICCD

— Omega Fiducial channel availability

— Dual rf input MZ for XRD + PMT

— Dec calibration scheme

     — fiducial

     — impulse response

✱ Sensitivity to Mirror position & surface figure

    —  66" = 167.6 cm to flat flange surface

      at Omega

5/28/08

Omega Debrief

Aug
* GOD-1 in TM1
  GOD2 in TM2
- Isolate ground
- Monitor HV & AC
→ Filter ac — UPS?
- Ask LLE about "clean" facility ac
→ SRS - V vs I trips, V Monitor BW, UPS
- LP PMT EUPS?

APC UPS RS800       5/29/08
  supplied 91 W. for 47 min / 36 min
  spec is 100 W for 60 min

Wolfgang
- HV hi pass filter
    10nF, 50nF   5-10kV   penny size
    4: 5W x few kΩ
- HV PS w/o volt trip, ie. Flake



5/28/08

✓ ~~Travel~~
⊛ NIF Diag Setup (Springer) → Wolfgang
✓ Work Pkg J2U , ~~Book~~ → X-3
✓ ~~Project Plan pdf → Buffer~~ 5/30, Z-scale
✓ ~~SRS-NV trip, High Pass Filter~~ new
✓ ~~Elec Equip Appr - IEC~~ → Haiyho
~~David Aurnes~~
~~Petrosso~~
~~Drive a resistance load~~
~~NIF workshop email~~
⊛ Ann Sec Ref Trng (6/20)
⊛ ~~Conference Forms 1965~~
✓ Student Hire
⊛ RST resubmission
~~⊛ $409 Omega Shot Reg → Thur~~
~~⊛ Travel 6/15~~
⊛ ~~DTRat-08 Proposal 6/7~~
⊛ ~~DTRat Summary NCI Update~~
✓ NSTec Contract
✓ ~~Duke PC~~
⊛ IEC JWD.
~~Kris~~ Z

HV trip solutions — P. Sanchez                    6/2/08
  - Ferrite Indicator in HV line
       Fast-rite  >8

 - fut phoebe
 - McNP input deck


For JWD
  Mark Martinez  RCT (replaced Jennifer)
  Debbie Baca
  Don O'Rourke



6/3/08

Terry Chosen - PR
APP - Ann Funday Thing
min $100k
Larry Rapha 5-2977

- Composition - ≥3% 3/He, DT 50/50 & same fill
- Temp - Not hard, but not t resolved
- Density √
- Bin Volume √
- Burn Duration - FWHM, BT

$$q = \int n_D n_T \langle \sigma v \rangle_{DT} \, d^3r \, dt \qquad n_D = \rho V$$
$$\sim n_D n_T \langle \sigma v \rangle R^3 \cdot t \qquad \sim \rho R^3$$
$$\sim \rho^2 R^6 \, T^\nu R^{-3} \qquad nkT = P_{ress}$$
$$T \sim \frac{P}{n}$$
$$\sim \frac{P}{\rho R^3}$$
$$\sim \int \frac{1}{2} n^2 \langle \sigma v \rangle_{DT} \, d^3r \, dt$$
$$\sim n^2 T^4 R^3 t$$
$$\sim \rho^2 R^{-6} R^3 \, T^4 t \sim (\rho R^3)^3 \frac{T^4 t}{\rho R^3} \sim \frac{t}{\rho R^3} (\rho R^3)^3 \frac{T^4 t}{\rho R^3}$$

6/4/08

Debbie Brown    IWD          hold point - contact fab for $D_2$
- hydrogen monitor          put $D_2$ outside & use He
- room vel for $D_2$
- battery
- solder IWD - Jongho
- LN, air displacement
- Hazard Rating → Milemote, Matrix Grading

Cyl Size   $B = 8.5"D \times 31"H = 17.2\ell = 0.61 \, ft^3$
           $C = 6 \times 24 = 6.88 \, \ell = 0.24 \, ft^3$
                $\frac{8.25}{12} = 2400$
Hot Cell ~ $10 \times 20 = 15(4) = 3000 \, ft^3$

Assume 3000 psi full

B: $P_2 = \frac{P_1 V_1}{V_2} = \frac{3000^{\#} \cdot 0.61 \, ft}{\frac{3000 \, ft}{2400}} = 0.61 \, psi$

$\frac{0.61}{14.7} = 4.1 \, \%$

C: $4.1 \cdot \frac{.24}{.61} = 1.6 \%$

$V_1 = \frac{P_2 V_2}{P_1} = \frac{.04 \cdot 14.7 \cdot 3000 \, \frac{13.2}{2400}}{3000} = \frac{0.625 \, ft^3}{0.42}$

Jarmobe 74117

6/3/08

<u>DT Rpt - 3He Add</u>

✓ Summary Slide - Rygg & RH
-  Hydro - Equiv not abs
✓ Rygg Shock yield
✓  DT & FWHM
-  D/T Ratio results
✓  Ti

DX SRC

<u>Werner</u>  DT gas composition
         49.5 % T, 48.5% D, 1.3% H, .62 He
Jan07 → 51.5  T, 42.8% D  .6%


<u>NStar Funds Xfr</u>
  Susan Gretsenger
   702-295-4735

Susan at NKgcc

AFP    Larry Royal (CFO) 5.2997
 - Approved Funding Program   24th
   Site - to - site Transfer
 - Cash Order    ICO - Integrated Contract Order

Truval
  Joy ~   58401
 - Authorization request
 - Reg Form

6/11/08

AFP GCD Spreadsheet → Invoice
Cable characterization

$$\frac{3}{10^6} \Big/ \frac{1}{3 \cdot 10^4} = .9$$

JASONS  — Bill Chandler
Donovan — Cooley

VTC                                          6/11/08

M Z discussion - Stoelfi, Miller, Lowry, Dunfey
    50 Ω termination in PMT ?
    thuma has trimmed termination built in .

_____

S. Buther                                    6/13/08
 - HV trip
 - Duke $
 - DTRat
 - NsTec - PR, AFP, $Z$-codes


AFP- NSTec Canyoner
       IAU annyear Nint 15%
       formalize AFP contract ? contracted quantities?
                - signed contract
 Capital — Wolfgang ?

6/24/08

Trident

- bias voltage  - filter voltage

e-mails
- Garlett
- CSoM student
- $\pi$ NDA w/ CEA
✓ Chacon
✓ Carol's Salary

DT Rate                    DD=p
                    DT=n & D³He=p
Ian Tregellis ?      DT³He
Calcs w/ RH, $T_i(t)$, $T_e(t)$, $R(t)$
    nToF simulation
    QXI sim  , PTD & CPS
No x-ray SC, backlighter, MMI
                    $\tan 45° = \frac{\ell}{lcm}$

★ FABS
★ Te                    lcm  ⟋45°  $l = 1 cm$
★ QXI filter — low E for
    first slack pass        $\ell$

                    c.l →



APS Abstract, 7/18
Traing - Exp/ctr 21206 6/20; Foreign Host
* 2 - 3" bore, triax
* Travel
  Troubleshooting Checklist
✓ LLNL Capital
  Highlight

6/24/08

<u>NSTec</u>
       now
- AFP $200K, ≥$400k in Aug
- Reporting, Accountability
- cubes, including cal inj
- variable aperature compatibility
- cell & mirror diameters

Duke                    6/25/08
- NSTec PDR 7/15
- Swap DTRA/pumps

Cooley
    EOS, Laser coupling, Atomic Physics
*cf Mix,

    Short fraction - Paglieri
** $^3$He in shell

$$\underline{ZR}$$
        $100 - 130$ ns

$$x_o = \frac{-b \pm \sqrt{b^2 - 4ac}}{2a}$$

$$y = ax^2 + bx + c \ \cancel{\ } = a(x - x_1)(x - x_2)$$

e-mails                                    7/8/08

~~1A  EAS authority~~
~~Report~~
✓ ~~Travel approval~~ – 248
 LANL Volunteer
 APS 4 Corners
✓ REV3 Specs
OK Surrogate GBT, Wolf
~~Connect  Jackson, Tate, Ungho (PTC), distrn~~
 Dreier – Wkshp Sur
OK ~~Johann~~
✓ ~~Harris~~
✓ ~~PSI  JH~~
✓ ~~Gon – Surp, TMs, → Vladimir~~
 Computer Accreditation
✗ Kyrala –  Fluorescent Imaging Strps
 ~~Gezoll~~
✓ Z
✓ ~~Bruce Taylor – x3, 1252?, modeling~~
        510 202 6223
✓ ~~Giffe~~   cell 505 670 3256
✓ Martinez – 54677
 Werner –  cell 412-83-02
            pager 93081





$A = $ fwhm $\cdot M$

$A = \sum y_n \cdot dt \approx 5_{ps} \sum y_n$

Data:
Electrometer (current source)
Assymetry (fms)
effect of Pockle back monitors

Fluct
$$T = \left(\frac{\sum n}{\sum h}\right)^2$$

sapphire 355 nm .8 % at each surface



$t_\gamma = t_1$

$t_{fiber} = t_2$

$t_\gamma = t_1$

$t_{fiber} = t_1$

$\Delta t_{fiber} = t_2 - t_1$  $\approx -t_1$

$\ell =$

$KE = E - .511 \, MeV =$

$E = \tfrac{1}{2} m v^2$ ,  $v = \beta c$ ,  $\beta = \tfrac{v}{c}$



$$\frac{\ell}{\sin 3°} = \frac{w}{\sin 93°}$$

$$\ell = w \frac{\sin 3°}{\sin 93°}$$

$$= .052\, w$$

$$= 0.79\ cm$$

$w = 15\ cm$

$$t = \frac{\ell}{c} = 26\ ps$$

$$\ell = w\ \frac{\sin \theta/2}{\sin(90+\theta/2)}$$

$$\theta \to 90°$$

$$\ell \to w\ \frac{\sin 45°}{\sin 135°} \to w$$

$$\ell = w\ \frac{\sin \theta/2}{\sin(90+\theta/2)}$$

$$\tan \theta = \frac{15}{60}$$

$$\theta = 14°$$

Ian Trogellis                                         7/17/08

| | DT-n | DD-p | DHe-p |
|---|---|---|---|
| 0 | 2.8e12 | 1.05e10 | — |
| 10 | 1.4 | 6.25e9 | 7.78e7 |
| 36 | 5.68e11 | 7.42e8 | 7.66e7 |

1100 µm ID, 4.9 µm wall
15 kJ, 600ps
Te, Ti, Rt, RH

_____

L. Abney                                              7/17/08
      overall                10% carryover
      $88k        $00k              $210  $
                      →           $   20s  6
                                   $  16        6
project  $120/30k  HH & Yk    $30 -c4
   MES    $30k   + 15% capital equip tax
curry     68 +g
          200. (68)

available  $68k

      $ 692  to NSTec
      $ 220  spent
      ─────
       812

EA8D - $4Q forecast & available

NSTec
6514
35366
5596

$e \leftarrow xPA$

$e- \; xPA$

Cooley 1.6e12
2e12
Doug 4.3e12

10 atm   $D_2$   1.6644 $e^{-3}$   g/cm³
          DT   2.0785 e3

Kim Thomas  —  Hsu  | 982 |
          7-7778
melissa Robinson  CoS  7.7978

Sydor PuT210  available
20-804

Butler
         202-586-7822
         X-3 → Zcode
         XA33 →

$D^3He - \gamma$

$100 \gamma \quad \dfrac{1.3e-3 \, C_h}{\gamma}$

$\dfrac{.3mm}{ns} = \dfrac{.3mm}{ps}$

$\dfrac{ps}{.3mm} = \dfrac{3.3 \, ps}{mm}$

$= \dfrac{33 \, ps}{cm}$

$D^3He \quad \gamma/p = 5\times10^{-5} \, \gamma/p$

$\dfrac{100 \gamma/p}{5\times10^6 \gamma} \quad 10^6 \gamma \quad \dfrac{1.3\times10^3 \, C_h}{\gamma}$

$n = \dfrac{ps}{cm}$

$\dfrac{5 \, hole \, \gamma}{10^6 \gamma} = 5\times10^{-5} \, \gamma/hot \, \, diffre$

$160 \, \dfrac{ps}{cm}$

hohlraum spectrum → Carl

Dry Ice — Red Diamond

$72.05$        ~~$67.66$~~

Bruce     585-254-6844



DTR + VTC

- SrO$_x$ composition    $x = 1.2 - 1.4$?   impurities
  $^3$He conc in shell    density
- recirculator?
- cable tests

Bob Bourque - Press Limits                    7/25/08
ASME Boiler & Press Vessel Code
Sec 8 - Div 1 &/or 2
   MAWP = 1.2 · Op Press
   Testing Pres = 1.3 MAWP
                = 1.56 Op Press
   Mem Stress < Yield ~ 10,000 psi
   Mem bending < Yield

   6061 T6 Al
   No certification req'd
   Press Safety Comm Approval (Bourque)
     FEA, Hydro-test, & calcs
     Shot plates &
     cylinders  to benchmark
NSTcv Req - Burst Press 4x MAWP

   X-Div to ZP16

PI 2 week Review ~ Mat'08   7/23/08

25% 26170 Wille - NIS alignment ?
✓  ✓ H8 pinhole — drop
✓  ✓ K@maro #1 - "
         DDRIC
         HY/NTO ⎫ setups
         NIS        ⎭
         2nd RID              ↓
✓   CPS's & WRFM #3        "

      Auditor

       SRF - Mon              $\frac{87}{67} = 1.30$

     Cryo   Wed morns Shts
    NSTec Wkly Mtg          7/23/08
     Sapphire  .4" for 3" clear aperture

   ✓ Zacharias
   ✓✓ NIF Press Regulations — Wolfgang ?
      NIF software architecture→ Amy

      Bartha  202-586-7822

7/25/08

- GRA hire
* 50 wires briefing
** OAP's PR
** Foreign Travel
* IEC IWD
- Trident EMP
* DPP Paper Refs 8/8        Francisco, Beaudry, Sangster, Rygg
- CPR 9/20, Exp Cntrl, Fan Hst
✓ MIT → preds, $D_2{}^3He$ !
* PMT Analysis
✓ QiXi ⇒ Cooley
✓ SRF's, Fill Press
** X-Div Allentest - Lori
✓ LAUR - Pitshot
- Badging
- IEC FPGA controller
- POPS continuation
- Appraisal Input 8/18
- Grondalski proposal
- APS Membership
- Feedthrus
- Travel

$S_{ig} \propto$ Input $QE \cdot G$

Input $= \dfrac{S_{ig}}{QE \cdot G} = const$

$$\dfrac{S_{ig_1}}{QE_1 \cdot G_1} = \dfrac{S_{ig_2}}{QE_2 \, G_2}$$

$$\dfrac{QE_1}{QE_2} = \dfrac{S_{ig_1}}{S_{ig_2}} \dfrac{G_2}{G_1}$$

Duke      1.1      $\dfrac{.9}{2/3} = 1.35$

         1.5

_Money_

NSTEC PO - $15K balance
X-3 - reallocate to 30-16
Mirrors - $27.2 k
Travel - Omega Sept × 2 + 4
              11k

Sapphire Window - Swiss Jewel Co
    w38.00  $31.05  1.5" dia × .04"
    w38.10  $89.95  1.5" dia × .125"
will quote UV grade

Warren Garbett                    7/2?/08

— 362 3He , 5% thicker, 1% larger
463-4.89 wall thickness,

21% ↓ in Yield due to wall thickness
for clean & fall time, independent stuff

— 10-15% deviation from normalized yield

4% yield variation in $\log_4$ 4
10% " " 7

Coherent sent PMT 212 specs ?

$\bar{a}$ 560 = $j^{*}$/92

_____  7/28/08

X-rays :   2x x-ray energy of 5 vs 9 keV

| E(keV) | laser | bounce | valley | bounce | valley |
|--------|-------|--------|--------|--------|--------|
| 9 | $1.1\times10^{-9}$ | $4\times10^{-10}$ | $1\times10^{-12}$ | 400x | |
| 5 | $1.1\times10^{-8}$ | $8\times10^{-9}$ | $2\times10^{-9}$ | 40x | |
| 5/9 | 10x | 20" | 500x | .1 | |

Langenbrunner
NIF blyd cales
gunite isotopic comp & density

DIRAC-OS                    7/30/08
1 # week 91 Brief
      SRFs:
- Update target ID's

    QX1 - 6x

- incorporate cable chasm into standard cables

NSTec                       7/30/08

P4, 18" port w/ 6+8" flanges
Aug 21 meeting

<u>Sapphire Windows</u>

Swiss Jewel Co      4-5 wks                    UV
   W38.00  1.5" dia x .04"  $31.05   X 1/8" 75.60
   W38.10        x .125      89.95      .04 68.60
              3.2mm
   — will also quote UV-grade, min 5


Newport
        2"
     5.08 cm dia x 2mm   $656


Red Optronics
           1.18"
     3 cm dia x 2 mm
     — will quote UV & 1 cm thick


ISP Optics
     AL-W-38-3   1.5" dia x 3mm   $159

Duke                                    8/14/08

    5MHz
        200 ns / e-pulse
        20 μs / x-pulse

    TDS 6124  -  40 GHz, 45 pppulse , 10⁶ pts
                 25/μs  →  ~1 xpulse



NSTec                                   8/14/08


Battery specs & monitoring
conduit instead of all fibers
modularity
W Shields
Ires calibration

Stoeffl   925-980-0433

Tunnell      663-2012
Malone        -2014



IEC          Nobel & Burk                    1/23/07

Dantley
2 63 11
482-2264

· $10^{-7}$ torr base press
· e⁻ emitter
   keep under vac
   need to be wired
- notebooks in JV's boxes (Bugelo)
   in lab?
   heat up slowly, start ~1V
   .1V for ~30 min
   keep < $10^{-5}$ torr
   eventually get to 25V
   ~ 2 days to condition emitters
   $8-10k for set of emitters
        Kent Weaver
        Barium impreg Tungsten
   2×$10^{-6}$ torr for POPS operation
        < 5×$10^{-6}$

   film badge for Rick
- Emissive probe - in act drawer   ½ Alumina
  double grid?              ≈ 1 Ω       top
  HV feedthru bottom & sides!

* ILIU Wkplng / z-code /workplan
  Petrasso
* IEC PEA                          Terry
*        IWD                       40882
✓ May Shot Plan                    Vanderaam
* Duke PR                          661-1724
* LAUR's (HTPD, NIFWkig)
  HTPD Travel                      664-6947 · 7/02
  Warner Paper                     Liz Atchampligh
* Travel - LANL, Omega             Amy HR
  Trng - Ann Sec Ref (6/10)        231-6395
        R&D Elec (5/10)


* For 1963, ConForce
  Student Hire

*H. Herrmann*
*505-665-5075*

# OfficeMax

## Steno Notebook
### 97333

**60 Sheets • 6" x 9" • Gregg Ruled**
**Recycled Paper • Meets United States Government Requirements**



| FROM | 8/18/08 | 6/12/09 |
|------|---------|---------|
| TO   |         |         |
| NO.  | ④       |         |
|      |         |         |




8/18/08

GCD Modeling

1. Al - target GCD response vs K-7 MeV
   ~~1 MeV secondaries~~
   ~~bohlman spectrum~~

2. Shielding
   ( 1 MeV Sec
   ( bohlman spec
   ( PMT
   ( Window


- Sapphire ($Al_2O_3$) may have Cr impurity
  that fluoreseses

Doug Wilson                    8/18/08
          7/15

~ 6 THD shots · Aug 2010 ~ 1.5 months
  2 ignition attempts   Sep 2010 ~ 3 months

Measure slopes:

Ignition: $5 \times 10^{17} - 5 \times 10^{13}$ n/ns ? $5 \times 10^{16} \cdot 5 \times 10^{17}$
THD: $1 \times 10^{15} - 1 \times 10^{16}$ n/ns ← ~350
  ∟ 1%
     → p/c ~ $10^{21} - 10^{22}$

5/18/08

~~Budget - Dept's~~
** ~~Prop / ~~~~ PR's~~ .9/5
~~Titans~~
~~Wilson~~  mtg  ~~8/28  12/5  12/3  - 9904~~
~~Trng~~
~~T&E Corrections~~
** ~~Apparent~~
~~Ig/Drg Analysis~~  9/4
** ~~ACRONX~~

- APS ~~Pat~~, Mom          - PMT analysis
✓ Trident EMP             * GRH Reg's
- TT NDE w/ CEA           ~~Spacs~~
- NIF Software, Drew ltr  - LLE Rpt 10/6
~~- CPR  9/2016~~          - BR analysis
** ~~Avy hitlr~~ 9/5       ~~Omega CDR~~
✓ GRA hire                - PABS, X-ray Imaging
** ~~Xng Eval~~           ~~- Crane - George Ortiz~~
- PoP, DTRat Paper        * McEvoy Trng 232377
- NIF CPR
- Z forecast
** ~~RSI Prod / Copyright~~
- Filter / Barnes Smon

## Appraisal

- NIF wkshp
- NIF GBT/RHD - CDR
- Ride alongs = May, June, Sp
- DTRa+ - Safety

- IEC - IWD,

- Confs - APS - Orl, HTPD-Abg, NEDPc, IFSA
- Papers - RSI (IFSA), NEDPC

GCD UTC                                    8/19/05

#V cables - stripped,
      - Sanchez
            TDR of the arc?

Colin's ordering from Photek:
      non-gated. 110
      gated 210.



    cts :
    on window

Sump every yr
hydro every 2 yrs.
protective layer on window

   Dec 11,   Feb 11,12

Training
Joe doesn't need Vault Type Room
14 847
- or 1425'

GCD -2
Notch filters at 3ω, 2ω, 1ω



NF Quad Req's                    8/17/08

- 4 detectors w/ clear los w/in 50 cm
  aperature located at 5.7m

- EMP shielding
      external — faraday cage
      internal — ecocorb

- Dynamic Range
      Variable Ap or ND filters

- Optical Alignment

- Calibration

<u>Plastek IMT's</u> — Sydor          8/20/08

Mike Pavia      585-278-1168
    SMA or N type?

<u>Julie Fooks</u>
Plastic Capsules
$D_2$ - 10 hrs,    $JD$ - 820 ,   15μm wall

No shipping method for mounted targets

Financial

ZD-15 : 4/101k costed
            14k spent / $68k budget
            $121k asked
ZD-16 : 114k spent / $102k budget
            ($76k → NS Tec PO)


Morag Smith                          8/25/08

    Mayo :
    160 proposals - $5M
revenue - ~ 9 new starts, ~ 8 continuing
    - good team w/ UW
    - spherical ok, but linear + cyl - stability
          more power I needs more thought
    - weak arguments, no modeling to support new costing
    - why better than other approaches
    - feasibility

Morag
    - probably should talk w/ Mayo

Student Hire :
- Sup Emplmnt Frm 902 - from Aaron
- Transcripts (or Ltr of acceptance to PhD) - from Aaron
& Student Wrkpln
-     Mentoring Checklist for Student Interns

- offer letter ?

Doug Wilson                           8/27/08

- HT us DT sensitivity
· Setup Sheet



sens

DT
DT
$10^{14}$ Melt
Threshold
8

8 MeV
17 MeV

Poison?    $\sqrt{n}$
         combined statistics
Reentrant tube                    50 kJ ~ 1.56 $\times 10^{16}$ n
                                  $3 \times 10^{17}$ ~ 1 MJ
   $3 \times 10^{7}$ n

discern leading edge slope
NIF Areal sens ~ $3 \times 10^{15}$ n in 100 ps
               ~ $3 \times 10^{16}$ n/ns
Can we distinguish better 100 & 125 ps further?



7/2/-8

QST/RHD Data Analysis Presentation:

- Invert threshold curves - GCD
  Eγ vs. Sens → Eth vs. Sens
- Quad Sens
- Find all GCD - 1 min n·t for 100 quanta (~10⁻³?)
- Poisson Error
- Branching Ratio
- Set up Parameters - Bos, Press, ND/Iris,
  PMT (ple dia, QE(λ) Gain).

                                    — EBR, Wolfgang
- Tunnel - 663-2012   AFP
- Malone        -2014
- Kaufman      2034
- Bartha    5-5898

    $244k → NSTec
    Gluck - push PR

DT Rat Targets - 30 total
mounted   5 - 0.8 He   - 3 shot   - 2 left
          5 · 1.0%.      2 shot    3 left → 1 to Garven
          5   36%        3         2 left
         ___                      _____
          15                      6 mounted

Unmounted   2 of each at CLE = 6
            5 of 0.8 He, at CAM = 5
            4 used for D₂ 13 He

Available for Cell =
    0.8% - 2 mounted, 2 unmounted at CLE, 5 at CAM = 9
    1.0% - 2 mounted, 2 unmounted at CLE         = 4
    36%                                           = 4
                                                 ___
                                                  17

Marie Alma - XDP  TBI ; CI call

Red Crypto

      iDCC

TA3   1498   Rm 205 D

9/29

Mark Voss  70066

  RWP  Val alt, Thurs

Shelly — Computer Support

    78595

$40K ENL for RT from CY

    Gordon / Carlos

10/1

Kirk — specify ME's ?

30V, 25A — TA

<u>Ig Diag VTC</u>                                    10/2/08
Spinger/Koch
<u>ARC @ 150 keV ?</u>
4 backlighters, ~every 100ps
       1.2 kJ @ 4ps
       2 kJ    6
    2.5       20
    3.        50
1st beam March '10  } 1st compressor
2nd       May '10   }
3rd & 4th beam end FY11 - 2nd comp
4 beamlets per beam → gives 4 frames/beam

<u>NS Tec</u>                                    10/2/08

- Coating     ~7 dys
    Chamfilm
    electroless N⁻   -10db none

- RF seal

- Sapphire = 5mm thick
    Order all up front for coating

- Hydro IWD?   12/12

    18 cm from connector axis to
    post axis

- Cross channel signal should be sent
    over short (<2ft) fiber bundle

- Gas fill fittings (Scott → Brown)

- Steve Vernon at LLNL has extra MZ's

R It Meeting                                    10/7/08

- Nov 19 preps
    - HV soln's → CDR
    - Sec target → CDR
    - Procedures for LLE, Responsibilities
    - AWE
    - PMT's
        - Drift test on all
        - Impulse Resp of Asymmetries

- Quad
    - CDR Thurs 11am

                    → Nov
- Qx1 ?  GX1-3 ?

  Trip to AWE/Photek

GCD-1 vs Quad   5" connector at 5m
   491 ~ Quad    →497 real
   134 ~ GCD-1
                  ↳ 8524 big prosr window

W half length ~½" for 16 MeV γ's

Footprint STEP file



$$A = \pi r^2 = \pi(R_2^2 - R_1^2) \qquad R_2 = R_1 + \epsilon$$
$$= \pi(R^2 + 2R\epsilon + \epsilon^2 - R^2)$$
$$= 2\pi R \epsilon \quad \text{or } 2\pi R$$

DT Rat
    NTD
    Gkm,

Omega  CDR — MF Qual                    10/9/08
    Cox's Sistes:
        weight of W blocks?

10/8/08

Tunnel
- direct C-10 funding for NSTac 3
- NSTac Review next quarter
- Raffe Papazion - Stockpile Programs

- NLV estimate = $37k , 5 wks , recharge?
        prev estimated $20k

- Rate Increase          1.02 M
                    -    .22 spent
                         .80  x 10%

        80k

- Increased Scope
        ND filters
        Ω stand
        fiber inputs
        MZ
        Travel

<u>CDR</u>

Pressurization manifold drawing
H8?  8"   KB MICRO

Install page
bolt torque
- ORR - 4 wks ahead
- MZ axe protection review
- Comb generator specs → Jack

<u>Wolfgang discussion</u>                    10/10/08

- Omega W holder redesign - accessible PMT
        - side feet on plate
- PMT adjustment - fore & back
        back side adjustment? wave washer on front
             threaded ring in back - indexed
        position may change from PMT to PMT
- Helios cable strain relief
- Flex conduit, cable connection access
    - how does R ES handle cables?
- Pressure flange - domed, no threaded holes thin
- Flange fasteners - bolts, not plates? threads    ? X



~~Fiber optic inputs~~

#10 screws
- extra mounting holes on front flange
  - tungsten plate on outside
  - mount parabolic mirror
- mounting holes on large block
  - strain relievers
- Rising comb to get fiber on scale w/ signal

- fiber optic inputs
  - may not be good to go thru ND filters
    best ok w/ rising comb
  - no pig tails , → ST connectors

- Erskets paper

Berthen                                    10/14/08)
- APS Dry Run — Nov 4
- Raywext
- Elec Tong Plu, ?DN - Tong  Aaron
- Yongko's Chem int

USTec                                      10/15/08
- Gateable PMT ? On or Off?
      drawing to Amy

10/15/08

- APS Memb, Reg, Panel
- DTRost Paper, Talk - FABS, x-ray, CPS
- NIF ZDR
- SL PDR
- ZD & EA forecasts, Request
- PMT draft tests
- GRH Reg's Doc
- ~~LLE Rpt 10/6~~
- BR analysis
* GRH Procurements

Halogen filaments
   8A , 12V

_____

$\rho R$ of hohlraum vs Al shell psule capsule

hohlraum :   $R = 500 \mu m = .05 cm$
             $\rho = 2.7 \ g/cm^3$
      $\rho R = .135 \ g/cm^2$

Uncompressed capsule :   $R = 1 \mu m = 10^{-4} cm$
                         $\rho = 2.7 \ g/cm^3$

compressed capsule :
        $\frac{R'}{R_o} = \frac{1}{30}$

Batha    10/21/08

RRB— Rapid Release Blanket
Sadillo, Sandova, TA, Phil

Put Jamie on ZD16 (100%)

NIF Quad:
Gas· $V_1 = 80cm \times \pi \cdot 6.3^2 cm = 10^4 cm^3$
Scramble— $V_2 \approx .5 \cdot \pi \cdot .8^2 = .01$
$P_2 = 760 torr \cdot 10^{-6} = 10^{-3}$

Tom — Thurs   travel , VB & reg
Aaron — Sun
Nov 4  VTC , 5pm , 10am
        Fri



10/28/08

Shell ρR

$R_0 = 4.9 \mu m$

Aug '08          Good EOS    Worse EOS

No. $^3$He      No. $^3$He

Shock   1.75 e12    5e11 $^{308}$   3.1 e11 $^{193}$

Comp   3.56 e12    7e11 $^{201}$   8.1 e11 $^{23}$

10/31/08

Ω CDR ___ Air Hose
- air hose drawing → LLE, Mit
✓ procedure edit, Greg
- cable chain PAW from LLE


Secondary target
- SRF - puck selection update sheet
- procedure update
- STEP files resend
- Mitt to check beam clearance

WAP$ to Greg

Cooley                                        11/4/08

/ ＋ shot list → Jim
  - GMXI. R.
  - $T_i$ vs $^3$He          , No He      , $H_2$ He
                                          Good EOS
            Shock $T_i$ ~ 85 keV , 10.    9.5
            Compr $T_i$ ~3,7        , 4.3  3.8

<u>APS  Dry Run</u>

Hydro -equiv  for  fulled-stripped

Anomalous → Not predicted.

Experimental  Setup
Movie

Cooley talk
- total yield reductions for $^3$He

☑ George Sandoval  + drawing
☑ Mo k.        663-2034  paper 2000
☑ Dawson     925-422-6781    dawift@llnl.gov

- change

Δ - 10:45 -5:05  , 3:20-9:13 , 2:55-9:04
orbits
UA - 1:15- 6:44 ,  4:38- 11:48,  7:42- 8:23





NSTec

- Milt - PAID, Port
- Mirror mount order

$f_1 = y_0 - a x^2$ , $f_1' = -2ax$ , $f_1(x_1) = y_1 = y_0 - a x_1^2$

$f_2 = y_1 - b(x - x_1)$ , $f_2' = -b$    $a = \frac{(y_0 - y_1)}{x_1^2}$

$f_1' = f_2'(x_1) \Rightarrow$  $2ax_1 = b$    $b = 2ax_1$

$\sout{f_3 = y_3 + c(x - x_3)^n}$

$f_3 = y_1 - b(x - x_1) + c(x - x_3)^n$ , $f_3' = -b + cn(x - x_3)^{n-1}$

\* RWP

~~email transfer~~

GCD Washup  OMEGA                                    11/20/03
- target holder unseated by ~ 5/8"
     could explain observed secondary & signal
- TDR cables
- All Tom to cell pressurization authorization
- Order cable chain
- Air blase
     redo KF16's on PMT can
- Cables    RG-142?
-. EMP testing w/ hard pulser (APTEC?)
     starting press    99.9 psia  ~78.7
- ending press  97.8           ~77.5

11/19/08

| | Yield (e13) | $T_i$ | |
|---|---|---|---|
| 1 | 1.34 | 4.9 | |
| 2 | 2.23 | 4.7 | |
| 3 | 1.84 | 4.9 | |
| 4 | 2.46 | 4.8 | |
| 5 | 2.05 | 5.8 | |
| 6 | 3.63 | 6.1 | Glass |
| 7 | 1.54 | 4.5 | |
| 8 | 1.47 | 4.6 | |
| 9 | 2.22 | 4.7 | |
| 10 | — | — | Empty |
| 11 | 7.8 e11 | — | |
| 12 | .80 | 6.0 | |

n's across pack
.5cm at 5.19 cm/ns

$$\frac{.5cm}{5.19 cm/ns} = 96 \, ps$$

$$RH = 450 \, ps$$

n's delay at back

front: $4.5 cm \cdot \frac{160 \, ps}{cm}$
720 ps

back: $5 cm \cdot \frac{160 \, ps}{cm}$
800 ps

$$\Delta t = 80 \, ps$$

11/22/08

- ~~Lab Closeout~~        - laptop battery
- UW Closeout
- Computer Reg
* ~~Travel~~
** ~~ICORE~~
  * Klippon highlight
  - ARS Mem
    ~~R PDR /NIF CDR~~
  * ~~GRH Updates~~
  * Hochadory - Nov Update
  - PMT cals
  * ~~Team event~~
  ~~- NIF vBltrs    12/18~~
  ** ~~LLE exp prop 12/15~~
  ** ~~DPat Review 12/12~~
  ~~- Perform~~
  ~~- Security Tng~~
  * P-DO SLAN - Sys Sec Plan
  - Feb Travel
  */ QXI pinholes
  ** ~~Omega PDR~~
  ~~/ Air Hdr code~~
  - Young Travel

JL1K
JL DF -
JL1B -
JL1H -

JLDN -
JL1U
JL1G - ousted

<u>Al target</u>

$SA = \dfrac{\pi \, 1.5^2}{4\pi \, 5.8^2} = 1.67 \, \%$

$\rho d = 2.7 \dfrac{g}{cm^3} \cdot 5 cm = 1.35 \dfrac{g}{cm^2}$

$\phantom{\rho d} = 1.35 \dfrac{g}{cm^2} \cdot \dfrac{6.02 \times 10^{23}}{27 g}$

$\phantom{\rho d} = 3 \times 10^{22} \text{ atoms}/cm^2$

Radiative capture $(n, \gamma)$

$\sigma = 0.5 \, mb = 0.5 \, 5 \times 10^{-4} \times 10^{-24} cm^2$

$\phantom{\sigma} = 5 \times 10^{-28} cm^2$

Interaction Prob $= 15 \times 10^{-6}$

$\phantom{Interaction Prob} = 1.5 \times 10^{-5}$

$35 \, mb \quad > 6 \, MeV \; (n, n')$

Enlf

$$R \rightarrow 1.25$$

$$\rho \sim \frac{1}{R^3} \sim \frac{1}{2} \qquad \rho R \propto \frac{1}{R^5}$$

$$\rho R \sim \frac{1.25}{2} = .63$$

$$R_f \propto \iint n_D n_T \; \underset{T^4}{Z\sigma v} \; d^3r \; dt \qquad P = nkT$$

$$\propto \frac{t}{r^6} r^3 T^4 \quad \propto \frac{T^4}{r^3} \qquad PV = nRT$$

$$\gamma k_T V = \gamma RT$$

$$V = \frac{R_k}{k}$$

$$\underline{\text{stell } \rho R}$$

$$\gamma \sim (\rho R)^3 \qquad T = \frac{PV}{nR}$$

$$\frac{(\rho R)^3}{(\rho R)^3} = 2 \qquad \propto \frac{PV}{n}$$

$$\frac{\rho_o R_o}{\rho_1 R_1} = 2^{1/3} = 1.26$$

$$\frac{R_1^2}{R_o^2} = 1.26$$

$$R_1 = 1.12 \, R_o$$

nToF
Ion Temp



D. Wilson                              12/3/08

2kJ preheat into shell over time
hot e⁻,
#xRD, 10⁵ keV, LPI →hot e⁻ → brems

- Miller Collins    73311
   Steve Clemens   Design Authority Rep 70336
   PD341 Engineering Processes
              Table 1, ML4
   Jason Ayerson
   Borgue
- 1/3 press, 10% incr
            available 12ᵗʰ

P&P Comments                12/3

Jamie
  - 12 ppm upper limit
      $CO_2$
  - Abstract
       GCD - shock & Compr
  - Discussion
       unanticipated vs unexpected
       unpredicted

Hsu results for 7m. Al thick, + Array
                    1 cm φ

N-SPEC

12/4/08

IMC

www.IMCquality.com

Call Bill Ramos
in the morning

505·872·3249

- IMC
  send PO to Amy.
- Hand ~ p/u @ 11am
- Swage order!



12/5—/08

<u>Cooley</u>   PoP paper comments
convergence w/ Press
mixed RH's — truncation, add fig
remove fig 7
burn rate & fusion?
hydro-equiv assump   T vs e*_n density
stick → ions
PR is burn averaged!
Anomalous

JMC: Bill        Edwards
        872-3249
Amy  505-220-5529

Naval Comms 61546

DT-γ E-spectrum sensitivity for BR!

Doppler $\Delta t = 132 \sqrt{T}\, d$ $\frac{ps}{keV\, m}$ at 12m $= \begin{cases} 3.8\,ns \\ 3.9\,ns \end{cases}$ for $\frac{4keV}{5keV}$

4.8 ns        10 keV



$\sigma\, kT \approx .2$ ns

$G = a\, e^{-(x-b)^2/2c^2}$

$fwhm = 2\sqrt{2\ln 2}\ c$

$c^2 = \left(\dfrac{fwhm}{2\sqrt{2\ln 2}}\right)^2 = \dfrac{fwhm^2}{8\ln 2}$

$G = a\, e^{-(x-b)^2 / \ fwhm/\sqrt{2\ln 2}}$

$= a\, e^{-(x-b)^2 / \left(fwhm^2/8\ln 2\right)}$

~~AR~~  AV&F  Sumgielok          12/9/08



GMT 12/9/08
- Security Trng by 12/17!
- Perform   12/19
- Chem & Prop Inv

---

12/12/08

DTR+ '09 Readiness Review

update goals & diagnostics
DME wants GMK/ — time integrated
Grm

---

GMT                                          12/15/08
- T&E approvals for Dec 22, by 10am on Mon
     can be entered by Lucy, Celine & Rosa
- DR titles to Juan, meeting on 12th
- Perform employee inputs by 1/9
     trng w/ Seastorm on 12/18
- SCAN approval



NIF Ignition Diag  VTC                    12/16/08

$\rho R, \rho R$ (hot spot), $T_i$

- 1st ch Feb ...
- EMP w/ Joint EP
- Timing cal
- cable runs & EMI racks
- reentrant tube

THD
  $T:H:D = 3:1:.03$

Cal: Al Puck at 4.4 cm, 3 cm $\rho$  12/17/08
$\Rightarrow 3 \times 10^{-7} \frac{\det \text{ cp}}{\text{source n}} \times 2 \times 10^{13} n = 6 \times 10^4 \det C\rho$

DT-$\gamma$  $1 \times 10^{-5} \times 1.3 \times 10^{-3} = 1.3 \times 10^{-8}$
BR

$\frac{H}{B} \frac{\text{Sec}}{\text{Pri}} = \frac{3}{13} = 23 \%$

Seestrom      PerforM          12/18
         Performance Management Process
Workbench
     will your punch
Jan 9 - first draft
      30 - discussion
      30 - Employee acknowledgment


   HR PMG Authority



NSTec                        12/18
- adapter flange at LANL shop

NIF - Fortner/Kilkenny                    12/8/08

Duke availability
Direct Drive DT exploding pusher at NIF
        Dec '09


- Memo on HT gamma

$m_1 v_1 + m_2 v_2 = E_1 = E_2$

$m_1 v_1 + m_2 v_2 = m_1 v_1' + m_2 v_2'$

$V_2 = 0$

$m_1 v_1^2 = m_1 v_1'^2 + m_2 v_3'^2$

$m_1 v_{1x} = m_1 v_{1x}' + m_2 v_{2x}'$        $v_1^2 = v_1'^2 + \frac{m_2}{m_1} v_3'^2$

$V_{1x} = V_{1x}' + \frac{m_2}{m_1} V_{2x}'$

$V_{1y} = V_{1y}' + \frac{m_2}{m_1} V_{2y}'$        $U_y = 0$

$V_{1y}' = -\frac{m_2}{m_1} V_{2y}'$

head on   $V_{1y}' = V_{2y}' = 0$

$\left(v_1' + \frac{m_2}{m_1} v_2'\right)^2 = V_1'^2 + \frac{m_2}{m_1} V_2'^2$

$v_1'^2 + 2\frac{m_2}{m_1} v_1' v_2' + \left(\frac{m_2}{m_1}\right)^2 v_2'^2 = v_1'^2 + \frac{m_2}{m_1} v_3'^2$

$2 v_1' v_2' + \left(\frac{m_2}{m_1} - 1\right) v_2'^2 = 0$        $v_1' = \pm\left(\frac{m_2}{m_1} - 1\right) v_2'$

$$m_2 = m_1 \implies V_1' = 0$$
$$V_2' = \frac{m_1}{m_2} V_1' = U_1'$$
$$m_2 = 3m_1 \implies V_1' = V_3' = V'$$
$$m_1 V_1 = m_1 V + m_2 V = (m_1 + m_2) V$$
$$V = \frac{m_1}{m_1 + m_2} V_1$$
$$V = \frac{1}{4} V_1$$

check: $m_1 V_1^2 = m_1 V^2 + m_2 V^2$

$$m_1 V_1^2 = \frac{m_1}{16} V_1^2 + \frac{3 m_1}{16} V_1^2 = \frac{1}{4} V^2 \quad \times$$

NIF Ig Diag VTC   - Edwards    12/23/08

Diagnostic Actuation from   Dec 09 ?
    DD DT @ ~ hi 10's
Gold ball rod shots


May 11, 12, HED P & F    Capability Review
        morning session on NIF/Alc
Cris Barnes organizer.
20 min presentation

WWG in Feb or March ?

1/5/09

- ICOPS Abstract
- Shipment to Julie
- FDR
- Trans
- PMT cals
- Duffy response
- Qbar
- TDR

GRN FDR                                    1/8/09

* laser registration w/ Tim
* Suitcase certification in procedure - by email   to Tim
  ~ capture port cover
✓ H8F port cover thickness to be checked
✓* "Lift here" stickers                        UT

✓* SRF to Greg
✓* Op Proc, Qual Proc

✓ ~ ORR 1/13
✓* ethernet info to Jack , Alan ?
          sk              Shechter
✓ directors to Mo

   Mo, Scott, Zaheer, Hans


Dentists
  Heisch, Gartz, Reannon

  Stein Dyer - AG E  Safety

1/20/09

~~LANL Two ID - claim~~
~~MST-7 funding~~
IEEE Review
\* SRF's
\*/ TRF
\* ~~Foreign Nat'l Access~~
Hsu badge
\* ~~Travel~~
\* PoP revision
James laptop
/ laptop battery
\* Highlights → Batha
PMT cross cal
\* ~~Forgot do Hedman~~
\* LLE visit reg ~Schmitt
\* Perform
PMT cals @ Trident ?
NSTec AFP
Edwards GRH memo
ICOPS sponsorship
$5k from JLDF, JLM
Awdas, & Doug

<u>RIt meeting</u>                                    1/20/09
- Travel plans , LLE notification
- GRIt update
- Duke press scan? Feb11
- Impulse Response on Mar

- Mac for Jamie


PMT cuts at Trident                            1/22/09
    green probe beam , front end
    < 10 ps
    Fiber to Nor S target bay
    March 30,31
    discussed w/ Sam & Dave

NST̲e̲c̲   GRH                              1/30/09

- CCD-1 press transducer ?
- PMT cup, LANL shop metals → Apr
- Trombone → Apr
- Mirror Flexure → Apr
- Fibers → Apr
* Fiber bracket & shroud → Feb
- Conduit → Apr
- Coatings, RF o-rings → Apr
* Press, Temp → Feb
          → ¼" NPT


W̲i̲l̲s̲o̲n̲
I̲g̲n̲i̲t̲i̲o̲n̲ HT  $1.17 \times 10^{6}$  thermal 1% H₂,  3050 DT
          DT  $6.12 \times 10^{18}$
              $4.68 \times 10^{12}$ knockon HT
              $1.8 \times 10^{14}$ DT γ's

$$\frac{HT_n}{DT} = \frac{1.2 \times 10^{11}}{6.1 \times 10^{18}} \cdot \frac{1}{3 \times 10^{-5}} = 6.5 \times 10^{-4} \times 2500$$

$$= 1.6$$

   .2% D ~ $4 \times 10^{4}$ DT-n

$$\frac{HT_n}{DT} \sim 8 \rightarrow 3.2 \times 10^{12}$$
                 $6 \times 10^{12}$

1/22/09

<u>Ignitron VTC</u> - Diagnostic Activation
DD ~ $10^{14}$ n               Dec 09
    4 keV

EMP
$H_2$ addition for 12.8 MeV $\gamma$'s
System shots for tuning cals (gold ball) (not Prod shots)
- CDR in March for diagnostic activation plan

  Drag workshop  Feb 17, 18


<u>GMT</u>                          1/22/09

- Classified doc markings - Kliner, Kyrala
      Starting Feb 23
      LACP's require Sigmas
- Safes outside of 87 room?
- Dosimetry
- IPO's  Perform
* OCE - Yongho's lab computers!



THD                                1/23/09

$$= \frac{\cancel{250} \; f \quad \cancel{25 \; k}}{\cancel{50} \; \cancel{50} \; \cancel{DT}} \qquad THD = 50:50:.2$$

$$\frac{HT_{th}}{DT_y} \simeq \frac{\sigma_{VT_{th}}}{\sigma_{DT_y}} \cdot BR_{OH} \cdot \frac{COD_{20}}{COD_{17}} \cdot \frac{[H][T]}{[D][T]}$$

$$= \frac{1}{1000} \cdot 4 \cdot 2 \cdot \frac{\cancel{50}}{.2}$$

$$= 2$$

$$\begin{array}{ll} & T \quad H \quad D \\ & 50:50:.2 \end{array}$$

$$200.4$$

$$Z+1 = 2(T+H+D) \qquad 200.4$$

$$A = 3T + 2D + H$$

$$DT \cdot n \simeq 10^{14} \quad \frac{.20 \cdot 70}{50 \cdot 50} = 4 \times 10^{14}$$

$$\frac{Z+1}{A} = \frac{T}{3} \quad \overset{D}{1} \quad \overset{H}{2} \quad \overset{^3He}{1}$$

Nitrile  $\qquad \rightarrow$ 1850 @ 900 bar  1/29/09

$T_2 \quad .2\% \quad .3\% \quad D_2$

$.8\% \quad 1.7\%$

Dianna West

Bartha, Wilson                    1/27/09

HEDP + F Cability Review
- NIC Sessions
3/3 Laydown    Tues morns
3/?? Dry Run    Mon aft

- GRH Activation Plan
        DT ~ 10¹⁴ n → Eff Scan
        DD baselines
        EMP
        System Shots
        X-ray?

    D₂ Oct-Nov
    DT  Nov

✱ HXRD from Oct '09 to Doug.

    JLDF could support NIF Pl activities
        $600k n 3 DF cals

_LLE 2-week PI meeting_                        1/28/09

No XRPNC H2
H8 — 30ft hose
GCD — $CO_2$ bottle position

- TIM 6 emptied day before
    detectors in front of LOS
- WAP's   email to Greg & Keith
- NTD position controller
    Christian Stoeckl

$D_2$He   $< 3 \times 10^{14}$ ?   $\gamma b$

_NIF Diag VTC_                        1/29/09
THO 35 shots, $\sim 2 \times 10^{14}$ DT-n
    ↳ Jan '10 (up from Mar '10)

Diag Act → Nov → direct drive ?
    $10^{14}$ DD-n in direct drive

{ Cmp — Tues
  brief &
  Spring Break

NSTec                                        1/29/09

STEP, etc → LLE?
GRH dimensions to Carl

_____

To do Mon morning
Highlight → kline/Baltan
SRF - MS definition ?
Endoro Out
    Smith Equip - Ben        Bob Vifcenin
        605 885 8296              8226

        n'RT = PV

        h = $\frac{PV}{RT}$ =

    585 - 2075 -





2/9/09

No H2 pinhole !

2/6/09

NIF workshop
- fusion reg w/in 5% → not reasonable
    5% relative
    20% absolute
- Omega
    EMP, hohlraum, THD, abs timing
    software
- Fdw - 300 2wS adequate
- Facility - preshot warmups
- Wolfgang's spreadsheet
- Port? 26° above equator (64° down)
- Engineering support - Felker, Jeff Hessler, Zac
    2 ¼ FTE's eng, 2 ½ FTE's for
    3 mnths tec's (Scheer)
- FMEA?
- Commissioning

- 2ops fiducial
- Mark Bowers Becker? — software
  64°, 241° — reentrant

- nToF w/
- DD shots in Nov
  D$^3$He
- Software sched

$7 \times 10^3$

$7mV.$

$\frac{100mV/div}{ch\,2.}$
$-4600V$

$\frac{4\times10^5}{7\times10^3}$   $50\times$   $\frac{2}{7\times10^{-3}}$   $\times 286$
$350mV.$

$2\times10^6 -$     $4300$

$1.8\times \frac{2\times10^5}{7\times10^3}$   $32\times$   $210\,mV.$

Omega Washup                               2/13/08

* procedural review - Scott, Zaheer
- EMP - Zaheer, Mike
* Light leaks - Mike, Bob
* DT Root Decons - Colm, Carl
- Bang Times - Hans, Aaron
- Proximity sources - Colm, Hans, Yongho      Δt vs. NTP
* Shielding redesign - Jamie, Yongho, Carl, Morris
- PMT placement - Bob
* PMT cals - Aaron

- Stamp domed flange - Morris
- N$_2$ backfill          - Scott

* Signal vs Y    - Hans
* GR.H Sens      - Hans


T5 Rich Chartrand - Decon



$$y = mt + b$$

$$m = \left(\frac{y_2 - y_1}{t_2 - t_1}\right)$$

$$b = y - mt$$
$$= y_1 - mt_1$$

$$y = \left(\frac{y_2 - y_1}{t_2 - t_1}\right)t + \left(y_1 - m t_1\right)$$

$$y = mt + y_1 - mt_1$$
$$= m(t - t_1) + y_1$$
$$= (y_2 - y_1)\left(\frac{t - t_1}{t_2 - t_1}\right) + y_1$$

Voice Mail                                    2/16/09

Gail Roach     70468    optiforms
Chris Chandler - LANL council  5-5908
Blase Light    blight@lanl.gov  5-3566
Morag - looking for 8    7

- PO Optiforms
  Leticia, 61606.
✓ AWE visit requests
- Duke/Optiforms PO
✓ CRIt Wrkble → kilkenny
  MCNP deck from Zach

                                    3/2/09

GMT                                    3/2/09

- Chem log - Yongho?
- NASA ? Brian              925-422-4800
- Trng
- NA-22
- FWP to Glenn today! '11
- AWE 882's

---

Kurk Miller
DPO 7000   12.5 & 16 GHz
           6124   12 GHz

NIM crate - Nuclear Instrumentation
Leeper                        Module
ICOPS
poster  { 1033, 1291, 1299, 1302, 1575, 1705
        ( 1829, 1830, 1855, 1952

oral   1131*, 1796, 1318, 1635,  = 1:15
                              ⌐poster?



** AWE visit/computers
** Travel - LdrIxt, LLNL, IcoBS, IFSA
    Electronics enclosure - mat'l & encaps
* C-D highlights $6 ~ Bellm, Tribe, Kobra
    NIF MCNP deck
* Dieter
* Leadership track    thomas 2/22
* IcoBS
    IP Scan Vulnerability
* DGL Screening 3pts
* GRH Error Analysis
* L I props
** PTR
*** Z budget
    Ω GRH procedure
* HEDP&F abstract & laydown
* EEC Stimulus Prop

GMT                                        3/16/09

- KSM , 3 chems
- Training - ISS/M klave, Pursley
             9661 - Int Safeguards & Sec
             CPR ?
- PTR's after Feb 9
       DL controls
- NASA
- Perform med-appraisal - end of Apr
* Rosocha ? - move to bullpen, postdoc in May
  - GR#
  - DGL Interviews
✓ Norm Q - renew
✓- Mack Safe - assigned to me
  - Evans DOE award? Zaheer
✓ Chandler
✓ EMC2
   AWE

* Klave- George & Jim - do they need him

RH VTC                              8/17/09

* Ω CAD → Rebecca
  E threshold
  Opt tasks, Trident
* THD campaign overview
  Bkgnd measurements


GRH CDR                            3/17/09

- have Doug check before pressurizing
- rotation?  STEP file
- SRAW , weight = 238 lb

  Puck
  < Procedure
  < SRE matl's
  - holder in 182
Action Items
  - Proc changes!
  - ORR  3/25
  - NTOF Dim interface?  STEP file → M/T
    index marks
  - SRAW , prss at LANL

<u>GRH Priorities</u>                          3/18/09
Apr 8 -  Shielding
              Puck expt's

May 4 -  EMI - conduits, rack, enclosure
(Snitter)     fidu - tared & atten'd      extra PMT?
              *MZ - electronics & scope
May 12, 13 - Puck expt's
Aug --- x-ray timing cal - scintillator, ND or aperture
          In-situ impulse & sensitivity cals
          * laser light thru cal ?


<u>NIF</u>              925-42          3/8/09
     John Edwards  2 1187
          Kline        3.4029
          Kyrala      20441
          Wilson      39904      381-2102
                        2140
X-ray mfp through Al
     50 keV  $\lambda$ = 1 cm
     25          = 2 mm
     70 keV  wedge
     Wilke                     George Kyrala
     699-7589              699-0993

HEDP & F. Laydown                                    3/18/09

- use template
- final to karen  4/13
- Final dry run  4/6
- 10 min talk, 10 min questions
- Abstracts due Fri to karen
- GRH Highlight Slide to Klein
- Optimization in design
      GCD → GRH

* Engineering NIF drawing w/ GRH
ARC comes online  Jul '10

Jan 07 - George's gold ball shots

Π n spectrum
      cuts off ~ 9.6 MeV
      def 10-12 MeV  to avoid ππ
      but 6-10 MeV could be of interest

burn up fraction $= \dfrac{\rho R}{\rho R + 6}$     $= \frac{1}{8}$ for $\rho R = 1$
                                                      $\frac{1}{4}$        2
                                                      $\frac{1}{3}$        3

$35 \times 10^{17} = 1 \, MJ$

<u>NIF Diagnostics Workshop Followup</u>          3/19/09

hohlraum   May-Jun.

capsule   temp   May   Dec   Oct

THD - Apr '10 w/ Be
        Jan'09 ← CH capsule    10 shots

Maximum parameters
need: $\rho T$, HS size & shape, $T_i$, $Y$, $dsf$
desired: $BW$, ...

$$I_{TF} \sim (Y \, dsf^{2.3})^{1.25-1.75}$$

<u>Beng time</u>
  Xrays & ... at out ~$10^{17}$ n/field

  hGxI works at $< 10^{15}$ n

  GRH-1 (=GRH-6m) scheduled for Jan '10
      need by Mar '10
      eng resources free up in May '09
  ✓ get gold ball x-ray flux from Edwards

Hotel ibahn internet connection    3/20/09
  - IE - options - Connections - LAN settings
  Uncheck "use automatic configuration script"
  then connection was made by iBAN operator
  IBAHN case # 1509425
  appeared to work initially, then died!
5/7/09  ┌─────────────┐
        │ SS 3047 │
        └─────────────┘

  Threaded rod                      3/22/09


  MZ   100K 75
  Coax  13575  ~ 40S+

3/23/09

GMT

- stand alone accreditations
  → register!  hostmaster vs. sunflower
- passwords , 4/30
- PTR's

    Contractors must have need expressed in contract

BW(6Hz)·FWHM(ps) = 350

       ·Bw         FWHM
    1 GHz  ⇒  350ps
    3.5         100
    12     ⇒

R.H Meeting                    3/24/09

Holtham Pt Design
· Computers

Butter
Allotmant $200k for FY09

⇒ SRF

3/24/59

✻ order MZ parts
— Travel   expense – LWL, LI,   ✻✻/✻✻✻ – Yale/LLE
— AWE computers
— Leave to Tonglo
✻ 1 FSA abstract
— Puck procedure & SRF
— X-ray scint
— bio

Ignitron VTC                          5/26/09

TND in March '10
Drag comparison w/. DT in Jan - Mar '10
- 6 tuning shots in FY 10
- 6 high yield DT.
        D2, D3He

✗ Computing Access
  Can Access for 1yr

Software



NSTec                                    3/26/09

Trombone coating ?
grounded T/C ? press thors ?
Febatron ?
4 X-ray
Isometric
GRH-14m

Feb AFP $185k

_____

NSTec 3pm Thurs

(R) on Vesco, on (L) past Citgo - Arthem
161A Vasco Rd.  (Jack n Bsc acvoss)

                  5-7532
M Schmitt    662-5268

Badge off - 76901
    1245 - Badge Reg Form

4/2/09

<u>Ignitron VTC</u> — Modeling

- Any additional noise sources for GRH?
   pointing, conv thickness, shot-to-shot URF variations

4/13 — Diagnostic modeling description / C,MT
5/4 — tests in hydro
June — THD optimization M/U  SimCom



NIF Target bay                                    4/3/09

GRH-6m:
    (64,241) — tight access thru mc pipes
        309, 219, 136, 111, 39(w), 20, 5
                ↑        ↑              ↑
              open    future         open
                       DIM
        45m
    mTof's - 330, 309, 275, 253

GRH-14m
    (77,24,38) ~ cW's flexible view, ~~~~~
        Chamber Interior Viewing System

@sgglamd.com



NIF Ig Drug UTC                                    4/9/09

Sim Cam - Jun - 1st wk
   Input parameters

      Zaheer cell - 585-402-1261



   200 eV over 1 cm

   $V = \sqrt{\dfrac{2E}{m}} = \sqrt{\dfrac{4}{500}} c = .028 c$

   $t_{par} = \dfrac{d}{v} = \dfrac{1 cm \cdot s}{.028 \cdot 3 \times 10^{8} \frac{m}{s}} = 1.17 ns$

   $t_n = \dfrac{1.7 m}{\frac{3 \times 10^{8} m/s}{6}} = 34 ns$

   $t_\gamma = \dfrac{1.7}{3 \times 10^{8}} = 0.57 \times 10^{-8} = 5.7 ns$

   $t_{cable} = \dfrac{40 ft}{\frac{1 ft}{1 ns}} = 44 ns$

5/10/09

* Travel

* MZ (FedEx, May props, PMT 110? crossorb ?
~~DTRA~~    ~~Gold Ball !~~
* ~~Ship components to link~~
- Laser training
* ~~Laptop vulnerability~~
* ~~CDR~~
* ~~HEDP+F → Karen~~
** ~~IFSA Abstract~~ 4/5
* LLNL VPN
~~Gold Ball ...ys~~
- DPO Scopes ?
* Malone  IFSA LAUR
* ~~Standalone~~
    Conduit + adapter, BC422
* COS, ET, FT
- Highlights
-

RH Mtg                                    4/14/09

MZ filters need x-ray shielding
    metal conduit, steel jacket
    soft x-rays
    no electrical conduit

Jcn Box
ST → FC fiber connectors   (Molex 3)
PMT cable length
✗ CRH procedure → Kirk

Fdu → Keith
- filter wheel
Press / Temp
✗ Photo's of GRH → Kirk

Duffy                                    4/16/09

CDR
- Footprint in LaCave
- cable diagram
- Purpose of MZ
~~cable diagram~~
- Doug, Sam, MИH, Meyerhofer
- ORR 4/21, CDR 4/21

_____ $I_s$ VTC _____      4/16

Direct Drive for Drug Commissioning , Jan '10
    $10^{13} - 10^{15}$ neutron yield
        target $10^{14}$
        200 kJ peak, clip back to 100 kJ
        1.6 ns twin Gaussian
        45%/40% dome on Omega
        10 atm DT
        1.5 mm, 4um glass, Hoppe
        Polar Drive
        late summer at LLE
            ~5 $D_2$, 5 $D/He^3$

Edwards :                                                    4/1/09

   Sim.Com

    - red teams meet by end of month

     decide on "errors"

  GRN  Red - Stoett, Leeper, Stoehl,   Mesh?
                 LANL?

    Blue — Herrman, Cergan, Schmitt, Wilson

      Young, Horsfield, Langenbrunner

Wolfgang

GRN Bdgt - Development → Operations

- take diff btw 6.5" & 9.5" + box → direct shine
                   after BT

- # Gammas ?

- BT & BW



4/16/09

NSTec

- PMT sleeve
  drawing to Jim
- BC 422

4/17/09

GRH-Shield presentation to Mack/Young/Schmitt

   MCNP timing predictions

   GCD-1 visuals/Phy

✓ BR in rad-hydro

✓ AT ratio

✗ Measured bkgnds to Mark

   Analyze URF's from Trident for ring reproducibility

VTC <u>Sim Cam</u>  — Edward, McKernon                        4/20/09

  5/7 — First Campaign Review
  5/25 — Final      "
  5/21 — test shot


VTC   8-10   Tues
      NSTEC/LO  —  606-1206
           /SB  —  606-1204
      LANL   ~   6-1203


Small Conf Rm
   204 upstairs
      COB Bldg 175
      8 am

M-Z CDR                                    4/22/09
    30 m V analysts
    LaCave access
    No access on Mon
  - trainy records

Trip ## 121.44 - 0823
    Joy 1h travel -
    - exclude ## 38-31
              23,21 th - .75

* Kurnitt of Haz Matt

4/23/09

NSTec
Streak camera optics from Pavin
BC422

Barb Quirge?
    925-7846517
Colin
Wayne Babitch - Hockey Pucks
        $CaCO_3$
Joint Exp Drag Init    JEDI
    Relocation
        Jennifer Chavez 5 4484

Andy McKinnon
    925 424 2711
Jerry
TOPS OMNI
$147 Govt      $49 reg
$199 non gov't    $520
4 0000 909 757
3 dys prior

200u Ci
= 20%

GRH-15m  CDR                    4/30/09

200ps thru single MCP 4mm

BC422 - P-23, STL

18¾" for cones

LLNL
- names
      Don Cavaugh - gas systems

"ton at a meter" cantilever
Safety note - Scott Winters
OMT ss to Rich/Rocky
Smurf tubing for fiber conduit
AWE super next FY in Apr 10?
0 or 180° for moderator
         90, 15 cryo tarpus
64, 241 - not great
      136 - may be good

GMT                                    5/4/09

- GRH-15m
- Scopes

- UL/ESO listed equip

MZ    180° phase shift

$V = IR$

$200 \times 10^{-9} C$

$V = \dfrac{200 \times 10^{-9}}{150 \times 10^{-12}} \; 50$



$V_s = C R$

$V = \dfrac{c}{fwhm} R$

$C = \dfrac{40 \cdot 200}{50}$

$\dfrac{1.7 \times 10^{-10} \; V_s}{50 \Omega} = 3.4 \, pC$

Dynatron VTC                               5/7/09

GRH Sim Cam  Aug 7 → Jun 7
Blue test shot 5/18

Commissioning Shots  (Sengtan)
~15 shots
10 — 100 ps  Aneball x-ray timing
6 — D/3He      >10^10 p
9 — DT         10^14 10^15 n

Modeling

- URF variation
- Xray response?

NIF Ports  64°
5° — open w/ crane overhead  } p'pos
20° — open                    } underneath

995 - 663 0156.

CDR/PDR - early Jun
    - models.
    - Outline plans
    - Electrical one lines
※        Send one-liner to Barb

Mike Bernhardt  - Conduit layout
Electrical Assoc.
Tony Lee - diagnostic drawing
※ debris shields
※ mounting holes

High Yield next year
    - Drive, Drug Dev   1st Q
~~GMA~~ 5/11/09
- GRH Funding
- Drug Dev

- Essential personnel - Jorgho for IEC
- Privileged FN's
※ Keys from Rosedon/Swift .

Yolanda Sanchez                5/11/09

BC 422
PAWE                    - Garbett response
~~URF Amd → Aaron~~ ✳ W OAP
~~✳ Travel~~            ~~PORR~~
     Laser Trng          E8AD
✳✳ DPO Scopes PR         IFSA
    Malone IFSA LAUR
    Conduit ?
✳✳ CoS, ET, PT
 ✳  ~~P code June AFP~~
     GRH -15m
✳✳✳ ~~Po Stat Request C/S~~
     Keys - Lou, Denson, Gibson
  ✳ ~~Pol Proof~~
     MIT Contract
✳ ✳ FY10 Budget
    Mckinnon comp trng
    DTRart Funding Req C-1, 4, 10
  ✳ ~~WHTG~~
   ✳  Sim Comm Setup
✳✳ ~~WHTG/ICORS  LAUR~~
     Mack contract
  ✳  Threshold curves to Doug /URF

Red Bed Det
PBI

Omega Scheduling
   Jul 28 -    100ps x-rays
   Sep 2 -     1-3×10¹³ n
   Sep 30 }    Drug Dev
   Oct 26 }
   Dec 9       TIML
        10     Diag Dev ✓


No BT on Drug shots 1st
GHS on theoretical support

High yield ~ drug effect at 10¹⁵

_____

Jamie                              5/11/09
 - Omega Chamber thickness
 - p/c position



$c = 30 \, m/s$

$V_n \approx 5 \, m/s$

$t_w^n = \frac{1.7}{30} - \frac{13}{5} =$

700 fs

Null at $\phi p c \, n a$
Air Fluor

DPO Scopes
Warnes L437
925-424-4541
winnes1 @ llnl.gov

PMTs

thin 520 p/c
Mass QE
SHV /sma /bnc
Shallower window
W can
Zeners
ND

— 110-573 in GCD
— tape up fiber inputs

PMT LED test
Cable diagram
PMT order

IEC water
GRH

GMT                              5/18/09

- Electrical Safety
    ~ Anastasia memo - 4 actions
        - Ch. 2 Roles & Resp   5/29
        - Elec Trng      5/29
            if not current → signed statement No Work
        - Qual Cards
- VTC Trng
- Publication lists    CY 07-08
- Pager



$$\Delta t \approx 160 \cdot 6.3 + 6.3 \cdot 33 ps = 6.3 \left( 160 \cdot 193 \frac{ps}{6\pi} \right)$$

$$\approx 1.22 \, ns$$

$$y = \frac{-x}{x_0} \qquad x_0 = -\frac{x}{\ln y}$$

5/19/09

May 13,14 Data Analysis
- BT, ~~BW~~ - gaussian fits to Finlas & DT-δ ch
- BW - bkgd sm' sub
           decon w/ Trident '09 ORE

MCNP Runs
1. GRH 64,136 } NIF ~6m
2.         5      w & w/o cement (40cm)
3. (ψιs crystar) 136 } Δ ~1.9m
4.         5

5   pin + chambe    Ω        n's, γ's
6   9XC                February
    targos.                    (3+3)
7                        6" bach + box
                            1" Box



71254
<u>Tek</u> DPO 70,000    catalog       GSA
71254 B   12.5GHz    $97.8k      $87.3k
71.07     16 GHz                 106,236

extended repair warranty (beyond 1yr)
3 yr - $5k - 1 time fee   option R3
5 yr - $9k

        upg warranty repair ~ $12k


Jim Crane  505-239-6715
  - borrow for July 28, w/ shipping case
19" rack kit ~ $1.1k
Spare hard drive  $200

LLNL VPN-C
  herrmann 11, X# J3P18C
McKinnon
   42711                 response ~ fen 5hrs
                         deut
                         Wilson5@llnl.gov
                         .20 MeV cent.
 1-25 MeV
      6 MeV     ~ 1e-2
      9         5e-3
     15         1 e-3

NSTec                                      5/28/09

— LUNA throng of Poll laser light
         Chamber light link
         ~~need to remove flat~~
         Zaheer or Scott

— CoS – request letter        Glenda Sanchez
     Addressed to DL or AD        5-2430
   – program $, audit likely
   – cost estimate, Abney
   – Alison Gilstrap – conflict of interest
   – between Stevens – NA's Sec Office

   Jonathan Ventura  PAD AWE Cashott
       B 06-0170



GMT                                6/8/09
LPUAR - Yongho
LTR - Aaron
Chpt 2 signature - George & John, Klaus
                    Carl, Joe, Dennis, Lou
Elec Safety walk thru
LARPA E ?
PERFORM - input by Friday , to 6/30

Pucks                              6/10/09
    CaCO₃ , Ca reacts w/ water

PADWP
    Sylvia Martinez 665-2973
      sylvia@lanl.gov

                    movers
                    advance - lease
                    vehicle - payment
                          Tax

NSToc / NIF VTC                    6/11/09

- MZ purchase in July
- 20ps ~~been~~ been under
- borrow PTD's from DANTE
  70604 6 GHz Scope available for GRH
- NI - activation concern
  Au, Chem film
- 64, 20
- CDR
        Prototype overview
        Omega Results (offline)
        FMA
        Risk Mitigation
        Other Reviews
        Problems
        Procurement
        Assembly, Fab plans
        Schedule
        Calibration Plan
        Installation & Op Plans
        Cost Summ
        Reg's
    *  SDR update.



- Verification method (SDR)
    In-situ dry run, Commissioning
- Interface req's
- CAD validation
- Physics
- Block diagram
- System layout
- Concept of op
- ~~Enter~~ Materials (No Ni, Mo)
- Safety Notes

≤ 3 hrs

S. Bartha    budgeting    9/2/09
Is Capl forecasted? (25 %)
Why is labor forecast higher for last ⅓ yr?
Nancy Spreadsheet
Check MIE space on each Z-coder
JLIH for half my salary
    $200 k salary
    $100 k travel COS
Billy Butler/Grin — Streak cameras
* Task list for FY10 for WP (4 tasks)
    - deliver channels { 1st 2 m Oct
    - commission    { 2rd 2 m Dec
      IQ, OQ    Labor & M&S

Ventura CoS                         6/12/09
        AD approval
* LLNL letter of invitation

    LLNL supervisor? — John
    LANL org? — Jean Elson — EPS
                   Penn French
* Task Agreement

Bertha (cont)                    6/12/09
- Dulce, Mack
  FY 10 ≤ $1M for GRH-15
- Tunnel to LLNL in July

    IB



9/12/07

<u>Wilson</u>

$2.53 \times 10^{14}$ DT-n $\quad 2 \times 10^{-5} = 5 \times 10^{9}$ $\gamma's$
$6.39 \times 10^{9}$ TP thermal $\gamma's$
$4.32 \times 10^{7}$ knock-on $\gamma's$
$1.10 \times 10^{12}$ C12 $\gamma's$ $\quad 25 \gamma's$ DT $\gamma's$

* $\Delta$ Validation
* Conv eff's
  No 12 MeV line on the code
* TR
* Spectral exp't
  14 & 16 w/ 2-stage PMT

2.962
79

1/20/09

- LAM ~~Pro ID → Glm~~
- MST-7 ~~funding~~
- JEEG Review
- ✱ SRF's
- ✱ ✓ TRF
- ✱ ~~Foreign Nat'l Access~~
- Hsu badge
- ✱ ~~Travel~~
- ✱ PoP revision
- James laptop
- ✓ laptop battery
- ✱ Highlights → Butler
- PMT cross cal
- ✱ ~~Targets → Vladimir~~
- ✱ LLE v.visit req → Schultz
- ✱ Perform!
- PMT ads @ Trident?
- NSTec AFR
- Edwards GRII review
- IC OTS sponsorship
   $5k from JDE, JLM
      Nudget & Doug
- Codes

Yolanda Sanchez          5/11/09

BC 422
PAWE                    - Garbett
~~URF Amd~~ → Aaron    * W OAT
~~* Frost~~               ~~FUAR~~
Laser Tring              E8AD
** DPO Scopes PR         IFSA
Malone IFSA LAUR
Conduit ?
*** CoS, ET, PT
* ~~Re-code Jane AFF~~
GRH - 15m
** ~~Re-Shot Request CIS~~
Iceys - Lou, Denom, Gibson
* ~~Tof Proof~~
MIT Contract
** FY10 Budget
Mckinnon comp trng
DTRat Funding Rog C-1, 4, 10
~~** TWG~~
* Sim Cam Setup
** ~~TWG/ICODS   LAUR~~
Mack contract
* Threshold curves to Doug / URF

Xerox 765
128. 65. 120. 100
66-29-2775

Red Read DK
TBI

# EXHIBIT G

# Woods Oviatt Gilman LLP

*Attorneys*

700 Crossroads Building
2 State Street
Rochester, New York 14614

Tel: 585.987.2800
Fax: 585.454.3968
www.woodsoviatt.com

Writer's Direct Dial Number: 585.987.2812
Writer's Direct Fax Number: 585.987.2912
Email: gkolcon@woodsoviatt.com

October 10, 2012

Hon. Jonathan W. Feldman
United State District Court
2330 United States Court
100 State Street
Rochester, New York 14614

>            **Re:**   **Samuel Roberts v. Los Alamos National Security, LLC, et al. v.**
>                      **University of Rochester**
>                      **Civil Case No.:  11-cv-6206(L)**

Dear Judge Feldman:

        As the Court is aware, plaintiff's counsel previously filed a motion to compel discovery
from Defendant Los Alamos National Security, LLC, and that motion resulted in an Order
directing Los Alamos to take certain steps. Los Alamos filed the items delineated by the Court's
Order. However, plaintiff's counsel remains dissatisfied. Los Alamos has set forth its technical
abilities to conduct various types of searches for electronic data as set forth in the filed affidavits.
To the extent that the plaintiff is seeking further discovery, Los Alamos is both capable of and
willing to have an electronic search of data conducted, and Los Alamos has offered to Mr. Micca
to conduct such searches if there are specific search terms that the plaintiff would like utilized for
purposes of conducting an electronic search. Plaintiff's counsel has declined to participate in
any cooperative discussion regarding this process, but instead has opted to file a motion for
contempt. Los Alamos is not resisting production of discovery, and is even willing to allow
electronic searches of its system to be completed without any cost allocation to the plaintiff. At
this point, we respectfully submit that a judicial pretrial conference may be helpful to address
any outstanding concerns that plaintiff's counsel may have regarding discovery and to provide
direction to Los Alamos as to what further steps, if any, the Court can recommend.

        We appreciate the Court's consideration.

Respectfully submitted,

WOODS OVIATT GILMAN LLP

Greta K. Kolcon

GKK/alb

{1623646: }

○ *The art of representing people* ®

October 10, 2012
Page 2


cc:    Louis J. Micca, Esq.
       David Rothenberg, Esq.
       Christine Tramontano, Esq.
       Eric J. Ward, Esq.

○ *The art of representing people* ®

# EXHIBIT H

**Possible Roberts Search Terms**
light pipe
light-pipe
shot day
shot-day
high yield neutron temporal diagnostic
HYNTD
Omega
DT Rat
DT Ratio
DTRat
DTRat Campaign
preshot
pre-shot
Cherenkov
Gas Cherenkov Detector
Cherenkov Detector
Target Bay
mounting bolts
epoxy
DT implosions
target chamber
"La Cave"
shot 9
9th shot
Deuterium/Tritium Ratio
Primary Diagnostic
Secondary Diagnostic
Ride Along Diagnostic
University of Rochester
LLE
LP
lightpipe

**Date of August 6, 2008 (date of accident)**

**Individual Names to be Searched**
Hans Herrmann
John Oertel
Scott Evans
David Clark
Jonathan Workman
Cris Barnes
Vladimir Glebov
Johan Frenje
George Kyrala
Sam Roberts

Samuel Roberts
Zaheer Ali
Colin Horsfield
Mike Moran