UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SAMUEL M. ROBERTS,

                                        Plaintiff,

        -vs.-

                                                                **Civil No. 11 CV 6206L**

LOS ALAMOS NATIONAL SECURITY, LLC.,
AWE, PLC., MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

                                        Defendants,
                              Third-Party Plaintiffs,


        -vs.-

UNIVERSITY OF ROCHESTER

                              Third-Party Defendant.
_____

### PLAINTIFF'S RESPONSE TO LOS ALAMOS' STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant To Local Rule 56 of the Rules of Civil Procedure for the United States District Court for the Western District of New York, Plaintiff, Samuel M. Roberts, responds to Los Alamos' Statement of Undisputed Material Facts as follows:

1.  2. 3. 4. 7. 8. 9. 14. 15. And 16.  Undisputed.

5.  6. 10. 11. 12. 13. 17.  Disputed.  Dr. Horsfield of AWE admits in his declaration that AWE and Los Alamos had the right to install a new PMT and other equipment on the Light Pipe in between shots.  Furthermore, the Principal Investigators bear the duties of safety as set forth in the applicable rules, regulations and policies of the U of R governing use of the OMEGA Laser and its ancillary equipment.  Therefore, the U of R premises and the Light Pipe were not exclusively controlled by the U of R.

DATED:     Pittsford, New York
                 November 29, 2012

      _____s/ Louis J. Micca_____

Louis J. Micca, Esq.
*Attorney for Plaintiff Samuel M. Roberts*
11 State Street
Pittsford, NY 14534
Telephone:  (585) 899-6031
Facsimile:  (585) 383-6357
E-mail:  lmicca@msn.com