| | |
|---|---|
| **From:** | Hans W. Herrmann |
| **To:** | Colin Horsfield; jmmack@lanl.gov |
| **Sent:** | 7/24/2008 1:10:52 PM |
| **Subject:** | Fwd: Re: DTRat |

Joe & Colin,
Mike & Vladimir have plans to use the Light Pipe on Aug 6 for purposes that may conflict with our needs (although Vladimir's plan may actually benefit us). Am I wrong to assume that as PI I can dictate diagnostic configurations?
Hans

Date: Thu, 24 Jul 2008 14:42:28 -0400
From: Vladimir Glebov <vgle@lle.rochester.edu>
User-Agent: Thunderbird 2.0.0.14 (Windows/20080421)
To: "Hans W. Herrmann" <herrmann@lanl.gov>
CC: Colin Horsfield <c.j.horsfield@awe.co.uk>, Mike Moran <moran3@llnl.gov>
Subject: Re: DTRat

Dear Hans,

Thank you for including me as co-PI and reserving TIM5 for me.
I have edit TIM5 setup for both SRF. You can copy this setup for all future SRF.

I am not sure that the Light Pipe will be available for Colin.
Mike want to use Light Pipe with lead glass instead of $CO_2$ to study neutron Cherenkov signal.
I want to test $CO_2$ maximum sensitivity, i.e. with PMT in the Target Bay just after first mirror.
I don't know that Colin want to do. We will sit all together at LLE before shots and try to find a reasonable compromise in order to satisfy everybody.

Thank you,

Hans W. Herrmann wrote:
Vladimir,

We were planning to put PTD in TIM-5 on Aug 6, but MIT does not want to use it in DT. So TIM-5 is now available for your use. I tentatively placed CVD Diamond Detector - 1 in TIM-5. You have PI access to the SRF's if you would like to change this. So far, they are RID's 25865 (DT/3He) and 26170 (D2/3He)

We would like to run the light pipe with $CO_2$ and a fast PMT/SCD scope like we did last year. I expect Colin to be interacting with you on this again.

thanks,
Hans

_____
Hans W. Herrmann, Ph.D., CDR (Ret., USNR)
P-24 Plasma Physics, M/S E526
Los Alamos National Laboratory
Los Alamos, NM 87545
herrmann@lanl.gov
505-665-5075
fax: 667-0405

LANS00001915

if Foreign correspondence: TSPA or Correspondence

[X] Unrestricted (P-DIV-POL-020, Att. 1, Rev. 0, 28 March 2006)
[ ] - Non-Technical Correspondence
[X] - Technical Correspondence
LA-UR [ ] - LA-CP [ ] - LALP [ ]
Reviewed [ ] ADC -
DUSA ADTO [ ]
DUSA HEP [ ]


--
Dr. Vladimir Glebov
University of Rochester
Laboratory for Laser Energetics
250 East River Road
Rochester, NY 14623

Phone: 585-275-7454
FAX:   585-275-5960


_____
Hans W. Herrmann, Ph.D., CDR (Ret., USNR)
P-24 Plasma Physics, M/S E526
Los Alamos National Laboratory
Los Alamos, NM 87545
herrmann@lanl.gov
505-665-5075
fax: 667-0405


if Foreign correspondence: TSPA or Correspondence

[X] Unrestricted (P-DIV-POL-020, Att. 1, Rev. 0, 28 March 2006)
[ ] - Non-Technical Correspondence
[X] - Technical Correspondence
LA-UR [ ] - LA-CP [ ] - LALP [ ]
Reviewed [ ] ADC -
DUSA ADTO [ ]
DUSA HEP [ ]

LANS00001916