UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SAMUEL M. ROBERTS,

                                Plaintiff,

  -vs.-

                                                                  **Civil No. 11 CV 6206L**

LOS ALAMOS NATIONAL SECURITY, LLC.,
AWE, PLC., MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

                                Defendants,
                        Third-Party Plaintiffs,


  -vs.-

UNIVERSITY OF ROCHESTER

                Third-Party Defendant.
_____

## NOTICE OF APPEAL

PLEASE TAKE NOTICE, that SAMUEL M. ROBERTS, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order of the Hon. David G. Larimer granting the motions for summary judgment (Dkt. # 56, #61, #66, and #75), dismissing Plaintiff's Complaint it its entirety, denying Plaintiff's motion for partial summary judgment against, Los Alamos (Dkt. #63), and denying as moot Plaintiff's motion to strike Los Alamos's Answer (Dkt. #65), entered in this action on the 26th day of April, 2013 (Dkt. #103).

DATED:      Pittsford, New York
                 May 9, 2013

                                                                s/Louis J. Micca
                                                           Louis J. Micca, Esq.
                                                           *Attorney for Plaintiff Samuel M. Roberts*

2

        11 State Street
        Pittsford, NY 14534
        Telephone:  (585) 899-6031
        Facsimile:  (585) 383-6357
        E-mail:  lmicca@msn.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

SAMUEL M. ROBERTS,

                            Plaintiff,

  -vs.-

                                              **Civil No. 11 CV 6206L**

LOS ALAMOS NATIONAL SECURITY, LLC.,
AWE, PLC., MASSACHUSETTS INSTITUTE OF
TECHNOLOGY,

                            Defendants,
                       Third-Party Plaintiffs,

  -vs.-

UNIVERSITY OF ROCHESTER

                       Third-Party Defendant.
―――――――――――――――――――――――――――

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2013, I caused to be filed the foregoing Notice of Appeal with the Clerk of the District Court using the CM/ECF system, which sent notification to attorneys for:

| | |
|---|---|
| University of Rochester: | Eric J. Ward:  eward@wardgreenberg.com<br>William R. Lenien: wleinen@wardgreeberg.com<br>Heidi S. Martinez: hmartinez@wardgreenberg.com<br>     mlavacca@wardgreenberg.com |
| Los Alamos National Security, LLC | Beryl Nusbaum:  bnusbaum@woodsoviatt.com<br>     bbrooks@woodsoviatt.com<br>Greta Kolcon:  gkolcon@woodsoviatt.com |
| Massachusetts Institute of Technology | David Rothenberg: drothenberg@geigroth.com |
| AWE, Plc. | Christine Tramontano: Christine.trmontano@hklaw.com<br>Sean C. Sheely: sean.sheely@hklaw.com<br>Philip T. Evans:  Philip.evans@hklaw.com<br>Benjamin Wilson: Benjamin.wilson@hklaw.com<br>Elvin Ramos: elvin.ramos@hklaw.com<br>Glenn Huzinec: glenn.huzinec@hklaw.com |

                                                      __s/Louis J. Micca__  
                                                        Louis J. Micca