**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

SAMUEL M. ROBERTS,
          Plaintiff,

                                        **DECISION & ORDER**
          v.                            11-CV-6206-DGL-JWF

LOS ALAMOS NATIONAL SECURITY, LLC,
          Defendant
          Third-Party Plaintiff,

          v.

UNIVERSITY OF ROCEHSTER,
          Third-Party Defendant.

_____

          Currently before the Court is plaintiff's motion to strike
portions of the expert report of Defendant Los Alamos National
Security, LLC's ("Los Alamos") expert Roger Shrouf (Docket #
146). Plaintiff argues that the Court should strike the opinion
because Mr. Shrouf allegedly fails to disclose the basis or
reasoning for his opinion, and because his opinion is
duplicative of the opinions of Los Alamos' other experts. See
Fed. R. Civ. P. 26, 27, and Fed. R. Evid. 403.

          Contrary to plaintiff's assertions, Mr. Shrouf's opinion
does outline the basis and reasons for his opinion; plaintiff
simply disagrees with that basis and reasoning.   At this
juncture at least, it seems that plaintiff's motion attacks the
weight of Mr. Shrouf's opinion rather than whether it satisfies
the requirements of an expert report under the Federal Rules of

1

Civil Procedure.   Moreover, Mr. Shrouf has not yet been deposed about his opinions and the basis for those opinions.   If, after Mr. Shrouf's deposition, plaintiff determines that Mr. Shrouf will not offer testimony based on sufficient facts or data, or testimony which is the product of and supported by reliable principles and methods, it may ask the presiding judge to exercise its "gatekeeping" function to exclude such testimony. See Daubert v. Merrell Dow Pharm. Inc., 509 U.S. 579, 597 (1993); Fed.   R.   Evid.   702.   Without the benefit of plaintiff's deposition, such a determination is premature.

For these reasons, and for the reasons stated on the record, plaintiff's motion to strike Roger Shrouf's expert report (Docket # 146) is **denied without prejudice.**

**IT IS SO ORDERED.**

JONATHAN W. FELDMAN
United States Magistrate Judge

Dated:     November 15, 2016
           Rochester, New York